

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California [90034]
notforbs@gmail.com
Sui Juris, by Special Appearance

PAID

MAY 20 2022

Clerk, US District Court
COURT 4612

FILED

2022 MAY 20 AM 9: 50

LERK U S DISTRICT COURT
CENTRAL DIST. OF CAL W
LOS ANGELES
BY: EEE

## Federal District Court
## Central District of California
## Western Division

PEOPLE OF THE STATE OF
CALIFORNIA, a Government Entity
    PLAINTIFFS/RESPONDENTS

-against-

MILLER, JACQUELYN, VESSEL
DEFENDANT/APPELLANT IN ERROR

Miller, Jacquelyn, a living soul,
by Special Appearance, Sui Juris,
Real Woman in Interest
    Aggrieved [Defendant/Appellant]

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **LACV22-3437**-AB(GJSx)

Appellate Case No.: BR055251

Trial Court Case No. Z130026

Notice for Removal of State Court
Action to Federal District Court; By
An Article III Judge in a Constitutional
Court of Record Under God's Laws;
Trial by Jury with My Peers
if Not Settled Reasonably

## Notice of Removal

**Comes now,** Miller, Jacquelyn, Sui Juris, a living soul, Aggrieved, now removes the state court action to this Court for the following matter. None of the following courts: Beverly Hills, Santa Monica nor Stanley Mosk established jurisdiction nor was there a wo/man with a verified complaint to state a claim. On April 21, 2022 I filed an application for certification for transfer to Federal Court and it was denied on April 26, 2022. This notice is filed within the required time frame. A copy of all process, pleadings, and orders served upon me are included as Exhibit A.

## Federal Question/Constitutional Provision

Pursuant to Rule 8.1006 - Petition for transfer, 28 U.S.C. § 1446 the jurisdiction of this court is founded on federal question jurisdiction, 28 U.S.C. § 1331, this court also has original jurisdiction pursuant to 28 U.S.C. § 1343 (a) (3) which has relevance to be removed to this court. This court has Supplemental jurisdiction pursuant to 28 U.S.C. §

1367 (a) as to the remaining counts arising under California State Law. This action has basis under 42 USC § 1983, 18. USC § 241 and 242 and 28 U.S.C. § 1443:

Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the district court of the United States for the district and division embracing the place wherein it is pending:

(1)      Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;

(2)      For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

Under *"Equal Protection of the Law"* all people – parties *(i.e., Defendants & Plaintiffs)* have the right of "redress of grievances" guaranteed and protected by the Constitution per the 1st Amendment, due process per the 5th Amendment and a trial by jury per the 6th Amendment.

The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it."

**Wherefore,** I, Miller, Jacquelyn, pray for this action to be removed to the Federal District Court Central District of California Western Division.

## Affidavit of Facts

**1)**      I am: Miller, Jacquelyn, Sui Juris, a living soul, Jus Soli, by Special Appearance, namesake for the nominal individual, a natural born free soul of California in its de jure capacity as a republic and as one of the several states of the union created by the Constitution for the united States of America 1787. This incidentally makes me a Californian national and a free soul; being competent to testify and being over the age of 21 years of age, after first being duly affirmed according to law to tell the truth to the facts related herein states that I have firsthand knowledge of the facts stated herein and believe these facts to be true to the best of my knowledge. I retain all of my rights and liberties at all times and in all places, nunc pro tunc (now for then) from the time of my birth and forevermore.

**2)**      Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty.

**3)**      I declare and decree I re-but all 12 Presumptions of the Court

**4)** Nothing I express, write or perform will change this Constitutional court of record into policy or statutory jurisdiction; change me from being a living soul in sui juris to a corporate fiction, vessel, person, defendant, plaintiff, appellant, pro se, pro per, propria/pro persona, etc.; or un-rebut any of the 12 presumptions of the court; so help me God.

**5)** This matter initially began with a non-emergency - non-felony stop by Officer Poland who used his red flashing emergency lights without probable cause or a warrant.

**6)** I informed Officer Poland that my car is private property, I'm not a driver, not for hire and not involved in commerce. He threatened to take me into custody if I didn't give him the license so it was under threat, duress and coercion; false arrest – no crime or intent of a crime. CPC § 830.8(a) – (4); CPC § 836(a) - (3).

**7)** I mailed the citation, letter & motions to Judge Marsha Revel in Beverly Hills Court to avoid unnecessary costly court proceedings, she never responded, and it all went awry.

**8)** Prior to an invitation to an arraignment, I had filed my notices via certified mail receipt per the court clerk and soon found out they were lost (delivered and received). I went to the arraignment on July 7, 2022 and was rescheduled for another date since I didn't stipulate to a pro tem or commissioner. I should have seen a judge that same day.

**9)** I attended the arraignment, to stay in honor, on July 14, 2021 in Beverly Hills Court Dept. 207 with Judge Helen Zukin, I was informed Judge Revel had an emergency that day; I informed Judge Zukin I was there by Special Appearance to challenge jurisdiction and she instantly denied my motions and placed a "not guilty" plea in which she did not have my expressed consent. She gave me a trial court date in Santa Monica Court; I did not ask for a transfer. It was a void judgment since she never established jurisdiction. Void judgment is one where court lacked personal or subject matter jurisdiction or entry of order violated due process, U.S.C.A. Const. Amend. 5 – Triad Energy Corp. v. McNell 110 F.R.D. 382 (S.D.N.Y. 1986).

**10)** On August 27, 2021, during the trial court, Judge James Hahn put in 3 judgments without ever establishing jurisdiction, giving me an opportunity to face my accuser, failure to state a claim – no verified complaint from a man or woman stating I harmed them, or a trial by jury which are all required in a criminal court. The prosecutor which was not in the court, never met the burden of proof that a crime was committed. "Jurisdiction is the power of a court to hear and decide cases. In criminal law, it includes the power to impose punishment. Absent jurisdiction, convictions and court-ordered sentences are void." www.nolo.com

**11)** During the proceeding I asked Officer Poland if at the time of the stop did anyone state that I harmed them or did I damage any property on February 2nd (my mistake on the date), and he stated, "On February 12th, no", case should have been dismissed. Officer Poland is the witness for the State, not the plaintiff or prosecutor.

**12)** There was never a verified complaint or prosecutor. California Penal Code 740 states: "All misdemeanors and infractions must be prosecuted by written complaint under oath subscribed by the complainant." Grafft v. Merrill Lynch, Pierce, Fenner, and Beane,

273 C.A.2d 379 states: "it is the plaintiff upon whom rests the duty to use diligence at every stage of the proceeding to expedite his case to a final determination" and the defendant's presence is "involuntary" and "can be charged with no neglect for failing to do more than meet the plaintiff step by step". I did not give oral or written consent for the notice to appear being the verified complaint.

**13)** California Penal Code 949 reads: "The first pleading on the part of the People in all inferior courts is the complaint..." There was no pleading on behalf of the People.

**14)** After due process violations and judgments, I needed to have null and void judgments, but was unsuccessful on April 7, 2022 in the Stanley Mosk Courthouse Appellate Division 615 in Los Angeles County where judges Alex Ricciardulli, Patti Jo McKay, and Sanjay T. Kumar affirmed the judgments of the criminal trial court judge.

**15)** After numerous Rights violations; 18 USC 241 and 242, 42 USC 1983, I believe in order for justice to prevail, it is imperative to transfer the case to federal jurisdiction and the Appellate Court judges denied my Application for Certification on 4/26/22.

**16)** I am filing his Notice of Removal to Federal Court for a righteous judgment and remedy; along with all of my court of record that was filed, omitted and refused to be filed which are named Exhibit A for explanations of the total matter for clarity of this case.

**17)** Judgments were put in by judges for codes, statutes, etc., but codes, rules and statutes aren't law and don't pertain to living beings/souls per U.S. Supreme Court Decision - The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy, and statutes are "not the law", [Self v. Rhay, 61 Wn (2d) 261] US. SUPREME COURT DECISION - "All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws.

## Conclusion

For the previous reasons, I respectfully invoke this civil action be removed to the Federal District Court Central District of California Western Division for jurisdiction of this civil action, and enter orders necessary to accomplish the requested removal and enforce justice. I am innocent of any and all charges. My charges are $7000.00 for every Rights violation and any other Lawful remedy. I pray this Court so annuls the lower courts judgments since neither court established personal or subject matter jurisdiction and there were numerous due process of Law violations.

**"Equity will not suffer a wrong to be without a remedy; Equity regards as done what ought to be done; He who comes into equity must come with clean hands; Equity delights to do justice, and not by halves; Equity follows the law; Equity will not allow a statute to be used as a cloak for fraud; Let justice be done though the heavens may fall; The execution of law does no injury; No one is obliged to accept a benefit against his consent; An act of the court shall oppress none; They who**

consent to an act, and they who do it, shall be visited with equal punishment; If one falsely accuses another of a crime, the punishment due to that crime should be inflicted upon the perjured informer, [Deuteronomy 19:18]; No man ought to be burdened inconsequence of another's act."

"A maxim is a proposition to be of all men confessed and granted without proof, argument, or discourse." Coke on Littleton. 67a.

Maxim (Bouvier's Law Dictionary, 1856): An established principle or proposition. A principle of law universally admitted, as being just and consonant with reason.

Rom 13:1-2 KJV "Let every soul be subject unto the higher powers. For there is no power but of God: the powers that be are ordained of God. Whosoever therefore resisteth the power, resisteth the ordinance of God: and they that resist shall receive to themselves damnation."

I declare under penalty of perjury under the Laws for the united States of America, the foregoing is true and correct; God help me say the truth.

Date: 5 / 6 / 22

By: _____

All Rights Reserved, Without Prejudice

For the record, the use of a Notary does not create any powers of attorney. Purpose of Notary Public is for identification, verification and acknowledgment only. The use of a Notary does not provide for and is not for entrance or adhesion into any policy or statutory jurisdiction nor does it alter my status in any manner.

## Jurat/Notary Public

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

California State        )
                        ) ss
Los Angeles County      )

Subscribed and affirmed before me on this __6__ day of __May_____, 20 _22_ by Miller, Jacquelyn, a living soul, proved to me on the basis of satisfactory evidence to be the woman who appeared before me.

Signature ___Astrid Moran___

ASTRID MORAN
COMM. 2321811
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY ·
My Comm. Expires Feb. 17, 2024

# Exhibit A

A Copy of All Process, Pleadings, and Orders – See Table of Contents

# Index of Exhibits

1  Letter to Judge Marsha Revel, Affidavit of Status, Citation, Arraignment Notice and Copy of Birth Certificate Fraud – 18 pages

2  Letter from Leah C. Gershon, Court Counsel, dated April 16, 2020 – 1 page

3  Letters to Cantil, Tani-Gorre, Chief Justice in San Francisco, Judge Marsha Revel, Presiding Judge Kevin C. Brazile and cc'd Leah, Judicial Notice, Addendum to Affidavit of Status and Notice of Motion and Motion to Dismiss – 19 pages

4  Court Dates at Beverly Hills and Santa Monica Courts – 6 pages

5  Filing instruction Notice to Clerk at Beverly Hills Court, USPS Tracking, Certified Mail Receipt and Return Receipt – 3 pages

6  Documentation of Phone Calls with Beverly Hills Clerks (Also on Exhibit 4 page 3 on the bottom) – 1 page

7  Face Sheets Only for Motions (To Show Resubmission Filing), Authenticated Birth Certificate with Affidavit of Ownership – 13 pages

8  Affidavit of Facts – Judge Zukin, Beverly Hills Court, Motion of Discovery, Motion to be Heard – 14 pages

9  Nunc Pro Tunc Hearing, Affidavit of Facts - Judge Hahn, Santa Monica Court, COURT COMPLIANCE SLIP – 21 pages

10  Oath of Allegiance, Passport Explanatory Statements – 4 pages

11  Letter to Walter Hughes, Clerk from Santa Monica Court – 1 page

12  Notice of Appeal Application, Notice of Filing Appeal, Notice of Returning Appeal, Opening Brief, Notice for Setting Cause, Opinion, Application for Certification Regarding Transfer to Court of Appeal, Proof of Service to City Attorney, Order of Denial of Application – 36 pages

13  Response Letter from Jorge Navarrete, Response Letter from APJ Eric Taylor, Conditional Acceptance, Response Letter from APJ Samantha Jessner, Letter to Tom Vannithone Deputy Clerk, Notice Re: Filing Brief, Envelope with Date Received, Application for Extension to File Brief, Letter to City Attorney Sent with Proof of Service for Extension – 22 pages

# Exhibit 1

**Letter to Judge Marsha Revel, Affidavit of Status, Citation, Arraignment Notice and Copy of Birth Certificate Fraud – 18 pages**

3751 Motor Avenue Unit 1103
Los Angeles, California [90034]

March 29, 2020

Beverly Hills Courthouse          **CERT. MAIL RTN REC # 7014 0150 0001 4347 7451**
Traffic Court
9355 Burton Way
Beverly Hills, CA 90210

Re: Citation #Z130026 LEA: 1942 ISSUE DATE: 02/12/2020

Greetings Judge Marsha Revel,

Knowing the courts are closed at this time, I, a non-belligerent, non-combatant, non-adverse woman, stating facts am sending this for you to read before the arraignment. The law was changed that you don't have to pay for the ticket before being heard at arraignment/trial.

To the best of my knowledge I am not and have never been contracted with the State of California or the city of Los Angeles. The absence of documentary evidence proving a contractual relationship would indicate a lack of both personal and subject-matter jurisdiction.

On the day in question I did not commit a common law crime, or damage any person or property. The absence of a sworn affidavit, verifiable complaint, or forensic evidence proving I did commit a common law crime or am responsible for damages, would indicate lack of both personal and subject-matter jurisdiction.

To support the above facts, on Tuesday, February 12, 2020 on or about 0635 hours, I was on the phone via EarPods with a friend, Sylvia Vernon during this entire matter. I stated to Officer Poland my car is private property, I'm not a driver, not for hire, not involved in commerce.

For the record, Officer Poland threatened to arrest me if I didn't give him a driver license which I did with insurance card under threat and coercion while informing him I am not driving under a license. Also, there is untruth on the citation. It clearly states NONE for evidence of financial responsibility and is checked that the registered owner and address is same as the driver. I'm not a driver and neither did I show him registration and to prove it, please see the attached citation.

I am asking to have this matter discharged due to lack of both personal and subject-matter jurisdiction. Attached with this letter of my information and belief and citation, is a copy of my Affidavit of Status and BIRTH CERTIFICATE FRAUD; CLAUSULA REBUS SIC STANTIBUS by kate of kaea to also validate my claim.

If there is no response within 10 days, this matter is considered discharged. I affirm the above statements are true and correct to the best of my knowledge.

Sincerely,

Miller, Jacquelyn, all rights reserved, without prejudice.

Exhibit ___1___ Page ___1___

Notary Public

California                    )

Los Angeles County           )

I, Denise Curry_____, a Notary Public, was acknowledged today by the woman known
to me to be Miller, Jacquelyn and she did affirm and sign this Citation #Z130026 LEA: 1942
ISSUE DATE: 02/12/2020 page 1 of 2 in my presence on ___March 31st 2020___, 2020.

DENISE CURRY
COMM. #2248041
Notary Public - California
Los Angeles County
My Comm. Expires July 23, 2022

By: _Denise Curry_____

Exhibit ___1___  Page ___2___

## CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )

County of Los Angeles  )

On March 31st 2020 before me, Denise Curry, Notary,
(here insert name and title of the officer)

personally appeared Jacquelyn Miller,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

DENISE CURRY
COMM. #2248041
Notary Public - California
Los Angeles County
My Comm. Expires July 23, 2022

Signature

(Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of Citation # Z130026LEA

containing 17 pages, and dated March 31, 2020.

The signer(s) capacity or authority is/are as:
- [✓] Individual(s)
- [ ] Attorney-in-Fact
- [ ] Corporate Officer(s) _____
                        Title(s)

- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

Additional Information

Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
- ○ form(s) of identification  ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # 69   Entry # 4

Notary contact:

Other
- [ ] Additional Signer(s)   [ ] Signer(s) Thumbprint(s)
- [ ] _____

Exhibit 1 Page 3

© Copyright 2007-2017 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.   Item Number 101772.   Please contact your Authorized Reseller to purchase copies of this form.

Jacquelyn Miller
8513 Venice Boulevard Suite 197
Los Angeles, California, [90034]

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

JUL 1 8 2013

John A. Clarke, Executive Officer/Clerk
By Sallie Milne, Deputy

## AFFIDAVIT OF STATUS OF **JACQUELYN MILLER**

STATE OF CALIFORNIA            ) ss

COUNTY OF LOS ANGELES

Comes now, **Jacquelyn Miller**, Your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of her knowledge.

1.    That your Affiant is one of the People of these united States of America, being a creation of God and born/domiciled in one of the several States.

2.    Your Affiant is a living, breathing, sentient being on the land, a, Natural Woman and therefore is not and cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications, treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or statute or any color thereof.

3.    Your Affiant notices that in these united States of America, the authority of any and all governments resides in the People, the Natural Persons, of the land, for government is a fiction of the mind and can only be created by the People, effected by the People, and overseen by the People for the benefit of only the People.

4.    Your Affiant at all times claims all and waives none of her God given inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of independence and the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments.

5.    Your Affiant notices that pursuant to the Constitution of the united States of America as ratified 1791 with the articles of the Amendments, Article VI paragraph 2, "This Constitution and the Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under the authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding".

6.    Your Affiant notices, that as a matter of their lawful compliance to the referenced Constitution, any of the People, while functioning in any Public capacity, in return for the trust of the People, are granted limited delegation

Exhibit _____|_____ Page ____4____

authority of and by the People, with specific duties delineated in accordance thereof, shall only do so pursuant to a lawfully designated, sworn and subscribed Oath of Office and with any and all bonds and other requirements thereof, to ensure their faithful performance to the People.

7.     Your Affiant notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III Section 2 of said Constitution in which all officers of the court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and in which all matters are heard in accordance with all aspects of due process of law and only Trial by jury and in keeping with the Amendments V, VI, and VII.

8.     Your Affiant notices that pursuant to this supreme Law of the Land and the God given rights secured and guaranteed therein, said constitution is established to ensure that the dominion granted by God to all People, on this land, shall endure, and ensure forever that this People on this land be free from any and all slavery, indenturement, tyranny, and oppression under color of any law, statute, code policy, procedure, or of any other type.

9.     Your Affiant further notices that pursuant to said Constitution, Affiant cannot be compelled, manipulated, extorted, tricked, threatened, placed under duress, or coerced, or so effected by any Natural Person, who individually, or in any capacity as or under any ARTIFICIAL PERSON, agency, entity, officer, or party, into the waiving of any of Affiant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Affiant by God; nor can affiant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Affiant and thereby committing numerous crimes, requiring lawful punishment therefrom.
**Further, Affiant sayeth naught.**

DATED: _7/17/13_                          By: _____
                                              Jacquelyn A. Miller

State of California                    **Jurat**
County of Los Angeles
Subscribed and sworn to (~~or affirmed~~) before me on this _17th_ day of _July_,
20_13_
By: **Jacquelyn Miller** proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public                    (Seal)

O. ROBINSON
Commission # 1889958
Notary Public - California
Los Angeles County
My Comm. Expires Jun 2, 2014

Exhibit _1_ Page _5_

OS ANGELES POLICE DEPARTMENT    **Z130026**
TY OF LOS ANGELES

**OTICE TO APPEAR** ☒ **TRAFFIC** ☐ **MISDEMEANOR**

| te of Violation | Time | Day of Week | CASE NO. |
|---|---|---|---|
| 2/12/2020 | 06:35 AM | S M T ⓦ T F S | E05893222 |

ime (First, Middle, Last)    ☐ Owner's Responsibility (Veh. Code, § 40001)
**ACQUELYN A MILLER**

ddress
**751 S MOTOR AV 1103**

| | State | ZIP Code |
|---|---|---|
| OS ANGELES | CA | 90034 |

| iver Lic No. | State | Commercial | Birth Date | Age | Juvenile School & Grade |
|---|---|---|---|---|---|
| 5345209 | CA | ☐ Yes ☒ No | 09/17/1958 | 61 | |

| x | Hair | Eyes | Height | Weight | Color | Other Description |
|---|---|---|---|---|---|---|
| | BRO | BRO | 5'6" | 130lb | B | |

| h. Lic. No. or VIN | | State | ☐ COMMERCIAL VEHICLE |
|---|---|---|---|
| J8TB3H72HL015332 | | CA | (Veh. Code § 15210(b)) |

| of Veh. | Make | Model | Body Style | Color | ☐ HAZARDOUS MATERIAL |
|---|---|---|---|---|---|
| 017 | Acura | RDX | LL | BLK | (Veh. Code, § 353) |

idence of Financial Responsibility   (This section can be used to document parent/guardian information)
**ONE**

gistered Owner or Lessee    ☒ Same as Driver

ddress    ☒ Same as Driver

| rrectable Violation (Veh. Code § 40610) | | ☐ Booking Required | Misdemeanor or |
|---|---|---|---|
| s | No | Code and Section | Description | Infraction (Circle) |
| | ☒ | 21655.8 (a)VC Drive over DBL Lines of | | M Ⓘ |
| | ☐ | Preferential lane(HOV)  TO ENTER | | M I |
| | ☒ | 22349 (a)VC Exceed Max Speed Limit  EST 100 | | M Ⓘ |
| | | MPH PACED VIOL 101 MFH HOV LANE. **ON | | |

| eed Approx | P.F Max. S(+) | Veh. Lmt. | Area of Occ. | ☒ Continuation Form Issued |
|---|---|---|---|---|
| 8 | 65 | | PAC | |

cation of Violation(s)
**05 FWY / CENTURY FWY**    City and County of Los Angeles

violations not committed in my presence, declared on information and belief.

clare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

| OLAND | ☒ TE ☐ CI ☐ PT | 34813 | to |
|---|---|---|---|
| Arresting or Citing Officer | DIV 43 | Serial No. | Dates Off |

| /12/2020 | | | to |
|---|---|---|---|
| Date | Name of Arresting Officer, if different from Citing Officer | Serial No. | Dates Off |

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED BELOW.

X

IEN:    ON OR BEFORE THIS DATE:  **05/13/2020**

IAT TO DO: FOLLOW THE INSTRUCTIONS ON THE REVERSE SIDE.
IERE: CLERK'S OFFICE OF THE SUPERIOR COURT. (An * indicates Night Court Available.)
San Fernando, 900 Third Street, San Fernando, 91340
Chatsworth, 9425 Penfield Avenue, Chatsworth, 91311*
Airport, 11701 South La Cienega Boulevard, Los Angeles, 90045
Van Nuys, 14400 Erwin Street Mall, 2nd Floor, Van Nuys, 91401
Beverly Hills, 9355 Burton Way, Beverly Hills, 90210
East Los Angeles, 4848 East Civic Way, Los Angeles, 90022
Metropolitan, 1945 South Hill Street, Los Angeles, 90007*
Long Beach, 275 Magnolia Avenue, Long Beach, 90802*

**JUVENILE: TO BE NOTIFIED BY THE PROBATION DEPARTMENT**
Read reverse side of this citation for additional information on contacting the Probation Department

TO BE COMPLETED ON ALL JUVENILE VIOLATORS.

| 's Cell Phone No. | ☐ Juvenile Advised of 625 WIC |
|---|---|

ne Phone or Parent Cell No.

**\*Z130026\***

DEFENDANT COPY
SEE REVERSE

CE TO APPEAR FORM APPROVED BY THE JUDICIAL COUNCIL OF CALIFORNIA    TR-135
. (02-01-15) (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9)    LAPD FORM 04.50.01

---

## IMPORTANT--READ CAREFULLY

WARNING: If you fail to appear in court as you have promised, you may be arrested and punished by 6 MONTHS IN JAIL AND/OR A $1,000 FINE regardless of the disposition of the original charge. (Veh. Code, § 40508 or Pen. Code, § 853.7.) In addition, any person who fails to appear as provided by law may be deemed to have elected to have a trial by written declaration (in absentia) pursuant to Vehicle Code Section 40903(a) upon any alleged infraction, as charged by the arresting/citing officer.

JUVENILES: When a juvenile (under 18 years of age) is issued a citation for a vehicle code (VC) infraction, he/she must appear at the traffic court specified on the citation. Questions regarding those citations must be directed to the specific traffic court marked on the citation. These citations are sent to the adult traffic court to be handled and processed in the same manner as an adult traffic ticket.

For information regarding juvenile citations marked "JUVENILE: TO BE NOTIFIED BY THE PROBATION DEPARTMENT," please visit www.probation.lacounty.gov or go to the Los Angeles County Probation Department at 6840 Van Nuys Blvd., Ste. 200, Van Nuys, CA 91405 with your ticket. For questions call (818) 901-3001 or (818) 901-3002, Mon.-Fri. 0900 to 1530 hours.

COURTESY NOTICE: A courtesy notice, indicating the required deposit of money (bail) that may be forfeited instead of your appearing in court, may be mailed to the address shown on your citation. If you do not receive such courtesy notice, you are still required to comply with the items below by the appearance date.

### WHAT TO DO

You are required to appear at court for a misdemeanor violation. For all violations, your court date/time/place are on the front of this notice to appear. Have the citation with you when contacting the court. In all infraction cases, you must do one or more of the following for each violation:

- Pay the fine (bail).
- Appear in court.
- Contest the violation.
- Correct the violation (traffic cases, when applicable).
- Request traffic school (traffic cases, when applicable).
- Request trial by written declaration (traffic cases).

If you do not do one of the above actions, then a "failure to appear" charge will be filed against you [Veh. Code, § 40508(a)] and your driver license may be withheld, suspended, or revoked. In some courts, you may be charged an amount in addition to the bail amount and the case may be turned over to a collection agency. [ Pen. Code, § 1214.1.]

**1. If you do NOT contest the violation:**

a. (Pay the bail amount) Contact the court for bail information. You will not have to appear in court. You will be convicted of the violation, and it will appear on your record at the Department of Motor Vehicles (DMV). A point count may be charged to your DMV record and your insurance may be adversely affected.

b. (Traffic school) You may be able to avoid the point count by completing traffic school. You must pay the bail amount, and you may have to pay other fees. Contact the court to request traffic school.

c. (Correctable violations) If the "Yes" box is checked on the front of your notice, the violation is correctable. Upon correction of the violation, have a law enforcement officer or an authorized inspection/installation station agent sign below. (Veh. Code, § 40616.) Registration and driver license violations may also be certified as corrected at an office of the DMV or by any clerk or deputy clerk of a court. The violation may be dismissed by the court after PROOF OF CORRECTION and payment of a transaction fee are presented to the court by mail or in person by the appearance date. Violations of Vehicle Code Section 16028 (automobile liability insurance) will be dismissed only upon (1) your showing or mailing to the court, evidence of financial responsibility valid at the time this notice to appear was issued, and (2) your payment of a transaction fee.

| CERTIFICATE OF CORRECTION (MUST BE RETURNED TO COURT) | | | | |
|---|---|---|---|---|
| Section(s) Violated | Signature of Person Certifying Correction | Serial No. | Agency | Date |
| | | | | |
| | | | | |
| | | | | |

**2. If you contest the violation (select a or b):**

a. (Court trial) Send a certified or registered letter postmarked not later than five days prior to the appearance date, or come to the court by the appearance date to request a court trial on a future date when an officer and any witnesses will be present. You will be required to submit the bail amount.

-OR-

b. (Trial by written declaration (traffic cases)) Send a certified or registered letter postmarked not later than five days prior to the appearance date, or come to the court on or before the appearance date to request a trial by written declaration. Submit the bail amount. You will be given forms to allow you to write a statement and to submit other evidence without appearing in court. An officer will also submit a statement. The judicial officer will consider the evidence and decide the case.

3. Make check/money order payable to Clerk of the Court. Write your citation number and driver license number on your check or money order. You may pay in person, by mail, or by phone.

4. If "Booking Required" is checked you must appear for booking prior to your court date and bring the signed verification to your court appearance.

Booking Verification: I declare under penalty of perjury under the laws of the State of California

| | was booked on | | | |
|---|---|---|---|---|
| Defendant's name | | Date | Officer | Serial No. |

5. Additional information regarding adult citations can be obtained by visiting the Superior Court of California County of Los Angeles website at www.lacourt.org. Information regarding juvenile citations can be located in the above section titled "JUVENILES."

Exhibit ___1___  Page __6__

CITATION NO. **Z130026**

)S ANGELES POLICE DEPARTMENT
TY OF LOS ANGELES

**ONTINUATION OF** ☐ MISDEMEANOR
**OTICE TO APPEAR** ☒ TRAFFIC ☐ NONTRAFFIC

| te | Time | Day of Week | CASE NO. |
|---|---|---|---|
| 2/12/2020 | 06:35 AM | S M T ⓦ T F S | E05893222 |

ıme (First, Middle, Last)
**ACQUELYN A MILLER**

| h. Lic. No. or VIN | State |
|---|---|
| J8TB3H72HL015332 | CA |

| s | No | Code and Section | Description | Misdemeanor or Infraction (Circle) |
|---|---|---|---|---|
| ] | ☐ | VIDEO** | | M ___ I ___ |
| ] | ☐ | 4454(a)VC Registration Not In Vehicle | | M ___ Ⓘ ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| · | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |
| · | ☐ | | | M ___ I ___ |
| ] | ☐ | | | M ___ I ___ |

Violations not committed in my presence, declared on information and belief.

sclare under penalty of perjury under the laws of the State of California the foregoing is true and correct,
l a continuation of the enforcement document noted.

**OLAND**                                                    **34813**
Arresting or Citing Officer                    Serial No.

?/12/2020
Date          Name of Arresting Officer, if different from Citing Officer          Serial No.

lTHOUT ADMITTING GUILT, I PROMISE TO APPEAR AT THE TIME AND PLACE INDICATED.

DEFENDANT COPY

Exhibit __1__ Page __7__

TR-2B LASER (4/10)

**NOTIFICATION FROM THE LOS ANGELES SUPERIOR COURT**
**IF YOU HAVE TAKEN CARE OF THE FOLLOWING CITATION, PLEASE DISREGARD THIS NOTICE.**

| CITATION | LEA | ISSUE DATE | DUE DATE | BAIL AMOUNT |
|----------|-----|------------|----------|-------------|
| Z130026 | 1942 | 02/12/2020 | 05/13/2020 | 1004.00 |

To pay this citation:

Online: Visit LACOURT.ORG and select "TRAFFIC TICKETS," OR

By phone: Call 213-742-6648, OR

By mail: Send bail amount (payable to LA Superior Court) and the payment coupon to the address below. Write the citation and LEA number on your check. An additional $65 will be charged if your check is returned for any reason.

You may appear before a Judicial Officer without depositing bail, subject to statutory exceptions. You may request an ability-to-pay determination to request community service (a fee may be charged by the agency) or to be placed on an installment payment plan.

To contest this ticket and elect a same day Arraignment/Court Trial or a Trial by Declaration, mark the appropriate box below. Send the bail amount and write "NOT GUILTY," the citation and LEA number on your check. Mail it with the payment coupon to the address below. These options are statutory exceptions.

At least one of your violations requires proof of correction. Eligible violations will be dismissed once proof of correction and payment of the mandatory $25 transaction fee for each corrected violation are provided.

Driver's License and Insurance Violations:
Provide proof that documentation was valid on the date you were cited.

Vehicle Registration Violations: Provide proof of current registration.

Mechanical Corrections: Correct the defect and take the citation to a local law enforcement inspection station. NOTE: If the inspection station uses a red stamp or marker, do not mail the proof; you must bring the proof to Court.

Failure to take action by your Due Date may result in additional charges, license suspension, a trial in your absence, a $300 civil assessment, and your case being referred to collections.

DETACH AT PERFORATION AND RETAIN TOP PORTION FOR YOUR RECORDS

SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES
PAYMENT COUPON

| | | |
|---|---|---|
| CITATION NO | : | Z130026  LEA  1942 |
| BAIL AMOUNT | : | 1004.00 |
| ISSUE DATE | : | 02/12/2020 |
| DUE DATE | : | 05/13/2020   CA-V015332 |
| VIOLATIONS | : | VC21655.8(A); VC22349(A); VC4454(A) |
| OLND | : | CA-N5345209 |

☐ COURT TRIAL

☐ TRIAL BY DECLARATION

BEVERLY HILLS COURTHOUSE
P.O. BOX 60516
LOS ANGELES, CA 90060-0516

JACQUELYN A MILLER
3751 S MOTOR AVE 1103
LOS ANGELES CA 90034

0842735010300000206991194203501004000000809890000005599ay810

Exhibit _____ Page 10

# BIRTH CERTIFICATE FRAUD; CLAUSULA REBUS SIC STANTIBUS by kate of kaea

"**ATTENTION**: Lawyer, Judge, Government Agent/employee, Police, Common Man etc. et al/any/all who serve as a fictional LEGAL NAME/TITLE/I.D.-ENTITY (pronounced phonetically example: "leg-all enemy"((N-AM-E), "tit-El"/Luciferian)) character in the legal world reality;

Author's note where the "author" is defined as anyone who uses these words as their's where truth cannot be "copyrighted", merely shared by agreement and these words are theirs, regardless of "who" wrote the words ab initio where truth belongs to all in CONCEPTUAL (heart and mind written, causal, not the physical "written" form, effectual.), where this writing/righting/riting is written (spelled out) in language understandable to both those in and out of the LEGAL NAME FRAUD profession/reality where the common understanding of this fraud and crime against humanity and creation is visible both in laymen's and legal terms, not to be confused by the intent of the reader where the "author's" (the intentions thereof/therein) intentions are crystal clear: i.e. legal word/world wranglers and twisters of "HEARINGS" where it is spelled out henceforth/herein with all potential(s) of phonics deception(s) hereby and therefore, removed, ad infinitum;

For example, a phonics deception is, where one thing is SPOKEN by a non-B.A.R. member (general public/any/all legal name users without B.A.R. affiliation(s)/permission(s)), only to be re-spelled differently by any/all B.A.R. members under assumption and presumption to corrupt the ORIGINAL INTENT of the one speaking versus spelling it out, and why a FRAUDULENT, by deliberate design, LEGAL NAME non-B.A.R. member has no voice in the legal dead reality: in other words, one's words, spoken, cannot be altered from the speaker's ORIGINAL TRUE INTENT as to what they mean versus what the one HEARING the spoken form of the words hears, and then, corrupts them, and their SPOKEN words, by using alternative spellings under assumption/presumption of the SAME SOUND homonyms, with completely different "definition(s)" using this spelling trickery to undo them and gain the HONOUR advantage where no honour in them exists and the non-BAR member is rendered in a state of perpetual DISHONOUR unknowingly: i.e. twists them, the non-BAR member speaking/ their spoken words SPOKEN, backwards/around/opposes/negates/corrupts the SPEAKER'S original intent, to initiate and perpetrate/instigate FRAUD against them to enable "imaginary crimes" to profit from STATUTORY COMMERCIAL

Exhibit ___1___ Page ___9___

RAPE/KIDNAPPING etc. et al, thus why court "pro-seedings" are called HEARINGS where SPELLINGS is a more precise term for what is really going on: Thus, this is spelling it out clearly where assumption and presumtion is rendered null and void where any/all use/claiming to be a LEGAL NAME ENTITY has everyone in the original sin/sign, state of fraud from the creation of, and continued use of the LEGAL NAME that appears on every birth certificate until they remove themselves from the criminal legal reality where anyone involved in the enforcement of this fraud using violence, trickery, coercion etc. et al to ensnare with intent to enslave another, is, in fact, aiding and abetting a criminal act by forcing another into submission to its use where this truth has been exposed and where it is illegal to use any/all legal name(s)/titles ab initio;

A typical court room drama example: Unwitting LEGAL NAME Deafened-ent(mind): "I do not consent" spoken with the intent of "no wish to consent" intended where the B.A.R. member a.k.a. judge, lawyer, cop etc. CAN AND WILL assume/presume in FULL/fool "honour" the words phonetically as to how THEY want to hear it and has respelled that VERBAL/FOR-BA'AL: "Aye, due knot con-se'-ent" where "aye" means yes, affirmative and tacit agreement instantly, "due", as in debt tacit agreement, "knot", as in tied and BO-uND, tacit agreement to slavery and "con-" (means both with/for AND against/without equally as a prefix, also means thief or criminal in common vernacular terms etc.), " se' " is Latin for "himself, herself, itself" which is the entire essence of the speaker involved, and "-ent" is a suffix meaning "mind" etymologically. In short, the ones perpetuating and profiting from this LEGAL NAME FRAUD deception can hear whatever they choose to hear/here and can/will, in full honour, RESPELL every word uttered at every HEARING because it wasn't spelled out by the speaker in writing, where it can be re-spelled by the B.A.R. member's criminal intentions to incriminate ALL innocent AND guilty individuals equally thus painting all humanity with the same criminal brush they've been painted with and simply "passing the buck to make a buck" of sin/sign to another, re-writing by re-spelling the speaker's words against them to create the B.A.R. member/servant by oath, advantage every time, in every legal reality situation. This deception/ruse/criminal enterprise is over where truth itself is all the "vengeance" one needs in a "white flag, state of truce, not surrender" stance and, where all criminals perpetuating this crime against humanity are now fully exposed for all to see: It's illegal to use a legal name is a legal FACT;

## CLAUSULA REBUS SIC STANTIBUS
as it pertains to **BIRTH CERTIFICATE(S)**/any/all contracts/treaties (hereafter shown SPELLED as **CRSS or in full**, commonly referred to as

Exhibit ___1___ Page ___10___

"the escape clause")

In LEGAL public/international law, **clausula rebus sic stantibus** (Latin for "things thus standing") is the LEGAL doctrine allowing for treaties/contracts to become inapplicable, nunc pro tunc where any/ALL FRAUD revealed, renders any/all contracts NULL AND VOID, ab initio, ad infinitum, nunc pro tunc, tunc pro nunc(now for then, then for now) eliminating all TIME PERIODS relating to the contracts existence in the first place because of a fundamental change of circumstances whereas, it's illegal to use a legal name/BIRTH CERTIFICATE NAME/TITLE where the INTENT to create a FRAUDULENT THIRD PARTY is evidenced in any/all BIRTH CERTIFICATES by the very existence of the BIRTH CERTIFICATE as self-evident. **CRSS** is essentially and fundamentally purposed as an "escape clause" that makes an exception to the general rule of **PACTA SUNT SERVANDA** (promises must be kept) THUS REMOVING ALL PRIOR/PREVIOUS assumption(s) and/or presumption(s) any/all parties, legal and/or otherwise to the contrary where this fraud is revealed;

Because the doctrine poses a risk to the security (securities a.k.a. money) of treaties/contracts where those profiting from this "by design" FRAUD by exposing this INTENT TO COMMIT FRAUD and those perpetuating it as its scope, is relatively/completely unconfined/without borders, it requires strict LEGAL regulations as to the conditions in which it may be invoked where only those claiming to be LEGAL I.D.-ENTITIES within the legal reality confines are concerned, and where one is no longer deemed a LEGAL I.D.-ENTITY thereafter since this is the last LEGAL ACT, in the common sense of the definitions, of one who was formerly deceived by the LEGAL NAME/BIRTH CERTIFICATE FRAUD where it is now KNOWN to be FRAUD and where/wear/ware/we're/were the one invoking this clause no longer wishes to commit legal name fraud/any crimes against another whatsoever, while removing all traces of the former I.D.-entity from their's and everyone else's reality, regardless of the AIDING AND ABETTING attempts of/by/for/in FRAUD by various CROWN CORPORATION AGENTS to illicit/force/demand/coerce etc. et al anyone/all who have stated AND shown otherwise;

The doctrine is part of customary international law, but is also provided for in the 1969 Vienna Convention on the Law of Treaties under Article 62 (Fundamental Change of Circumstance), although the doctrine is never mentioned by name. Article 62 provides the only two justifications of the invocation of rebus sic stantibus: first, that the circumstances existing at the time of the conclusion of the treaty were indeed objectively essential to the obligations of treaty (sub-paragraph A) and the instance wherein the

Exhibit ___1___ Page ___11___

change of circumstances has had a radical effect on the obligations of the treaty (sub-paragraph B). In short, the INTENT to commit, aid and abet FRAUD falls squarely on those perpetuating this LEGAL NAME/BIRTH CERTIFICATE FRAUD, typically anywhere anyone is being forced to ENLIST/IMPRESSED INTO SERVICE UNWILLINGLY/UNKNOWINGLY their child through REGISTRATIONS of any/all forms ab initio until dissolved or remains intact willingly by any/all who continue to be guilty in their own fraud by willfully using any/all LEGAL NAME/TITLE(S) AFTER THE FACT where fraud absolute is self-evident where this BIRTH CERTIFICATE FRAUD is in plain view;

If the parties to a treaty/contract had/have previously/currently contemplated/known all facts regarding the treaty/contract (based on a full and open disclosure from all parties involved in the BIRTH CERTIFICATE (BC) contract/s) for the occurrence of the changed circumstance, the doctrine does **NOT** apply and the provision remains in effect even though the full disclosure of the FRAUDULENT INTENT of the BIRTH CERTIFICATE is a LEGAL FACT and is fully exposed/a known legal fact within the confines of the fictional LEGAL REALITY, whereas those continuing to use said treaty/contract/BIRTH CERTIFICATE LEGAL NAME I.D.-ENTITY render this "escape clause" null and void by/of their own hand and doing for willfully/knowingly continuing in its use AFTER THE FACT (i.e. contempt of court, profiting from the avails of crime etc. et al). **Clausula rebus sic stantibus** only relates to changed circumstances that were never contemplated by one or more of the parties, since one or more of the parties involved to initiate/force/enforce fraud after the fact such contracts/treaties is knowingly/unknowingly (ignorance is no defence) by/of/for/in omission/commission committing FRAUD WITH INTENT, regardless of claims made otherwise by any/all who are legally dead, fictional I.D.-entities/B.A.R. members/CROWN AGENT(S) etc. et al using this fraud to steal the life source of another in any way shape or form;

Although it is clear that a fundamental change of circumstance(s) justifies terminating or modifying a treaty/contract (i.e. the Birth Certificate contract is deliberately set up to deceive the G.I.F.T.-ing party, male/female creators of physical child/children/intellectual, spiritual name(s) with INTENT to TRANSFER the living child/children (GAMETE-INTRA-FALLOPIAN) into a DEAD LEGAL NAME(S) WARD OF ADMIRALTY/STATE placing all contracting parties in a state of fraud absolute, collectively), a unilateral denunciation of a treaty is prohibited to any/all LEGAL NAME FRAUD participants (i.e. legal participants without B.A.R./Crown Corporation member permissions, where the CROWN CORPORATION AGENTS/SERVANTS INTENT to commit FRAUD is self-evidenced by the

Exhibit ___L___ Page _12_

very existence of REGISTRATION/HOSPITAL etc. et al offices trading in birth certificate(s) slavery) and MUST be done only on an individual choice basis to make this fraud known to any/all CROWN AGENTS or remain a knowingly fraudulent, by the nature of the LEGAL NAME constructed reality, willing participant. Any/all LEGAL NAME FRAUD party(s) do not have the right to denounce a treaty unilaterally (i.e. on behalf of everyone involved) where a NON-LEGAL individual can, to expose, and, which exposes this fraud for all of humanity to see, where humanity must make it's own choice individually where the BIRTH CERTIFICATE is UNILATERALLY deemed FRAUD upon ALL humanity notwithstanding;

As a fundamental flaw/mistake of all legal proceedings, it is a legal fact in the legal reality/fictional existence that it is illegal for anyone/everyone, outside of a B.A.R. card (in which one must already be in fraud to enter LAW SCHOOL using a FRAUDULENT LEGAL NAME as one example of fraud on fraud regardless) or SWORN OATH using a fraudulent, with permissions granted ONLY TO TITLE(S), attached to LEGAL NAME(S) likewise, to serve the "owners/operators" of the fictional CROWN CORPORATION by wilfull AND knowing/unknowing, omission/commission of FRAUD absolute.) consent to be, act as, lay claim to, act in the role of, etc. et al a legal name/legal entity/legal character as it appears in any/all Books of the REGISTRAR/REGISTRATION/REGISTRY(regis-tree = dead CROWN family I.D.-entity tree) whereby any/all legal name/s/titles/designations/ranks/corporations etc. et al are, in fact, PROPERTY OF THE CROWN CORPORATION and use thereof without clear and explicitly present PERMISSION(S) by the "legal owner or representative" thereof, by and for said/such "owner" of all such/said legal creations, is illegal in every way rendering such user in a state of instant dishonour in the "ayes of the court", a fraudulent felon/criminal, regardless of the nature of any/all accusations made by any/all CROWN CORPORATION REPRESENTIVES, B.A.R. card/Sworn oath or not since they are in the "commision" of a fraudulent act (i.e. CAFR accounts, Bonds, etc.). Here, in this doctrine, it is SPELLED out for the reader/receiver clearly and their lack of understanding this doctrine renders them INCOMPETENT thus everything they "TAKE" is a "MIS-TAKE" ab initio where FRAUD was/is the INTENT of LEGAL NAME(S) FRAUD ad infinitum and obviously a criminal mind/heart is incapable of rational thought where a "reasonable" being (insane) simply looks for every reason under the sun to escape their own responsibility, via LEGALITY IS NOT REALITY "legal means" in their complicitness in these crimes against creation and truth until they decide otherwise; simply put, criminals, destroyers of humanity, destroyers of life itself;

Exhibit ___1___   Page __13__

In short, it is illegal to use a legal name/ANY/ALL legal references aforementioned, regardless of claims made to the contrary by any/all "legal agents" to the contrary where "legal agents" is defined herein as anyone who uses any/all legal "definitions" of who and what they think they are; a dead fictional character, no voice. Following this outline are only some examples of the total illegality of legal name fraud where LEGAL NAME (any/all fictional legal entity formations/references/non-living paper constructs/exists nowhere in any living, conscious form outside of the confines of a dead, legal reality where one must speak or spell it/I.D. into existence for it/I.D. to exist at all) is a fictional character/reality that only exists in the minds of those that create said "fictional charater(s)" be they in a human/sentient/consciously aware form, or any other inanimate/lifeless form, assumed/presumed as living mental/quantum and can only exist between two parties in order for them to exist at all, and, whereas an/the ORIGINAL fundamental nature/construct of the TREATY/CONTRACT/AGREEMENT(S) has been altered/changed/fraudulent and misleading INTENT by one or more contracting parties and, where INTENT TO COMMIT FRAUD/TO DECEIVE ANOTHER ACTING AS frauds, liars, thieves etc. et al criminal/evil intentions, hiding behind LEGAL NAME(S)/TITLE(S) are/is exposed  by the very use of any/all of these "legality is not reality" fictional constructs that renders any/all users of such things, a FELON/CRIMINAL by deliberately deceptive design and, where I, the living in creation am NOT, nor will I be assumed and/or presumed henceforth and forever a DEAD LEGAL NAME/TITLE I.D.-ENTITY ad infinitum, ab initio, nunc pro tunc, tunc pro nunc;

**1.** LEGAL NAME/TITLE/CONSTRUCT Party claiming any/all legal name is **3rd/third party interloping** in/on the BIRTH CERTIFICATE CONTRACT between CROWN AGENT and MALE/FEMALE WARDS OF ADMIRALTY where the "legally enslaved child" (i.e. the current LEGAL NAME(S) I.D.-ENTITY user/3rd/third party interloper unknowingly) was not present at the SIGNING/SINNING of said BIRTH CERTIFICATE contract, nor were any details of this INTENT TO COMMIT FRAUD disclosure given to contracting parties/all participants, where a child and/or children is/are involved. In short, the one using the legal name wasn't there at the signing of the contract (guilty of the original sin/sign of/by the "father"), null and void, nunc pro tunc, contracting with a minor ensues; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**2.** LEGAL NAME/TITLE/CONSTRUCT participant is immediately guilty within the constructs of the legal unreality of **Crown Copyright infringement** (where the CROWN does not "prosecute" meaning "does

Exhibit ___1___ Page ___14___

not pursue" DELIBERATELY for the only purpose of the continuation of humanity's overall fraud which is far more profitable) in accordance with the warnings placed on various BIRTH CERTIFICATES (if it's on one contract/construct, it's on all contracts/constructs, based in the same non-reality of LEGALITY IS NOT REALITY delusion, different in form, identical in conceptual INTENT, clausula rebus sic stantibus) and in subsequent CERTIFICATES/ALIASES created by any/all parties that use said BIRTH CERTIFICATE (proof of intent to commit fraud by its very existence) to create any/all forms of IDENTIFICATION from it and/or any/all related forms rendering said user in immediate fraud for doing so, where any/all creation of any/all forms of LEGAL IDENTIFICATION in any/all legal definitions where this LEGAL NAME(S) FRAUD is deemed MANDATORY by/for/of/in the LEGAL FICTIONAL REALITY CONSTRUCT AGENTS/PRACTITIONERS THEREOF, where FORCE, COERCION, DECEPTIONS, THREATS, THEFTS, BLACKMAIL, etc. et al is used to knowingly/unknowingly by/of/for/in omission/commision to enslave any/all humanity partaking in this/the/any/all LEGAL realm(s) of fictional delusions where the LEGAL SYSTEM DEMANDS humanity commit fraud in order to survive if one is presently/was formerly using ANY/ALL such said LEGAL IDENTIFICATION where the fundamental nature of the BIRTH CERTIFICATE is to create fraudulent parties on BOTH sides of the CONTRACT. In short, a "license to kill, steal, cheat etc. et al" any/all individuals as its PRIMARY INTENT; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**3.** It is illegal to **AID AND ABET** anyone knowingly/unknowingly that is fully unaware of the LEGAL NAME(S) FRAUD deception into a criminal activity against their wishes by forcefully, in any/all ways (includes trickery, violent actions/threats thereof to COMPLY with fraud, means of wording deceptions etc. et al) being assumed/presumed A DEAD LEGAL NAME I.D.-ENTITY where "following orders" by any/all CROWN AGENTS is assumed/presumed authority based on deceptive/violent means and measures to gain such fictional "jurisdiction/control" over another and by any/all means of deception where the INTENT to deceive another is self evident by the very nature of "LEGAL NAME(S) FRAUD" original INTENT by design by one who is titled/uniformed in any/all LEGAL senses/legal unreality definitions, where their role to act in the "character" of any/all CROWN AGENT/S for the purpose of legal deception(s) a.k.a. "COMMISSIONS" as the basis of their jobs/roles, namely a uniformed officer/robed judge etc. et al WEARS ("the emperor's clothes removed") their intent to do so (i.e. the very clothes/uniforms/robes/chains of office etc. et al), where to don any/all robes/legal garments of the legal reality deems CROWN AGENT(S) easily visible and absolutely transparent

Exhibit _____ Page _15_

FOR/BY/OF/IN the INTENT to commit fraud/aid and abet fraud, in the very ACT to don them; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**4. Profiting from criminal activity** (employment, shares, profits, investments, sales, any/all means of procuring legal FIAT currencies etc.) inasmuch as any/all COMMERCE is based totally and utterly (udders of life, humanity's "milk and honey") on the LEGAL NAME/TITLE FRAUD construct from the creation of FIAT currencies based on the valuations of the slave trading BONDS (UCC/UPU a.k.a. CORPORATION OF THE CITY OF LONDON, STATE/CORPORATION OF VATICAN CITY, STATE) that the BIRTH CERTIFICATE is, and intended to be for just such a purpose to involve EVERY form of "money made" be it through peaceful and/or criminal activities from being paid to deliver newspapers to being paid to legally murder another human being under the legal umbrella of war/military, where murder in any form is murder and any/all associations to/by/for/of/in any/all LEGAL NAME(S)/TITLE(S) forms renders one GUILTY BY ASSOCIATION absolute inasmuch as one is still mentally, physically, spiritually bound in the legal reality/unreality ("deal with the devil/Satan") by agreement to be so involved in this criminal activity. I don't associate with murderers/I.D.-doll worshiping at any/all levels nor will I be assumed/presumed otherwise via LEGAL NAME FRAUD associations/assumptions/presumptions and the LEGAL sorcery practitioners therein; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

**5.** Any/all individuals that use, claim to be, actively participate in/of/by/for the LEGAL NAME(S)/TITLE(S) in any/all ways whatsoever WITHOUT explicit permission by their "illusional legal masters" a.k.a. B.A.R. card/CROWN AGENT sworn oath members, are **praticing legal "law" (which is legal,not lawful) without a license** but are deemed to be "practicing law" (using LEGAL/COMMERCE anything in day to day living reality where the LEGAL NAME is a LEGAL definition within the confines of the legal unreality/reality) where lawyers are used to fill this gap in the illusion of "legal representation" that renders any/all who do so SILENCED, without voice and are IN-VOICED accordingly as a WARD OF ADMIRALTY or, essentially a child of the dead corporate (body consumed, phonetically) STATE until such guilt by legal name association is removed by the one being deemed to practice law/sorcery (literally) by NOT using a lawyer to keep the court "in honour" where now, CONTEMPT OF COURT is enacted upon any/all who enter a court of man-made "law" which places the CROWN AGENTS/COURT OFFICIALS in peril of dishonour where only the CONFESSION of the one entering/thinking they actually need to be

there at all to BE a legal name or TRICKED into claiming anything that resembles, IN PART AND/OR IN FULL, anything that can bind them to the BIRTH CERTIFICATE CONTRACT SPELLING(S) as they appear on said birth certificate that will ultimately render the "user" as a felon fraud first, thus "restoring the illusion of honour" in their court where the ruse is perpetuated anon; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

These are just a few of the examples that anyone with any sense of "legal wrongdoing" can see to illustrate clearly the absolute fraud nature of the entire legal system and the basis of the fraud against humanity it is based upon where the LEGAL NAME/TITLE claims are the cornerstone that holds the entire pyramid construct with the criminals (legal sorcerers) atop the pyramid of delusional and illusional power and where any/all cops/judges/lawyers/common people should have a basic understanding of what fraud is where fraud is clearly defined in the ten commandments motif. Fraud (entire legal reality) includes, not limited to, murder, stealing, raping, adultering, greed, lust, covetousness, false idol creation and worship, and all manner of evil intentions where only the veil of a papered reality protects the evil with KNOWING intentions and now you know, ignorance removed herein where it is encumbent with EVERY individual to prove otherwise, SILENCE EQUATES ACQUIESCENCE maxim invoked; **Clausula Rebus Sic Stantibus is invoked/spoken/written**

Inasmuch as the Vatican/CORPORATION OF VATICAN CITY, STATE, as commonly understood, is also complicit in this LEGAL NAME/TITLE reality by virtue of LEGAL REGISTRATION, all spiritual notions of "power" are hereby nullified ab initio, ad infinitum where VATICAN CITY is REGISTERED as are all NATIONS/COUNTRIES etc. et al as REGISTERED CROWN OWNED CORPORATIONS and are neutered by association accordingly where any/all assumed presumed "power" is fully and completely destroyed by/of/in/for this LEGAL NAME/TITLE COMPLICIT AGREEMENT/TREATY FRAUD and is therefore complicit in this fraud against all of humanity and life itself as are all claiming any/all legal status in any/all legal forms ab initio, ad infinitum, nunc pro tunc, tunc pro nunc. There are countless essays and radio programs by the non-legal entity "kate of gaia/kaia" for further clarification including on air confessions made by police and lawyers attesting to the truth of this and their inability to claim otherwise, trapped in the legal circular trap of their own construction. Any/all actions made by anyone professing to be in/of/for/by any/all LEGAL NAME/TITLE is fraud, attempt to aid and abet fraud where it is illegal to use/be/claim/think one is a LEGALLY defined anything. Your serve? No, the game is over and Satan and his Harlot (Legal Cronus,

Commerce Crone/CROWN) lost all games where all "law" was, and is, church based where court is simply a sin-o-name for church and the living true law was replaced with false dead legal and all robed practitioners, whether court or church serve the same dead LEGAL reality and are rendered soul dead accordingly in the "ayes" of creation. Your soul is on the line/lien while your sins/signs are on the lien/line and only YOU can clear YOUR debt, no savior's coming to save you but rather to condemn you for all your wilfull crimes, now KNOWINGLY being committed by the mere virtue of you having received this, having read it or not."

Exhibit ___1___   Page __16__

# Exhibit 2

Letter from Leah C. Gershon, Court Counsel, dated April 16, 2020 – 1 page

SHERRI R. CARTER
EXECUTIVE OFFIC.   CLERK OF COURT

**Superior Court of California**
**County of Los Angeles**

Leah C. Gershon
Court Counsel
111 North Hill Street
Los Angeles, CA 90012-3014

April 16, 2020

Jacqueline Miller
3751 Motor Avenue, Unit 1103
Los Angeles, CA 90034

        Re:     Your March 29, 2020 correspondence to the Los Angeles Superior Court

Dear Ms. Miller:

        The following documents were received by U.S. mail at the Beverly Hills Courthouse and were forwarded to me for a response:

- Notarized cover letter dated March 27, 2020
- California Certificate of Acknowledgment
- Copy of Notification from the Los Angeles Superior Court re citation Z130026
- Copy of Notice to Appear for citation Z130026
- Notarized Affidavit of Status dated July 18, 2013
- Document entitled, "Birth Certificate Fraud"

        These documents are incomprehensible legal nullities with no lawful purpose or effect. Consequently, the Court will take no action in response to them and the documents will be discarded. For further guidance, you may want to seek counsel from a competent legal source.

                                Sincerely,

                                Leah C. Gershon
                                Court Counsel

Exhibit ___2___ Page ___1___

Exhibit _____ Page _____

# Exhibit 3

Letters to Cantil, Tani-Gorre, Chief Justice in San Francisco, Judge Marsha Revel, Presiding Judge Kevin C. Brazile and cc'd Leah, Judicial Notice, Addendum to Affidavit of Status and Notice of Motion and Motion to Dismiss – 19 pages

Re: Citation/Case # Z130026 1ˢᵗ Letter

Miller, Jacquelyn
c/o 3751 Motor Ave Unit 1103
Los Angeles, California [90034]
March 28, 2020

Re: Case # Z130026

To: **Cantil, Tani Gorre** -aka- **Cantil-Sakauye, Tani Gorre**, State Bar #114470 -dba- Chief Justice

Supreme Court of California
350 McAllister Street
San Francisco, California 94102-4797

*Certified Mail Return Receipt #7018 3090 0000 0468 8992*

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

(cc: **Cantil-Sakauye, Tani Gorre**, State Bar #114470, All Parties Concerned)
To: **Kevin C. Brazile**, State Bar # 113355, and All Parties Concerned
    (cc: **Gershon, Leah C.** - State Bar # 24237 -dba- Court Counsel)

    I am writing to you out of grievance regarding the above-mentioned Case # Z130026. I am sending this letter because once again my rights have been grossly violated by several public officials in this instant matter.  I have NOT received a lawful summons, NOR lawful notice of summons regarding the above-mentioned matter. The only thing I have received in this matter is a letter from **Los Angeles Police Dept.** and a response letter from **Leah C. Gershon** stating that my correspondence and documents were incomprehensible and were being discarded, which is not only a violation of due process, but is tantamount to and are regarded as threatening letter(s) per [18 USC § 1505].  *Barring its immediate dismissal with extreme prejudice of this matter*, I herewith and hereby demand that **this letter and all enclosures be filed concurrent with the instant matter as matter(s) of record in this case.**

    Anytime public officers, pursuant to their oaths, violate Rights guaranteed to Citizens in the Constitutions, they act outside their limited delegated authority, thus, perjure their oaths, and by their own actions, invoke the self-executing Sections 3 and 4 of the 14ᵗʰ Amendment; thereby vacate their offices and forfeit all benefits thereof, including salaries and pensions, as they did. This letter is now, Lawful notification to you. Whereby you now have a fiduciary duty to correct the egregious and irreparable violations of these alleged officers or be in collusion with them.

    By stepping outside of your delegated authority you lose any "perceived immunity" of your office and you can be sued for your wrongdoing against me, personally, privately, individually and in your professional capacity, as can all those in your jurisdiction, including your supervisors and anyone having oversight responsibility for you, including any judges or prosecuting attorneys and public officers for that jurisdiction, if, once they are notified of your wrongdoing, they fail to take lawful action to correct it, pursuant to their oaths and their duties,

Exhibit ___3___   Page ___1___

Re: Citation/Case # Z130026 1st Letter

thereto.  If they fail to act and correct the matter then they too condone, aid, abet and give tacit agreement to criminal actions. They then too, further collude and conspire to deprive me and other Citizens of their Rights guaranteed in the Constitutions, as a custom, practice and usual operating procedure of their office and the agency for which they work. This constitutes treason by their entire agency against me and based upon the actions taken and what exists on the public record, it is impossible for any public official to defend himself against such committed and verifiable evidence of treason.

AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT.

**DECLARANT GIVES FURTHER NOTICE THAT THIS IS A CONTRACT.** Failure to answer and **REBUT** this declaration is acquiescence, you have 72 hours to answer then this contract is law.

I declare that all of the above is true and correct to the best of my knowledge under penalty of perjury pursuant to the laws of the **united States of America.**

All Rights Reserved,

_Miller, Jacquelyn_

Respectfully,

4 / 30 / 2020
Date

## Filed into Case Record and/or Enclosures to be Filed:
**ALL ARE TRUE COPIES** – Certified Copies Available on Demand as Evidence if Needed.

1. Judicial Notice [7 pages=total]
   Caption and Summary [3 pages]
   Authenticated Birth Certificate with Affidavit of Ownership Attached [4 pages]
2. **AFFIDAVIT OF STATUS [3 pages]**
3. Notice of Motion & Motion to Dismiss [10 pages]

cc: **Revel, Marsha N.** -d/b/a- **Judge – Los Angeles County Superior Court**
      *Certified Mail Return Receipt #7014 0150 0001 4347 7482*

cc: **Cantil-Sakauye, Tani Gorre** -d/b/a- **Chief Justice California Supreme Court**
      *Certified Mail Return Receipt #7018 3090 0000 0468 8992*

*I hereby make a <u>Declaration and Affidavit Statement of Facts</u> – of this entire document and notice.*

**FURTHER AFFIANT SAYS NAUGHT**

_Miller, Jacquelyn_

**ALL RIGHTS RESERVED**

4 / 30 / 2020
Date

Exhibit   3   Page   2

Re: Citation/Case # Z130026 1st Letter

# JURAT

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

**California**                    }
                                  } *ss*
**Los Angeles County**            }


Subscribed and sworn to *(or affirmed)* before me on this __30__ day of __Apri l__, 2020

by ___**Miller, Jacquelyn**___, proved to me on the basis of satisfactory

evidence to be the person(s) who appeared before me.


NOTARY (X) _Astrid Moran_____ *(Seal)*

My Commission Expires: __02/17/2024__


ASTRID MORAN
COMM. 2321811
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 17, 2024

Page 3 of 3                    Exhibit __3__ Page __3__

Re: Citation/Case # Z130026 1st Letter

Miller, Jacquelyn
c/o 3751 Motor Ave Unit 1103
Los Angeles, California [90034]
March 28, 2020

Re: Case # Z130026

To: **Marsha Revel**, State Bar # 48536 -dba- JUDGE

Beverly Hills Courthouse
9355 Burton Way
Beverly Hills, California 90210

**_Certified Mail Return Receipt #7018 3090 0000 0468 8992_**

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

To: cc: **Marsha Revel**, State Bar # 48536
To: **Kevin C. Brazile**, State Bar # 113355, and All Parties Concerned,
    (cc: **Gershon, Leah C.** - State Bar # 24237 -dba- Court Counsel)

     I am writing to you out of grievance regarding the above-mentioned Case # Z130026. I am sending this letter because once again my rights have been grossly violated by several public officials in this instant matter. I have NOT received a lawful summons, NOR lawful notice of summons regarding the above-mentioned matter. The only thing I have received in this matter is a letter from **Los Angeles Police Dept.** and a response letter from **Leah C. Gershon** stating that my correspondence and documents were incomprehensible and were being discarded, which is not only a violation of due process, but is tantamount to and are regarded as threatening letter(s) per [18 USC § 1505]. _**Barring its immediate dismissal with extreme prejudice of this matter**_, I herewith and hereby demand that **this letter and all enclosures be filed concurrent with the instant matter as matter(s) of record in this case.**

     Anytime public officers, pursuant to their oaths, violate Rights guaranteed to Citizens in the Constitutions, they act outside their limited delegated authority, thus, perjure their oaths, and by their own actions, invoke the self-executing Sections 3 and 4 of the 14th Amendment; thereby vacate their offices and forfeit all benefits thereof, including salaries and pensions, as they did. This letter is now, Lawful notification to you. Whereby you now have a fiduciary duty to correct the egregious and irreparable violations of these alleged officers or be in collusion with them.

     By stepping outside of your delegated authority you lose any "perceived immunity" of your office and you can be sued for your wrongdoing against me, personally, privately, individually and in your professional capacity, as can all those in your jurisdiction, including your supervisors and anyone having oversight responsibility for you, including any judges or prosecuting attorneys and public officers for that jurisdiction, if, once they are notified of your wrongdoing, they fail to take lawful actions to correct it, pursuant to their oaths and their duties, thereto. If they fail to act and correct the matter then they too condone, aid, abet and give tacit

Exhibit ___3___   Page ___4___

Re: Citation/Case # Z130026 1st Letter

Miller, Jacquelyn
c/o 3751 Motor Ave Unit 1103
Los Angeles, California [90034]
March 28, 2020

Re: Case # Z130026

ATTENTION: **Brazile, Kevin C.** - State Bar # 113355 – d/b/a – PRESIDING JUDGE

Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

**_Certified Mail Return Receipt #7014 0150 0001 4347 7550_**

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

To: **Kevin C. Brazile** - State Bar # 113355, and All Parties Concerned,
    (cc: **Gershon, Leah C.** - State Bar # 24237 –dba- Court Counsel)

    I am writing to you out of grievance regarding the above-mentioned Case # Z130026. I
am sending this letter because once again my rights have been grossly violated by several public
officials in this instant matter.  I have NOT received a lawful summons, NOR lawful notice of
summons regarding the above-mentioned matter. The only thing I have received in this matter is
a letter from **Los Angeles Police Dept.** and a response letter from **Leah C. Gershon** stating that
my correspondence and documents were incomprehensible and were being discarded, which is
not only a violation of due process, but is tantamount to and are regarded as threatening letter(s)
per [18 USC § 1505]. **_Barring its immediate dismissal with extreme prejudice of this matter_**, I
herewith and hereby demand that **this letter and all enclosures be filed concurrent with the
instant matter as matter(s) of record in this case.**

    Anytime public officers, pursuant to their oaths, violate Rights guaranteed to Citizens in
the Constitutions, they act outside their limited delegated authority, thus, perjure their oaths, and
by their own actions, invoke the self-executing Sections 3 and 4 of the 14th Amendment; thereby
vacate their offices and forfeit all benefits thereof, including salaries and pensions, as they did.
This letter is now, Lawful notification to you. Whereby you now have a fiduciary duty to correct
the egregious and irreparable violations of these alleged officers or be in collusion with them.

    By stepping outside of your delegated authority you lose any "perceived immunity" of
your office and you can be sued for your wrongdoing against me, personally, privately,
individually and in your professional capacity, as can all those in your jurisdiction, including
your supervisors and anyone having oversight responsibility for you, including any judges or
prosecuting attorneys and public officers for that jurisdiction, if, once they are notified of your
wrongdoing, they fail to take lawful actions to correct it, pursuant to their oaths and their duties,

Exhibit  3    Page  5

Addendum to Attached Affidavit of Status

Miller, Jacquelyn
C/o 3751 Motor Avenue Unit 1103
Los Angeles, California, [90034]
Sui Juris

## SUPERIOR COURT OF CALIFORNIA
## LOS ANGELES COUNTY

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | ) ) ) | Citation/Case # Z130026 |
| PLAINTIFF | ) ) ) | **Addendum to** **NOTICE OF AFFIDAVIT** **AND** |
| v. | ) ) | **AFFIDAVIT OF STATUS** |
| JACQUELYN MILLER | ) ) ) | |
| DEFENDANT IN ERROR | ) | **Notice Date: April 23, 2020** |
| Miller, Jacquelyn | ) | **Hearing Date: May 13, 2020** |
| Real Party in Interest | ) | **Judge: Marsha Revel** |

### Declaration and Affidavit of Status

1.   Your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

2.   I declare under penalty of perjury under the laws of the republic united States of America that the foregoing is true and correct.

**Included with and incorporated to this new addendum and signature page is the attached certified, notarized and previously filed copy of AFFIDAVIT OF STATUS**

*The Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 1506*

**All Rights Reserved, Without Prejudice**

By: _____          4 / 28/ 2020
     UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107                    Date

Addendum to Attached Affidavit of Status

Exhibit __3__   Page __6__

Judicial Notice

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, CA [90034]
In Propria Persona /*Sui Juris*

SUPERIOR COURT OF CALIFORNIA
LOS ANGELES COUNTY

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | ) ) ) | Citation/Case # Z130026 |
| PLAINTIFF | ) ) ) | **JUDICIAL NOTICE to COURT for ADHERENCE to, COMPLIANCE with ALL TREATIES, COVENANTS, CONSTITUTIONS and LAWFUL CONTRACTS & AGREEMENTS** |
| v. | ) ) | |
| JACQUELYN MILLER | ) ) | |
| DEFENDANT IN ERROR | ) ) | |
| Miller, Jacquelyn Real Party in Interest | ) ) | **Notice Date: April 23, 2020 Judge Marsha Revel** |

**\*\*\*NO STIPULATION TO COMMISSIONER OR PRO TEM\*\*\***
**TO BE HEARD BY ARTICLE III COMPLIANT JUDICIAL OFFICER ONLY**
**(A REAL JUDGE ONLY – IN AN ARTICLE III COMPLIANT "COURT OF RECORD")**

COMES NOW, **Miller, Jacquelyn** the real party in interest, a living, breathing, **Natural Person**, a free born human-being on the land, a Sovereign American state, *sui juris,* and not a fictional entity, or a presumed dead entity, minor, imbecile, incompetent, a ward of the State, or a person lost at sea, etc. etc. etc. *(as per Cestui Que Vie Act 1666).* on **special appearance** with, and so claiming all of her unlimited, inherent, unalienable, God given and Constitutionally secured Rights, **requesting that this** and any future subsequent documents, **and all other** facts, laws and evidentiary **submissions**  be "liberally construed" pursuant to *Haines v. Kerner U.S. 519,* and who now hereby respectfully moves this **Judicial Court** to *take mandatory judicial notice of their Oaths as estoppel* to subjecting me and/or my property *(under any pretense whatsoever)* to any type of **un-constitutional,** simulated *(i.e. fraudulent)* legal process *(i.e. an administrative process of fictional entities)* in lieu of lawful due process pursuant to: the **U.S. Constitution-Article 3 Section 2,** and the **California Constitution Articles 1&6.**  *I RESERVE MY RIGHT TO SUE YOU IN CASE OF SUCH VIOLATION.*

Exhibit  *3*  Page  *7*

Judicial Notice

# JUDICIAL
# NOTICE

To the court, Judicial Officers, officers of the court and all people doing business as:

## PUBLIC OFFICIALS who enter this court:

I **accept** your **Oath of Office** and by your entry into this court and the instant proceeding herein, **you agree** to be bound by your Oath of Office, which is your open and binding offer of contract to form a *bona fide* firm and binding private contract between you and any and all of the people of the united states of America *(in this case me)*. I am pleased that when you swore and/or affirmed ***"I take this obligation freely, without any mental reservation or purpose of evasion"*** you promised and are bound by your word, that you will perform all of your promises, including, but not limited to, your promise to uphold the Constitution of the united states of America, and this State, which includes protecting all of THE PEOPLE'S unalienable rights defined by the Declaration of Independence and included in the Bill of Rights and this State's Declaration of Rights. I am pleased that you have promised to protect all of **my** unalienable rights and trust that you will be honorable people whose word is your bond ***Cooper v. Aaron 358 US 1 (1958)*** and you will honor your private contract by keeping your promises and not allow any third-party and/or foreign agents acting without constitutional delegated and/or regulatory authority to interfere with your duty to all occupants of this honorable court.

*(CERTIFIED COPY OF JUDGES OATH OF OFFICE–TO BE LATER ATTACHED)*

**THEREFORE, I HEREBY MOVE THIS COURT TO TAKE JUDICIAL NOTICE OF THE FOLLOWING CERTIFIED and/or PUBLIC RECORDS:**

**Authenticated Birth Certificate -with- Affidavit of Ownership Attached.**
**\* True Copy \* Certified copy available as evidence when needed.**

**AND TAKE FURTHER NOTICE THAT** you all *(i.e. public officials)* as public servants are bound by your Oaths to adhere to all treaties, covenants, constitutions, charters, contracts and/or agreements in the order of authority, WITH FULL FAITH AND CREDIT, in which they succeed, concede and/or supersede the others, and are lawful, to which you have, freely and voluntarily, endeavored to take on in the commission of your duty *(i.e. limited delegated authority)* to, and trust of, "the people."

Exhibit __3__  Page __8__

Judicial Notice

**AND TAKE FURTHER NOTICE THAT** I, **Miller, Jacquelyn** owner & holder in due course of 14th amendment person **MILLER, JACQUELYN** – d/b/a – **JACQUELYN MILLER** did not consent for me or my private property to being a 14th amendment citizen of the U.S. *OR* state of CALIFORNIA *OR* any other state in writing or any other consent, especially since this was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mention names, which would have put me under legal disability to contract, and not capable of such a contract.

## CONCLUSION

**WHEREFORE,** based upon the foregoing this court has a fiduciary duty pursuant to the **United States Constitution Article III, section 2** and the **California Constitution Articles 1&6,** to protect the rights of the people *(in this case me)*, it is the principle of law and the merits of this case *(or lack thereof)* that are at issue here. Therefore, in the interest of justice, **Miller, Jacquelyn** Real Party in Interest, moves this "Judicial Court" to **take judicial notice of the foregoing** <u>constitutional and/or adjudicated facts</u>.

*I hereby make a Declaration, and Admission Statement of Facts - of this entire document and notice.*

I declare under penalty of perjury under the laws of the republic ***united States of America*** that the foregoing is true and correct.

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 1506*

All Rights Reserved

Respectfully

Miller, Jacquelyn

4 / 28 / 2020
Date

Exhibit   3   Page   9

Motion to Dismiss for Lack of JURISDICTION

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, CA [90034]
In Propria Persona /*Sui Juris*

### SUPERIOR COURT OF CALIFORNIA
### LOS ANGELES COUNTY

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | ) ) ) | Citation/Case # Z130026 |
| PLAINTIFF | ) ) ) | **NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF JURISDICTION** |
| v. | ) ) ) | |
| JACQUELYN MILLER | ) ) | |
| DEFENDANT IN ERROR | ) | **Notice Date: April 23, 2020** |
| Miller, Jacquelyn | ) | **Hearing Date: May 13, 2020** |
| Real Party in Interest | ) | **Judge: Marsha Revel** |

### \*\*\*NO STIPULATION TO COMMISSIONER OR PRO TEM\*\*\*
### TO BE HEARD BY ARTICLE III COMPLIANT JUDICIAL OFFICER ONLY
### (A REAL JUDGE ONLY – IN AN ARTICLE III COMPLIANT "COURT OF RECORD")

**Comes now, Miller, Jacquelyn,** the real party in interest, upon a NOTICE OF and MOTION TO DISMISS. *I am* the Natural Woman, and ***superior claim holder*** *(of **MILLER, JACQUELYN -dba- JACQUELYN MILLER** – ens legis)* as per the affidavit filed herewith, a living woman on this land and not a fictional entity, or a presumed dead entity, minor, imbecile, incompetent, a ward of the State, or a person lost at sea, etc. etc. etc. *(as per Cestui Que Vie Act 1666)*. I hereby invoke and move this **Judicial Court** to ***take mandatory judicial notice of their sworn Oaths as estoppel*** to subjecting me and/or my property *(under any pretense whatsoever)* to any type of **un-constitutional,** simulated legal process *(i.e. an administrative process of fictional entities)* in lieu of lawful due process pursuant to: the **U.S. Constitution - Article 3 Section 2,** and the **California Constitution Articles 1&6.** *I RESERVE MY RIGHT TO SUE YOU IN CASE OF SUCH VIOLATIONS.*

Page **1** of **10**

Exhibit **3** Page **10**

Motion to Dismiss for Lack of JURISDICTION

**PLEASE TAKE NOTICE** that on *May 13, 2020* or soon as the above captioned matter may be heard, in the Superior Court of the State of California for the County of Los Angeles, Defendant in error *(invokes)* hereby moves this court, pursuant to its *fiduciary* duty to uphold the "rule of law" and it's obligation to justice, pursuant to the U.S. Constitution Article III Sec. 2; and Article VI clause 2, the California Constitution Articles 1 & 6 on behalf of the people, and their guaranteed Constitutionally protected rights *(in this instant matter me)* and the judges oath thereto, **to order this matter and the prosecuting party to:**

## <u>DISMISS THIS MATTER FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE, INSUFFICIENT PROCESS, INSUFFICIENT SERVICE OF PROCESS, LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED.</u>

### <u>United States Constitution – 1791 Bill of Rights:</u>

#### <u>Amendment 1:</u>

"Congress shall make no laws respecting an establishment of religion, or prohibiting the free exercise thereof, *or abridging the freedom of speech*, or of the press; or the right of the people peaceably to assemble, and *to petition the Government for redress of grievances."*

#### <u>Amendment 4:</u>

"The right of the people *to be secure* in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and *no warrants shall issue, but upon probable cause, supported by Oath or affirmation,* and particularly describing the place to be searched, and the persons or things to be seized."

#### <u>Amendment 6:</u>

"In all criminal prosecutions, the accused shall enjoy the *right to a speedy and public trial, by an impartial jury* of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and *to be informed of the cause of the accusation;* to be *confronted with the witnesses against him;* to have compulsory process for obtaining witnesses in his favor, and to *have the Assistance of Counsel* for his defense."

Exhibit ___3___ Page __11__

Motion to Dismiss for Lack of JURISDICTION

## 1879 Constitution of California ARTICLE I DECLARATION OF RIGHTS:

### SECTION 1:
All men are by nature free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty; acquiring, possessing, and protecting property; and pursuing and obtaining safety and happiness.

### SECTION 2:
All political power is inherent in the people. Government is instituted for the protection, security, and benefit of the people, and they have the right to alter or reform the same whenever the public good may require it.

### SECTION 3:
The State of California is an inseparable part of the American Union, and the Constitution of the United States is the supreme law of the land.

### SECTION 16:
No bill of attainder, ex post facto law, law impairing the obligation of contracts, shall ever be passed.

### SECTION 19:
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable seizures and searches, shall not be violated; and no warrant shall issue, but on probable cause, supported by oath or affirmation, particularly describing the place to be searched and the persons and things to be seized.

### SECTION 22:
The provisions of this Constitution are mandatory and prohibitory, unless by express words they are declared to be otherwise.

Exhibit __3__ Page __12__

Motion to Dismiss for Lack of JURISDICTION

1879 California Constitution **ARTICLE VI JUDICIAL DEPARTMENT:**

**Section 12:**     "The Supreme Court, *the Superior Courts*, and other Courts as the Legislature shall prescribe, *shall* be *Courts of record*."

**Section 22:**     "*No Judge* of a *Court of record* <u>*shall practice law*</u> in any Court of this State during his continuance in office."

Defendant in error **has not and will not** plead **"guilty"** or **"no contest"** *(or make any plea at all)* to the alleged offense(s) charged in this proceeding or any unlawful arraignment. There is **no lawful complaint.** Therefore, the Defendant in error, HAS NOT, DOES NOT and WILL NOT *voluntarily* waive any rights *(including but not limited to)* the MANDATORY filing of a LAWFUL complaint and has not, nor will not elect that the prosecution proceed upon a notice to appear [CVC § 40513]. This matter has been initiated without warrant, without an injured party and without a first-hand witness to a real crime. If this court continues/persists *(i.e. proceeds)* in a bad-faith prosecution *(void ab initio)*, this court will be colluding *(conspiring)* with and giving tacit agreement to those violations. *(i.e. violation of due process of law and perjury of judge's oath of office).*

Absent a bona-fide lawful complaint, Defendant in error does not know:

1. Who the Plaintiff *(i.e. injured party)* is in this matter.
2. What the Statement of facts are in this matter.
3. What the cause(s) of action are in this matter.
4. What remedies or relief is being sought against her in this matter.
5. What the nature and cause of this matter is and/or why she is in court.

## <u>SUBJECT MATTER JURISDICTION</u>

**The first pleading** on the part of the people **in a misdemeanor or infraction case is the complaint** ... [California Penal Code § 949]

The accusatory pleading *<u>is sufficient if</u>* it can be understood therefrom:
3. If a complaint, that *it is made and <u>subscribed</u>* by some *<u>natural person</u>* and *sworn to* before some officer entitled to administer oaths... [CPC § 959]

Except as otherwise provided by law, *all misdemeanors and infractions **must be** prosecuted by written complaint under oath <u>subscribed</u> by the complainant. [CPC § 740]*

Exhibit   _3_     Page   _13_

Statement of facts-demand for judgment *(a)* A complaint...**shall** contain both of the following: *(1)* **a statement of facts constituting the cause of action, in ordinary and concise language.** *(2)* **A demand for judgment for relief to which** <u>the pleader</u> **claims to be** <u>entitled</u>... **[California Code of Civil Procedure §425.10]**

1.      **Without the filing of a formal, verified complaint, the Court lacks subject matter jurisdiction** over this case. It is black letter law that the filing of a complaint gives the court subject matter jurisdiction to hear a matter brought before it:

"**A court acquires jurisdiction over the subject matter** when an action is instituted **by the filing of a complaint**". [16 California Jurisprudence, 3rd Series, § 170 (Courts)]

"**The complaint is the foundation of the jurisdiction of the magistrate**". [22 Corpus Juris Secundum § 303, pages 456, 457]

"**A trial court's subject matter jurisdiction is triggered by** the filing of information alleging commission of a public offense within the appropriate venue". [21 American Jurisprudence, 2nd Series, § 480 (Criminal Law)]

"**A formal accusation which charges some offense known to law is essential for every trial for crime, without which the court acquires no jurisdiction to proceed,** even with the consent of the accused". [22 Corpus Juris Secundum § 167 (Criminal Law)]

"**Jurisdiction over the subject matter is acquired** when an action or proceeding is instituted **by the filing of a complaint** in a court in the jurisdictional territory competent to hear and determine the particular cause". **[<u>People v.Gomper</u>** (1984) 160 Cal. App. 3rd Supp. 1; <u>**Sharp v. Johnson**</u> (5th Cir.1997) 107 F.3d 282; <u>**St. James Church v. Superior Court**</u> (1955) 135 Cal. App. 2d 352; <u>**Silverman v. Greenberg**</u> (1938) 12 Cal. 2d 21; <u>**Rupley v. Johnson**</u> (1953) 120 Cal. App. 2d 548; <u>**Handy v. Superior Court**</u> (1960) 185 Cal. App. 2d 21; <u>**People v. Kepford**</u> (1935) 10 Cal. App. 2d. 128; <u>**City of San Diego v. Municipal Court**</u> (1980) 102 Cal. App. 3d 775; <u>**Burns v. Municipal Court**</u> (1961) 195 Cal. App.2d 596; <u>**Exparte Bain**</u> (1887) 121 U.S.1; <u>**In re Circosta**</u> (1963) 219 Cal. App. 2d 777; <u>**People v. Agnew**</u> (1952) 110 Cal. App. 2d Supp. 837**]**

Exhibit ___3___ Page _14_

"A formal accusation is essential for every trial for crime, without it the court acquires no jurisdiction to proceed" [16 Corpus Juris Secundum § 230 (Criminal Law)].

2.      The Court cannot allege that a written notice to appear is a verified complaint simultaneously because California law *[Vehicle Code § 40513(a)]* clearly states *"...except that a defendant may waive the filing of a verified complaint and elect that the prosecution may proceed upon a written notice to appear."*

If a written notice to appear *(a traffic citation)* is a lawful "verified complaint", how could a defendant possibly waive the verified complaint and elect that the prosecution proceed upon a written notice to appear?      *Clearly these two documents are not the same.*

3.      Lastly, if the court argues and alleges that a written notice to appear *(a traffic ticket)* is a complaint, for purposes of appellate review, if necessary, **Defendant gives the Court notice that the written notice to appear <u>does not conform</u> to California law** [Code of Civil Procedure §§ 422.30, 422.40, and 425.10] and California Rules of Court [Rules 2.100 through 2.111 and 501] pertaining to the nature and content of a complaint.

## <u>JUDGE HAS A DUTY TO DISMISS</u>

1.      It should also be noted that the complaint by itself does not give the court jurisdiction to go to trial but only to hold a preliminary hearing to determine probable cause. See ***Sanders v. Sheriff, Washoe County, 85 Nev. 179, 182, 451 P.2d 718, 720 (1969):***

*"The justice court thus had jurisdiction to hold a preliminary hearing upon that formal written complaint, and when it found probable cause to believe the appellant committed the crimes charged, to hold him to answer in the district court". Also see **Byrnes v. United States, 327 F.2d 825 (9th Cir. 1964):***

2.      *'The complaint need only charge the crime, and need not show probable cause, on its face, to give jurisdiction to the United States Commissioner. This is not like an affidavit for a warrant for arrest. That must show probable cause. **Giordenello v. United States, 1958, 357 U.S. 480, 78 S.Ct. 1245, 2 L.Ed. 2d 1503.** Upon arraignment if there has been no indictment, the Commissioner must by preliminary examination (**unless it is waived**) satisfy himself there*

Exhibit  _3_   Page  _15_

Motion to Dismiss for Lack of JURISDICTION

*is probable cause to believe that a crime has been committed and the person arrested has committed the crime.* **[F.R.C.P. 5(c)].**  *But the face of the complaint gives him jurisdiction if it follows the statutory language and it relates the essential facts constituting the offense charged.'*   [Emphasis added]

3.     The complaint grants the court *[the disinterested arbiter]* authority to go to preliminary hearing in order to make a determination of probable cause, if the accused was arrested without a warrant.   Any proceeding beyond this point, including a meaningful arraignment, **must be founded upon this probable cause determination.**

## Absent probable cause the court has been lawfully vested to dismiss the matter; it is not a decision to be made by the prosecution.

See: **_U.S. v. Will, 449, U.S. 200, 216, 101 S.Ct. 471 66 L.Ed.2d 392, 406 (1980):_ "The judge has a duty to continually inspect the record of the case, and if subject-matter jurisdiction does not appear at any time from the record of the case, then he has the duty to dismiss the case lacking subject-matter jurisdiction.  Should the judge act in any case when he does not have subject-matter jurisdiction, _he is acting unlawfully_.** See also, **Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed. 257 (1821),** **_"and without any judicial authority"._**   [Emphasis added]

*The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking [i.e. his Oath] to support it."* **Cooper  v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).** **Any judge who does not comply with his/her oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason.** *["Any Judge"]*

Exhibit   3   Page  16

## CONCLUSION

**Wherefore,** this alleged prosecution, initiated and conducted with *no* accusing party, *no* witness with firsthand personal knowledge of a crime and *no* lawful *(i.e. constitutionally compliant)* complaint, this matter is gravely insufficient to sustain a charge, much less obtain a **lawful conviction,** against THE ACCUSED.  In light of the aforementioned facts, evidence and law, should the prosecution attempt to continue with this matter, the prosecution, founded in bad faith, would be proceeded with in bad faith.  Therefore, defendant in error would be left with no alternative but to bring the matter before a competent constitutional jurisdiction in a federal action *[42 USC §§ 1983, 1985, 1986* and *18 USC §§ 241 & 242]* to redress his grievances.

Based upon the foregoing, which is supported by, Constitutionally Guaranteed Rights, including but not limited to: right of due process of law; California Constitution; State law *[Penal code; Vehicle code;]* and sound legal precedent *(common law).* ***This court has a fiduciary duty pursuant to the U.S. Constitution Article III, section 2.***  In the interest of justice, **Miller, Jacquelyn** – the Real Party in Interest – respectfully moves this court to dismiss this case in its entirety, with prejudice, against Defendant in error, for lack of jurisdiction, as required by law.

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 1506*

**Respectfully Submitted**
**All Rights Reserved, Without Prejudice**

By: _____

Date: _4 / 29 / 2020_

Motion to Dismiss for Lack of JURISDICTION

## SUPERIOR COURT OF CALIFORNIA
## LOS ANGELES COUNTY

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA ) | Citation/Case # Z130026 |
| ) | |
| ) | **NOTICE OF MOTION** |
| PLAINTIFF ) | **AND** |
| ) | **MOTION TO DISMISS** |
| v. ) | **FOR LACK OF** |
| ) | **JURISDICTION** |
| JACQUELYN MILLER ) | |
| ) | |
| DEFENDANT IN ERROR ) | |
| Miller, Jacquelyn ) | [PROPOSED] |
| Real Party in Interest ) | **ORDER** |

### COURT ORDER ON MOTION
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)

AFTER REVIEWING THE ABOVE MOTION AND SUPPORTING AUTHORITIES THEREOF:

**The Court hereby orders Motion to Dismiss for Lack of Jurisdiction:**

GRANTED **[ ]** On the grounds of: _____

DENIED   **[ ]** On the grounds of: _____

**IT IS HEREBY ORDERED,**

Dated: ___/___/___ Court Seal: _____

Please sign, stamp w/court seal and                    **JUDGE**
return to party at the hearing or by mail,
the attached 2nd copy of Court Order.

Exhibit __3__ Page __18__

Motion to Dismiss for Lack of JURISDICTION

## SUPERIOR COURT OF CALIFORNIA
## LOS ANGELES COUNTY

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | ) Citation/Case # Z130026 |
| | ) |
| | ) **NOTICE OF MOTION** |
| PLAINTIFF | ) **AND** |
| | ) **MOTION TO DISMISS** |
| v. | ) **FOR LACK OF** |
| | ) **JURISDICTION** |
| JACQUELYN MILLER | ) |
| | ) |
| DEFENDANT IN ERROR | ) |
| Miller, Jacquelyn | ) [PROPOSED] |
| Real Party in Interest | ) **ORDER** |

## COURT ORDER ON MOTION
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58(d)

AFTER REVIEWING THE ABOVE MOTION AND SUPPORTING AUTHORITIES THEREOF:

**The Court hereby orders Motion to Dismiss for Lack of Jurisdiction:**

GRANTED [ ] On the grounds of: _____

DENIED   [ ] On the grounds of: _____

**IT IS HEREBY ORDERED,**

Dated: ___/___/___ Court Seal:                    _____

Please sign, stamp w/court seal and                    **JUDGE**
return to party at the hearing or by mail,
the attached 2nd copy of Court Order.

Exhibit _3_ Page _19_

# Exhibit 4

Court Dates at Beverly Hills and Santa Monica Courts – 6 pages

Español   Tiếng Việt   한국어   中文   huykntu

Search

THE SUPERIOR COURT OF CALIFORNIA
**COUNTY OF LOS ANGELES**

Search

| Home | Online Services<br>Pay Fines, Search Records... | Forms, Filings & Files<br>Forms, Filing Fees... | Self-Help<br>Self-Rep, Info, FAQs... | Divisions<br>Civil, Criminal, Family... | Jury<br>Jury Duty Portal, Q&A... | General Info<br>Courthouses, ADA ... |

## › *Traffic*

◆ Traffic Home



May I He
¿En qué
ayuda

**ONLINE SERVICES**

# Eligibility List

**Progress:**

| **Step 1** | **Step 2** | **Step 3** | **Step 4** | **Step 5** |
|---|---|---|---|---|
| User Agreement | Retrieve Ticket Info | Online Ticket Options | Payment/Reservation | Confirmation |

| Ticket Number:<br>Z130026 | Law Enforcement Agency:<br>Los Angeles Police Department |
|---|---|
| Name: | JACQUELYN A MILLER |
| Filing Court: | Beverly Hills Courthouse<br>9355 Burton Way, Beverly Hills, CA 90210<br>(213)742-6648 |
| Violation Date: | 2/12/2020 |
| Initial Due Date: | 5/13/2020 |
| Case Status: | Open |
| Last Action: | Case Submitted for Judicial Review |
| Last Action Date: | 4/9/2020 |

Your ticket qualifies for the following online transaction(s). Select the transaction you would like and click on the submit button.

○ Request an Extension of the Due Date on Your Ticket - The extension date will be **7/13/2020.**

○ Court Date Reservation for Arraignment Only - No Trials - Select a time preference below.
○ AM  ○ PM  ○ Night Court  ○ No Preference

Ineligible transaction(s):
Pay and Close Your Ticket - What are the qualifications?
Enroll in a Payment Plan - What are the qualifications?
Request Traffic School - What are the qualifications?
Make a Partial Payment to a Court Ordered Fine - What are the qualifications?
Make the Payment after you are Enrolled in Traffic Payment Plan - What are the qualifications?
Request an Extension to pay your fine - What are the qualifications?
Request an Extension to complete Traffic School - What are the qualifications?

Go Back     Submit     Cancel

Privacy Statement   |   Disclaimer   |   Employment   |   ADA   |   Holidays   |   Comment on our Website      Copyright © 2020 Superior Court of California, County of Los Angeles

Exhibit ____4____ Page ____1____

4/19/2020  5:38 PM

# This Is Your Confirmation

| Ticket Number: | Law Enforcement Agency: |
|---|---|
| Z130026 | Los Angeles Police Department |

Name: JACQUELYN A MILLER
Transaction Date: 4/28/2020 12:55 PM

Your request for 'Request an Extension of the Due Date' has been processed and extended to 7/13/2020 (MM/DD /YYYY).

Failure to comply will result in your case being closed and the conviction being reported to the DMV. No further extension will be allowed.

---

**IMPORTANT**

This is your extension confirmation request. Please print and retain this extension confirmation notice for your records. It is your proof that you requested an extension and it was granted.

---

Exhibit __4__   Page __2__

**SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES**

BEVERLY HILLS COURTHOUSE
9355 BURTON WAY
BEVERLY HILLS CA 90210
213-742-6648

JACQUELYN A MILLER                     Date: 08/29/2020
3751 S MOTOR AVE 1103
LOS ANGELES CA 90034                   Citation/LEA Number: Z130026 - 1942

                                       Offenses: VC21655.8(A); VC22349(A); VC4454(A)

                                       ISSUE DATE: 02/12/2020
                                       NEW DUE DATE: 12/14/2020

DEFENDANT:  JACQUELYN A MILLER

Your Appear by Date has been extended to 12/14/2020 at the Clerk's Office of the courthouse listed above.
This is the date by which you need to take action on this citation (see options below).

Due to COVID-19 distancing requirements, please do not come to a courthouse without a scheduled appointment or a
court hearing.  If you arrive at the courthouse and do not have a case on the court's calendar or a scheduled appointment
with the clerk's office for that day, you will be required to make an appointment and return on your appointment date in
order to handle your case.  See below for information on scheduling a court hearing or an appointment with the clerk's
office.

R e m e m b e r:  The new date on this notice is not a court hearing date nor a scheduled appointment.

There are many options for handling your citation online at www.lacourt.org without coming to a courthouse.

Those options are:
  -   Set a court hearing date
  -   Enroll in a payment plan program
  -   Pay the citation in full
  -   Sign up for traffic school (if eligible)
  -   Receive an extension (if eligible)

From the website, you can also access forms and learn about other options, such as:
  -   Find information on how to submit a proof of correction without coming to court
  -   Download, complete and file a Trial by Declaration (TBD) form without paying any money or coming to court
  -   Download, complete and file an Ability to Pay Petition, which may reduce the fees due
  -   Admit the violation and request a reduced fine and/or community service

Forms that you download and complete can be mailed or dropped off to the courthouse where your case is assigned.  You
can find the address to each courthouse at LACourt.org/courthouse.  If you are unable to print a form from the Court's
website, you can call the courthouse where your case is assigned, and the form will be mailed to you.

If you're unable to resolve your case or find information you are seeking online, you can call the traffic courthouse where
your case is assigned and be assisted over the phone. Telephone numbers can be found at LACourt.org/courthouse.

Transactions that can be completed over the phone are:
  -   Set a court hearing date
  -   Receive information to have a license hold removed
  -   Receive an extension (if eligible)
  -   Schedule an appointment in the clerk's office for assistance
  -   Obtain other information about your citation

Spoke to Debbro on 12.1.2020 ~ 16?? to set a court
date - 7.7.2021 @ 10???. Can send docs in to court.
    (2 set of docs 1 for in court 2nd + conformed copy & SASE to return).
12.23 2020 @ 11:34 documents delivered 2 BH Courthouse c Individual.
2.19.21 - called + gave info 2 clerk - did'nt give name but gave me #2 Mrs. Jeter traff
  I called Mrs. Jeter + @ a msg & return call 2 this day.                sup

Exhibit ___4___   Page ___3___

ONLINE SERVICES

# Eligibility List

**Progress:**

| Step 1 User Agreement | Step 2 Retrieve Ticket Info | Step 3 Online Ticket Options | Step 4 Payment/Reservation | Step 5 Confirmation |
|---|---|---|---|---|

**Ticket Number:**
Z130026

Law Enforcement Agency:
Los Angeles Police Department

**Name:** JACQUELYN A MILLER

**Filing Court:** Beverly Hills Courthouse
9355 Burton Way, Beverly Hills, CA 90210
(213)742-6648

**Violation Date:** 2/12/2020

**Initial Due Date:** 12/14/2020

**Case Status:** Court Date Set

**Last Action:** Arraignment Set

**Last Action Date:** 12/1/2020

**New Appearance Date and Location:** 7/7/2021 10:00 AM - Beverly Hills Courthouse Dept BH304
9355 Burton Way Beverly Hills, CA 90210


Exhibit ___4___ Page

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE LOCATION: Beverly Hills Courthouse | |
| PLAINTIFF: PEOPLE OF THE STATE OF CALIFORNIA | |
| DEFENDANT: JACQUELYN A MILLER | |

| AGREEMENT TO APPEAR FOR ARRAIGNMENT | CITATION NUMBER: Z130026 |
|---|---|

The court has allowed me to proceed to trial without posting bail. If I fail to appear on the date set for court trial (either personally or through an attorney with the authority to appear on my behalf) the court may take any of the following actions:

- The court may deem that I have elected to have a trial by written declaration pursuant to Vehicle Code section 40903(a). As such, the court may hold a trial in my absence and will rely on information contained in the citation and any submitted documentation by the arresting officer or me. This means I waive the right to be present at a trial, to testify and/or present evidence on my behalf, to be represented by an attorney, to confront and cross-examine witnesses and to use the subpoena power of the court to compel the attendance of witnesses.
- In the alternative, the court may issue a bench warrant for my arrest and set bail in an appropriate amount.
- Any of these actions may be heard and/or taken by a temporary Judge, who is a qualified attorney, sworn and appointed by order of the Presiding Judge of the Superior Court and assigned to try the case, as authorized under California Rules of Court, rules 2.810-2.816. This means that in the event of my failure to appear at trial, I waive my right to have this case heard by a judge or commissioner of the Superior Court.
- If the court elects to proceed by a trial by declaration, and I am found guilty, a notice informing me (and/or my attorney of record) of the court's decision and of any fines due will be mailed to me and/or my attorney of record at the address on file with the court.
- If I fail to take action by the due date stated in that notice the court may impose a civil assessment up to $300 pursuant to Penal Code section 1214.1 and/or refer the matter to a collection agency.

| AGREEMENT TO APPEAR |
|---|
| I have read and agree to the terms listed above. I agree to appear in court as indicated below. |

| DATE: July 14, 2021 | TIME: 10:00 AM | DEPARTMENT: Beverly Hills Dept - 304 |
|---|---|---|
| COURT ADDRESS: 9355 Burton Way Beverly Hills, CA 90210 | | |

| SIGNATURE OF PERSON WHO RECEIVED CITATION OR ATTORNEY | DATE 7/7/2021 |
|---|---|
| DEFENDANT'S ADDRESS (Street address, city, state, and ZIP code) 3751 S MOTOR AVE 1103 LOS ANGELES, CA, 90034 | |
| DRIVER'S LICENSE NUMBER N5345209 | BIRTH DATE 9/17/1958 |

TRAF 041 (REV 07/17)
LASC Approved (03/15)
For Mandatory Use

AGREEMENT TO APPEAR FOR TRIAL

DISTRIBUTION: Court Case File and Defendant

Veh. Code §40903

Exhibit   4   Page   5

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE LOCATION: Beverly Hills Courthouse | |
| PLAINTIFF: PEOPLE OF THE STATE OF CALIFORNIA | |
| DEFENDANT: JACQUELYN A MILLER | |

| **AGREEMENT TO APPEAR FOR TRIAL** | CITATION NUMBER: Z130026 |
|---|---|

The court has allowed me to proceed to trial without posting bail.  If I fail to appear on the date set for court trial (either personally or through an attorney with the authority to appear on my behalf) the court may take any of the following actions:

- The court may deem that I have elected to have a trial by written declaration pursuant to Vehicle Code section 40903(a).  As such, the court may hold a trial in my absence and will rely on information contained in the citation and any submitted documentation by the arresting officer or me.  This means I waive the right to be present at a trial, to testify and/or present evidence on my behalf, to be represented by an attorney, to confront and cross-examine witnesses and to use the subpoena power of the court to compel the attendance of witnesses.
- In the alternative, the court may issue a bench warrant for my arrest and set bail in an appropriate amount.
- Any of these actions may be heard and/or taken by a temporary Judge, who is a qualified attorney, sworn and appointed by order of the Presiding Judge of the Superior Court and assigned to try the case, as authorized under California Rules of Court, rules 2.810-2.816.  This means that in the event of my failure to appear at trial, I waive my right to have this case heard by a judge or commissioner of the Superior Court.
- If the court elects to proceed by a trial by declaration, and I am found guilty, a notice informing me (and/or my attorney of record) of the court's decision and of any fines due will be mailed to me and/or my attorney of record at the address on file with the court.
- If I fail to take action by the due date stated in that notice the court may impose a civil assessment up to $300 pursuant to Penal Code section 1214.1 and/or refer the matter to a collection agency.

| **AGREEMENT TO APPEAR** |
|---|
| I have read and agree to the terms listed above.  I agree to appear in court as indicated below. |

| DATE: August 27, 2021 | TIME: 8:30 AM | DEPARTMENT: Santa Monica Dept. - B |
|---|---|---|
| COURT ADDRESS:  1725 Main St. Santa Monica, CA 90401 | | |

| SIGNATURE OF PERSON WHO RECEIVED CITATION OR ATTORNEY *All rights reserved without prejudice TDC* | DATE 7/14/2021 |
|---|---|
| DEFENDANT'S ADDRESS (Street address, city, state, and ZIP code) 3751 S MOTOR AVE 1103 LOS ANGELES, CA, 90034 | |
| DRIVER'S LICENSE NUMBER N5345209 | BIRTH DATE 9/17/1958 |

**AGREEMENT TO APPEAR FOR TRIAL**

DISTRIBUTION: Court Case File and Defendant

Veh. Code §40903

Exhibit ___4___ Page ___6___

# Exhibit 5

Filing instruction Notice to Clerk at Beverly Hills Court, USPS Receipt for SASE and Mailing to B.H. Court, USPS Tracking, Certified Mail Receipt and Return Receipt – 3 pages

FILING INSTRUCTION NOTICE

To:  BEVERLY HILLS COURTHOUSE
     COURT CLERK'S OFFICE
     9355 Burton Way
     Beverly Hills, CA 90210

From:  Miller, Jacquelyn
       C/o 3751 Motor Avenue Unit 1103
       Los Angeles, California uSA
                              [90034]

CERT. MAIL RTN REC # **7018 3090 0000 0468 9047**

# ATTENTION COURT CLERK

## Re: Case # Z130026

Please conform stamp the attached copy and return in the self-addressed postage paid envelope, the extra copy of the enclosed amended complaint is to be filed into this case. The Judge has already been sent a copy. Thank you in advance for your assistance.

Respectfully,

Miller, Jacquelyn

---

**Please check and date when completed:**

☐ Conformed copy stamped on: ____/____/____

☐ Amended complaint filed into case on: ____/____/____

☑ Judge's copy mailed on 4/30/2020 Certified Mail Return Receipt #7018 3090 0000 0468 8992

Exhibit __5__   Page __1__



**UNITED STATES POSTAL SERVICE.**

```
                    PALMS
                3751 MOTOR AVE
           LOS ANGELES, CA 90034-9998
                 (800)275-8777

12/19/2020                          02:14 PM
------------------------------------------------
Product            Qty    Unit      Price
                          Price
------------------------------------------------
First-Class Mail®   1               $0.55
Letter
     Sacramento, CA  94240
     Weight: 0 lb 0.90 oz
     Estimated Delivery Date
         Thu 12/24/2020
     Certified Mail®                $3.55
         Tracking #:
         70140150000143477536
Total                               $4.10

First-Class Mail®   1               $0.55
Letter
     Downey, CA  90242
     Weight: 0 lb 0.50 oz
     Estimated Delivery Date
         Tue 12/22/2020
     Certified Mail®                $3.55
         Tracking #:
         70183090000004689074
     Return Receipt                 $2.85
         Tracking #:
         9590 9402 5707 9346 7863 49
Total                               $6.95

$2 Statue Freedom   2    $2.00      $4.00

Gwen Ifill          1    $0.55      $0.55

5c Grapes           1    $0.05      $0.05

Priority Mail® 1-Day 1              $7.50
     Beverly Hills, CA  90210
     Weight: 0 lb 15.40 oz
     Expected Delivery Date
         Mon 12/21/2020
     Certified Mail®                $3.55
         Tracking #:
         70183090000004689067
     Return Receipt                 $2.85
         Tracking #:
         9590 9402 5707 9346 7863 32
Total                               $13.90
------------------------------------------------
Grand Total:                        $29.55
------------------------------------------------
Credit Card Remitted                $29.55
     Card Name: VISA
     Account #: XXXXXXXXXXXX6567
     Approval #: 23857C
     Transaction #: 551
     AID: A0000000031010        Chip
     AL: VISA CREDIT
     PIN: Not Required
------------------------------------------------

************************************************
USPS is experiencing unprecedented volume
   increases and limited employee
     availability due to the impacts of
COVID-19. We appreciate your patience and
   remain committed to delivering the
            holidays to you.
************************************************

Text your tracking number to 28777 (2USPS)
```

Exhibit _5_ Page _1A_

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70183090000004689067

Remove ✕

Your item was delivered to an individual at the address at 11:24 am on December 23, 2020 in BEVERLY HILLS, CA 90210.

## ✅ Delivered, Left with Individual

December 23, 2020 at 11:24 am
BEVERLY HILLS, CA 90210

Feedback

**Get Updates** ∨

---

### Text & Email Updates                                        ∨

---

### Tracking History                                            ∧

December 23, 2020, 11:24 am
Delivered, Left with Individual
BEVERLY HILLS, CA 90210
Your item was delivered to an individual at the address at 11:24 am on December 23, 2020 in BEVERLY HILLS, CA 90210.

December 23, 2020, 6:10 am
Out for Delivery
BEVERLY HILLS, CA 90210

December 23, 2020, 2:54 am
Arrived at Post Office

Exhibit ___5___ Page ___2___

BEVERLY HILLS, CA 90209

**December 22, 2020, 5:33 am**
Departed USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**December 21, 2020, 11:48 am**
Arrived at USPS Regional Facility
LOS ANGELES CA DISTRIBUTION CENTER

**December 20, 2020**
In Transit to Next Facility

**December 19, 2020, 2:12 pm**
USPS in possession of item
LOS ANGELES, CA 90034



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Beverly Hills, CA 90210

| | |
|---|---|
| Certified Mail Fee | $3.55 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $7.50 |
| Total Postage and Fees | $13.90 |

Sent To  Beverly Hills Courthouse. Court Clerks Office
Street and Apt. No., or PO Box No.  9355 Burton Way
City, State, ZIP+4®  Beverly Hills, CA  90210

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 3090 0000 0468 9067

---

**Product Information**    ⌄

Feedback

---

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br>Beverly Hills Courthouse<br>Court Clerks Office<br>9355 Burton Way<br>Beverly Hills, CA, 90210 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5707 9346 7863 32 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery<br>($ )  | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7018 3090 0000 0468 9067 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Exhibit** __5__ **Page** __3__

of 2

12/8/2021 4:07 PM

# Exhibit 6

Beverly t. Hs court
2.19.21     Traffic Supervisor
Called @ 310·281·2402
msg ~16#3   Mrs @ Jeter

4·9·21
1511   Called & spk c mrs Jeter
Stated they don't have docs + 2 bring them
in on court date

Exhibit __6__ Page __1__

# Exhibit 7

**Face Sheets Only for Motions (To Show Resubmission Filing), Authenticated Birth Certificate with Affidavit of Ownership – 13 pages**

Addendum to Attached Affidavit of Status

Miller, Jacquelyn
C/o 3751 Motor Avenue Unit 1103
Los Angeles, California, [90034]
Sui Juris
By Special Appearance



CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 07 2021

Sherri R. Carter, Executive Officer/Clerk of Court

### SUPERIOR COURT OF CALIFORNIA
### LOS ANGELES COUNTY

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | ) ) ) | Citation/Case # Z130026 |
| | | **Resubmission of** |
| | | **Addendum to** |
| PLAINTIFF | ) ) | **NOTICE OF AFFIDAVIT** |
| | ) | **AND** |
| v. | ) ) | **AFFIDAVIT OF STATUS** |
| JACQUELYN MILLER | ) ) | |
| DEFENDANT IN ERROR | ) ) | **Notice Date:** April 23, 2020 |
| Miller, Jacquelyn | ) | **Hearing Date:** May 13, 2020/July 7, 2021 |
| Real Party in Interest | ) | **Judge:** Marsha Revel |

### Declaration and Affidavit of Status

1.  Your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that he has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of his knowledge.

2.  I declare under penalty of perjury under the laws of the republic united States of America that the foregoing is true and correct.

**Included with and incorporated to this new addendum and signature page is the attached certified, notarized and previously filed copy of AFFIDAVIT OF STATUS**

*The Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 1506*

**All Rights Reserved, Without Prejudice**

By: _____
UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107

$\underline{6 , 17 , 21}$
Date

Addendum to Attached Affidavit of Status

Exhibit ___7___ Page ___1___

Judicial Notice

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, CA [90034]
In Propria Persona /Sui Juris
By Special Appearance

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**JUL 07 2021**

SUPERIOR COURT OF CALIFORNIA Sherri R. Carter, Executive Officer/Clerk of Court

LOS ANGELES COUNTY

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | Citation/Case # Z130026 |
| | **RESUBMISSION OF** |
| PLAINTIFF | **JUDICIAL NOTICE to COURT** |
| | **for ADHERENCE to,** |
| v. | **COMPLIANCE with ALL** |
| | **TREATIES, COVENANTS,** |
| JACQUELYN MILLER | **CONSTITUTIONS and LAWFUL** |
| | **CONTRACTS & AGREEMENTS** |
| DEFENDANT IN ERROR | |
| Miller, Jacquelyn | **Notice Date: April 23, 2020** |
| Real Party in Interest | **Judge Marsha Revel** |

## \*\*\*NO STIPULATION TO COMMISSIONER OR PRO TEM\*\*\*
## TO BE HEARD BY ARTICLE III COMPLIANT JUDICIAL OFFICER ONLY
## (A REAL JUDGE ONLY – IN AN ARTICLE III COMPLIANT "COURT OF RECORD")

COMES NOW, **Miller, Jacquelyn** the real party in interest, a living, breathing, **Natural Person**, a free born human-being on the land, a Sovereign American state, *sui juris,* and not a fictional entity, or a presumed dead entity, minor, imbecile, incompetent, a ward of the State, or a person lost at sea, etc. etc. etc. *(as per Cestui Que Vie Act 1666).* on **special appearance** with, and so claiming all of her unlimited, inherent, unalienable, God given and Constitutionally secured Rights, **requesting that this** and any future subsequent documents, **and all other** facts, laws and evidentiary **submissions** be "liberally construed" pursuant to *Haines v. Kerner U.S. 519,* and who now hereby respectfully moves this **Judicial Court** to **take mandatory judicial notice of their Oaths as estoppel** to subjecting me and/or my property *(under any pretense whatsoever)* to any type of **un-constitutional,** simulated *(i.e. fraudulent)* legal process *(i.e. an administrative process of fictional entities)* in lieu of lawful due process pursuant to: the **U.S. Constitution-Article 3 Section 2,** and the **California Constitution Articles 1&6.** *I RESERVE MY RIGHT TO SUE YOU IN CASE OF SUCH VIOLATION.*

## JUDICIAL

Page 1 of 3

Exhibit ___7___ Page ___2___

.otion to Dismiss for Lack of JURISDICTION

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, CA [90034]
In Propria Persona */Sui Juris*
By Special Appearance

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**SUPERIOR COURT OF CALIFORNIA**
**LOS ANGELES COUNTY**

**JUL 07 20**

Sherri R. Carter, Executive Officer/Clerk of Court

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | ) ) ) | Citation/Case # Z130026 |

THE PEOPLE OF THE STATE OF
CALIFORNIA

    PLAINTIFF

          v.

JACQUELYN MILLER

    DEFENDANT IN ERROR

Miller, Jacquelyn
Real Party in Interest

)
)
)
)
)
)
)
)
)
)
)
)
)

Citation/Case # Z130026

**RESUBMISSION OF**
**NOTICE OF MOTION**
**AND**
**MOTION TO DISMISS**
**FOR LACK OF**
**JURISDICTION**

**Notice Date: April 23, 2020**
**Hearing Date: May 13, 2020/July 7, 2021**
**Judge: Marsha Revel**

**\*\*\*NO STIPULATION TO COMMISSIONER OR PRO TEM\*\*\***
**TO BE HEARD BY ARTICLE III COMPLIANT JUDICIAL OFFICER ONLY**
**(A REAL JUDGE ONLY – IN AN ARTICLE III COMPLIANT "COURT OF RECORD")**

    **Comes now, Miller, Jacquelyn,** the real party in interest, upon a NOTICE OF and MOTION TO DISMISS. *I am* the Natural Woman, and *superior claim holder (of MILLER, JACQUELYN -dba- JACQUELYN MILLER – ens legis)* as per the affidavit filed herewith, a living woman on this land and not a fictional entity, or a presumed dead entity, minor, imbecile, incompetent, a ward of the State, or a person lost at sea, etc. etc. etc. *(as per Cestui Que Vie Act 1666).* I hereby invoke and move this **Judicial Court** to *take mandatory judicial notice of their sworn Oaths as estoppel* to subjecting me and/or my property *(under any pretense whatsoever)* to any type of **un-constitutional,** simulated legal process *(i.e. an administrative process of fictional entities)* in lieu of lawful due process pursuant to: the **U.S. Constitution - Article 3 Section 2,** and the **California Constitution Articles 1&6.** *I RESERVE MY RIGHT TO SUE YOU IN CASE OF SUCH VIOLATIONS.*

Exhibit  7  Page  3

.e: Citation/Case # Z130026 1st Letter

Miller, Jacquelyn
c/o 3751 Motor Ave Unit 1103
Los Angeles, California [90034]
March 28, 2020

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California,
County of Los Angeles

**JUL 07 2021**

Sherri R. Carter, Executive Officer/Clerk of Court

Re: Case # Z130026

ATTENTION: **Brazile, Kevin C.** - State Bar # 113355 – d/b/a – PRESIDING JUDGE

Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

*Certified Mail Return Receipt #7014 0150 0001 4347 7550*

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

To: **Kevin C. Brazile** - State Bar # 113355, and All Parties Concerned,
(cc: **Gershon, Leah C.** - State Bar # 24237 –dba– Court Counsel)

    I am writing to you out of grievance regarding the above-mentioned Case # Z130026. I am sending this letter because once again my rights have been grossly violated by several public officials in this instant matter. I have NOT received a lawful summons, NOR lawful notice of summons regarding the above-mentioned matter. The only thing I have received in this matter is a letter from **Los Angeles Police Dept.** and a response letter from **Leah C. Gershon** stating that my correspondence and documents were incomprehensible and were being discarded, which is not only a violation of due process, but is tantamount to and are regarded as threatening letter(s) per [18 USC § 1505]. *Barring its immediate dismissal with extreme prejudice of this matter*, I herewith and hereby demand that **this letter and all enclosures be filed concurrent with the instant matter as matter(s) of record in this case.**

    Anytime public officers, pursuant to their oaths, violate Rights guaranteed to Citizens in the Constitutions, they act outside their limited delegated authority, thus, perjure their oaths, and by their own actions, invoke the self-executing Sections 3 and 4 of the 14th Amendment; thereby vacate their offices and forfeit all benefits thereof, including salaries and pensions, as they did. This letter is now, Lawful notification to you. Whereby you now have a fiduciary duty to correct the egregious and irreparable violations of these alleged officers or be in collusion with them.

    By stepping outside of your delegated authority you lose any "perceived immunity" of your office and you can be sued for your wrongdoing against me, personally, privately, individually and in your professional capacity, as can all those in your jurisdiction, including your supervisors and anyone having oversight responsibility for you, including any judges or prosecuting attorneys and public officers for that jurisdiction, if, once they are notified of your wrongdoing, they fail to take lawful actions to correct it, pursuant to their oaths and their duties,

Page 1 of 3

Exhibit ___7___ Page ___4___

Re: Citation/Case # Z130026 1st Letter

Miller, Jacquelyn
c/o 3751 Motor Ave Unit 1103
Los Angeles, California [90034]
March 28, 2020

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 07 2021

Sherri R. Carter, Executive Officer/Clerk of Court

Re: Case # Z130026

ATTENTION: **Brazile, Kevin C.** - State Bar # 113355 – d/b/a – PRESIDING JUDGE

Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

<u>*Certified Mail Return Receipt #7014 0150 0001 4347 7550*</u>

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

To: **Kevin C. Brazile** - State Bar # 113355, and All Parties Concerned,
    (cc: **Gershon, Leah C.** - State Bar # 24237 –dba- Court Counsel)

I am writing to you out of grievance regarding the above-mentioned Case # Z130026. I am sending this letter because once again my rights have been grossly violated by several public officials in this instant matter.  I have NOT received a lawful summons, NOR lawful notice of summons regarding the above-mentioned matter. The only thing I have received in this matter is a letter from **Los Angeles Police Dept.** and a response letter from **Leah C. Gershon** stating that my correspondence and documents were incomprehensible and were being discarded, which is not only a violation of due process, but is tantamount to and are regarded as threatening letter(s) per [18 USC § 1505]. *Barring its immediate dismissal with extreme prejudice of this matter*, I herewith and hereby demand that **this letter and all enclosures be filed concurrent with the instant matter as matter(s) of record in this case.**

Anytime public officers, pursuant to their oaths, violate Rights guaranteed to Citizens in the Constitutions, they act outside their limited delegated authority, thus, perjure their oaths, and by their own actions, invoke the self-executing Sections 3 and 4 of the 14th Amendment; thereby vacate their offices and forfeit all benefits thereof, including salaries and pensions, as they did. This letter is now, Lawful notification to you. Whereby you now have a fiduciary duty to correct the egregious and irreparable violations of these alleged officers or be in collusion with them.

By stepping outside of your delegated authority you lose any "perceived immunity" of your office and you can be sued for your wrongdoing against me, personally, privately, individually and in your professional capacity, as can all those in your jurisdiction, including your supervisors and anyone having oversight responsibility for you, including any judges or prosecuting attorneys and public officers for that jurisdiction, if, once they are notified of your wrongdoing, they fail to take lawful actions to correct it, pursuant to their oaths and their duties,

Exhibit ___7___   Page ___5___

Re: Citation/Case # Z130026 1ˢᵗ Letter

Miller, Jacquelyn
c/o 3751 Motor Ave Unit 1103
Los Angeles, California [90034]
March 28, 2020

Re: Case # Z130026

*CONFORMED COPY*
*ORIGINAL FILED*
*Superior Court of California*
*County of Los Angeles*

*I 07 2021*

*Sherri R. Carter, Executive Officer/Clerk of Court*

To: **Marsha Revel**, State Bar # 48536 -dba- JUDGE

Beverly Hills Courthouse
9355 Burton Way
Beverly Hills, California 90210

*CONFORMED COPY*
*ORIGINAL FILED*
*Superior Court of California*
*County of Los Angeles*

**_Certified Mail Return Receipt #7018 3090 0000 0468 8992_**

*JUL 07 2021*

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

*Sherri R. Carter, Executive Officer/Clerk of Court*

To: cc: **Marsha Revel**, State Bar # 48536
To: **Kevin C. Brazile**, State Bar # 113355, and All Parties Concerned,
    (cc: **Gershon, Leah C.** - State Bar # 24237 –dba- Court Counsel)

   I am writing to you out of grievance regarding the above-mentioned Case # Z130026. I am sending this letter because once again my rights have been grossly violated by several public officials in this instant matter. I have NOT received a lawful summons, NOR lawful notice of summons regarding the above-mentioned matter. The only thing I have received in this matter is a letter from **Los Angeles Police Dept.** and a response letter from **Leah C. Gershon** stating that my correspondence and documents were incomprehensible and were being discarded, which is not only a violation of due process, but is tantamount to and are regarded as threatening letter(s) per [18 USC § 1505]. ***Barring its immediate dismissal with extreme prejudice of this matter***, I herewith and hereby demand that **this letter and all enclosures be filed concurrent with the instant matter as matter(s) of record in this case.**

   Anytime public officers, pursuant to their oaths, violate Rights guaranteed to Citizens in the Constitutions, they act outside their limited delegated authority, thus, perjure their oaths, and by their own actions, invoke the self-executing Sections 3 and 4 of the 14ᵗʰ Amendment; thereby vacate their offices and forfeit all benefits thereof, including salaries and pensions, as they did. This letter is now, Lawful notification to you. Whereby you now have a fiduciary duty to correct the egregious and irreparable violations of these alleged officers or be in collusion with them.

   By stepping outside of your delegated authority you lose any "perceived immunity" of your office and you can be sued for your wrongdoing against me, personally, privately, individually and in your professional capacity, as can all those in your jurisdiction, including your supervisors and anyone having oversight responsibility for you, including any judges or prosecuting attorneys and public officers for that jurisdiction, if, once they are notified of your wrongdoing, they fail to take lawful actions to correct it, pursuant to their oaths and their duties, thereto.  If they fail to act and correct the matter then they too condone, aid, abet and give tacit

Exhibit ___7___ Page _6_

Re: Citation/Case # Z130026 1st Letter

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 07 2021

Sherri R. Carter, Executive Officer/Clerk of Court

Miller, Jacquelyn
c/o 3751 Motor Ave Unit 1103
Los Angeles, California [90034]
March 28, 2020

Re: Case # Z130026

To: **Cantil, Tani Gorre** -aka- **Cantil-Sakauye, Tani Gorre**, State Bar #114470 –dba- Chief Justice

Supreme Court of California
350 McAllister Street
San Francisco, California 94102-4797

*Certified Mail Return Receipt #7018 3090 0000 0468 8992*

NOTICE TO AGENT IS NOTICE TO PRINCIPAL

(cc: **Cantil-Sakauye, Tani Gorre**, State Bar #114470, All Parties Concerned)
To: **Kevin C. Brazile**, State Bar # 113355, and All Parties Concerned,
    (cc: **Gershon, Leah C.** - State Bar # 24237 –dba- Court Counsel)

    I am writing to you out of grievance regarding the above-mentioned Case # Z130026. I am sending this letter because once again my rights have been grossly violated by several public officials in this instant matter. I have NOT received a lawful summons, NOR lawful notice of summons regarding the above-mentioned matter. The only thing I have received in this matter is a letter from **Los Angeles Police Dept.** and a response letter from **Leah C. Gershon** stating that my correspondence and documents were incomprehensible and were being discarded, which is not only a violation of due process, but is tantamount to and are regarded as threatening letter(s) per [18 USC § 1505]. *Barring its immediate dismissal with extreme prejudice of this matter*, I herewith and hereby demand that **this letter and all enclosures be filed concurrent with the instant matter as matter(s) of record in this case.**

    Anytime public officers, pursuant to their oaths, violate Rights guaranteed to Citizens in the Constitutions, they act outside their limited delegated authority, thus, perjure their oaths, and by their own actions, invoke the self-executing Sections 3 and 4 of the 14th Amendment; thereby vacate their offices and forfeit all benefits thereof, including salaries and pensions, as they did. This letter is now, Lawful notification to you. Whereby you now have a fiduciary duty to correct the egregious and irreparable violations of these alleged officers or be in collusion with them.

    By stepping outside of your delegated authority you lose any "perceived immunity" of your office and you can be sued for your wrongdoing against me, personally, privately, individually and in your professional capacity, as can all those in your jurisdiction, including your supervisors and anyone having oversight responsibility for you, including any judges or prosecuting attorneys and public officers for that jurisdiction, if, once they are notified of your wrongdoing, they fail to take lawful actions to correct it, pursuant to their oaths and their duties,

Exhibit _____7_____ Page _____7_____

17054279-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of California, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Rex W. Tillerson, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this fourteenth day of September, 2017.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State

Exhibit ___7___ Page ___8___

# State of California
## Secretary of State

not valid for use anywhere within the United States of America, its territories or possessions.

| | | | |
|---|---|---|---|
| **APOSTILLE**<br>(Convention de La Haye du 5 octobre 1961) | | | |
| **1. Country:**<br>Pays / País: | United States of America | | |
| **This public document**<br>Le présent acte public / El presente documento público | | | |
| **2. has been signed by**<br>a été signé par<br>ha sido firmado por | *Dean C. Logan* | | |
| **3. acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | *Registrar-Recorder/County Clerk* | | |
| **4. bears the seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revestido del sello / timbre de | *County of Los Angeles,  State of California* | | |
| **Certified**<br>Attesté / Certificado | | | |
| **5. at**<br>à / en | Los Angeles, California | **6.the**<br>le / el día | *15th day of August 2017* |
| **7. by**<br>par / por | Secretary of State, State of California | | |
| **8. Nº**<br>sous nº<br>bajo el número | *22597* | | |
| **9. Seal / stamp:**<br>Sceau / timbre:<br>Sello / timbre: | | **10. Signature:**<br>Signature:<br>Firma: | |

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see: www.sos.ca.gov/business/notary/apostille-search/.
This certificate does not constitute an Apostille under the Hague Convention of 5 October 1961, when it is presented in a country which is not a party to the Convention. In such cases, the certificate should be presented to the consular section of the mission representing that country.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.ca.gov/business/notary/apostille-search/.
Ce certificat ne constitue pas une Apostille en vertu de la Convention de La Haye du 5 Octobre 1961, lorsque présenté dans un pays qui n'est pas partie à cette Convention. Dans ce cas, le certificat doit être présenté à la section consulaire de la mission qui représente ce pays.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.ca.gov/business/notary/apostille-search/.
Este certificado no constituye una Apostilla en virtud del Convenio de La Haya de 5 de octubre de 1961 cuando se presenta en un país que no es parte del Convenio. En estos casos, el certificado debe ser presentado a la sección consular de la misión que representa a ese país.

Sec/State Form NP-40 LA (rev. 07/2017)

Exhibit ___7___  Page ___9___

CERTIFICATION OF VITAL RECORD

# OUNTY OF LOS ANGELES
## REGISTRAR-RECORDER/COUNTY CLERK

| | STATE FILE NUMBER | CERTIFICATE OF LIVE BIRTH STATE OF CALIFORNIA—DEPARTMENT OF PUBLIC HEALTH | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER | 7053 | 37192 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| THIS CHILD | 1a. NAME OF CHILD—FIRST NAME **Jacquelyn** | 1b. MIDDLE NAME **Annette** | 1c. LAST NAME **Powell** |
| | 2. SEX **Female** | 3a. THIS BIRTH, SINGLE, TWIN, OR TRIPLET? **Single** | 3b. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD? | 4a. DATE OF BIRTH—MONTH, DAY, YEAR **September 17, 1958** | 4b. HOUR **5:40 A. M** |
| PLACE OF BIRTH | 5a. PLACE OF BIRTH—NAME OF HOSPITAL **Queen of Angels Hospital** | | 5b. STREET ADDRESS (GIVE STREET OR RURAL ADDRESS OR LOCATION. DO NOT USE P.O. BOX NUMBERS) **2301 Bellevue Avenue** |
| | 5c. CITY OR TOWN **Los Angeles 26** | | 5d. COUNTY **Los Angeles** |
| MOTHER OF CHILD | 6a. MAIDEN NAME OF MOTHER—FIRST NAME **Mary** | 6b. MIDDLE NAME **Louise** | 6c. LAST NAME **Howse** | 7. COLOR OR RACE OF MOTHER **Negro** |
| | 8. AGE OF MOTHER (AT TIME OF THIS BIRTH) **25** YEARS | 9. BIRTHPLACE (STATE OR FOREIGN COUNTRY) **Nashville, Tennessee** | 10. MAILING ADDRESS OF MOTHER—(IF DIFFERENT FROM USUAL RESIDENCE—FOR NOTIFICATION OF BIRTH REGISTRATION) **1500 West 20th St., Apt. 8, L. A. 7, Calif.** |
| USUAL RESIDENCE OF MOTHER (WHERE DOES MOTHER LIVE?) | 11a. USUAL RESIDENCE OF MOTHER—STREET ADDRESS (GIVE STREET OR RURAL ADDRESS OR LOCATION) **1500 West 20th Street, Apt. 8** | | 11b. IF INSIDE CORPORATE LIMITS— ☒ CHECK HERE | IF OUTSIDE CITY CORPORATE LIMITS CHECK ONE: ☐ ON A FARM ☐ NOT ON A FARM |
| | 11c. CITY OR TOWN **Los Angeles 7** | | 11d. COUNTY **Los Angeles** | 11e. STATE **California** |
| FATHER OF CHILD | 12a. NAME OF FATHER—FIRST NAME **Robert** | 12b. MIDDLE NAME **Carlton** | 12c. LAST NAME **Powell** | 13. COLOR OR RACE OF FATHER **Negro** |
| | 14. AGE OF FATHER (AT TIME OF THIS BIRTH) **30** YEARS | 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY) **Nashville, Tennessee** | 16a. PRESENT OR LAST OCCUPATION **Laboratory Technician** | 16b. KIND OF INDUSTRY OR BUSINESS **Administration Sawtelle Veterans** |
| INFORMANT'S CERTIFICATION | I HAVE REVIEWED THE ABOVE STATED INFORMATION AND HEREBY CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 17a. PARENT OR OTHER INFORMANT—SIGNATURE (IF OTHER THAN PARENT SPECIFY) **Mary L. Powell** | 17b. DATE SIGNED BY INFORMANT **9-18-58** |
| ATTENDANT'S CERTIFICATION | I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED ABOVE | 18a. PHYSICIAN (OR OTHER PERSON WHO ATTENDED THIS BIRTH)—SIGNATURE—DEGREE OR TITLE **John C. Bradius, M.D.** | 18b. ADDRESS **2301 Bellevue Ave., L. A. 26** |
| REGISTRAR'S CERTIFICATION | 19. DATE ON WHICH NAME ADDED BY SUPPLEMENTAL NAME REPORT | 20. LOCAL REGISTRAR—SIGNATURE **George M. Ubl, M.D.** | 21. DATE RECEIVED BY LOCAL REGISTRAR **SEP 29 1958** |

CALOSANG02

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Dean C. Logan*

**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying the seal and signature of the Registrar-Recorder/County Clerk.

AUG 0 4 2017



1000001903138

Exhibit 7 Page 10

ANY ALTERATION OR ERASURE VOIDS THIS

Affidavit of Ownership for JACQUELYN ANNETTE . OWELL
STATE OF CALIFORNIA – DEPARTMENT OF PUBLIC HEALTH
BIRTH CERTIFICATE NUMBER 7053 - 37192

A living, breathing, flesh and blood woman who goes by the name of jacquelyn annette miller aka jacquelyn annette powell, made in the Creator's image with indefeasible title to my property and lawful owner of the landed Estate known as JACQUELYN ANNETTE POWELL aka JACQUELYN ANNETTE MILLER, and it's real property and it's real property and interest, under the seal, "jacquelyn annette powell" aka "jacquelyn annette miller", or it's derivation, and recorded as the grantee on the document of title for the Estate described as follows:

Birth Certificate #7053 - 37192 State of California – Department of Public Health Certification of Vital Record,
Place of Birth: Los Angeles, California – Republic of California,
Attendant: John C. Budicin, MD, Attendant's Address: 2301 Belleview Ave., L.A. 26, Queen of Angels Hospital,
Grantor(s): robert carlton powell, mary louise howse,
Grantee(s): jacquelyn annette powell,
Recorded Date: September 29, 1958.

I, jacquelyn annette miller aka jacquelyn annette powell, do affirm and declare I am competent to state the matters described, has personal knowledge and belief of the facts stated and all the facts stated are true and correct. Living breathing flesh and blood woman named in attached certificate of live birth is the same party as one of the owners named in said certificate of title.

Am familiar with the facts recited in the Certification of Vital Record and that the party named in the aforesaid certificate is the property of the woman who is the owner named in said certificate of title.

Declare and affirm that by my freewill act and deed, executes this acknowledgement of my acceptance of the Birth Certificate #7053 - 37192 and lawful ownership of the property under the terms of the deed. And asks that the record on file in the Office of Secretary of State for the United States of America and the State of California be updated to show my acceptance of the said certificate of origin, as lawfully seized owner of the document.

Also declare and affirm that all of my other real property and interest issued in the name of the Certification of Vital Record Birth Certificate #7053 - 37192 aka jacquelyn annette miller, is to be immediately returned to the Estate.

Accepts the oaths of all public officers and binds them to it, as well as bestows my sovereign immunity on them while administering my lawful orders. This public record under the seal of a competent court is guaranteed full faith and credit per Article 4, Section 1 of your Constitution. Any officer of the public who does not immediately carry out these lawful orders acknowledges warring with the Constitution, and committing treason. So let it be written, so let it be done.

Any man, as well as any woman, who intends rebutting this Affidavit of jacquelyn annette miller aka jacquelyn annette powell shall do so in the manner of this Affidavit, by signing any such Affidavit using Christian name/baptismal name/name given at birth, given in upper and lower

Exhibit ___7___   Page ___11___

Case format, or all lower case, not set in all-capital letters, being a fully liable, living, breathing man/woman, responsible/liable for everything that such man/woman says and does.

I, jacquelyn annette miller, a living, breathing, flesh and blood woman, does affirm on my own unlimited commercial liability, that I have scribed and read the foregoing facts contained in this Affidavit, and that, in accordance with the best of my firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

This Affidavit is dated: this _31 st_ day of the Third Month in the Year of Our Lord Two Thousand Twenty.

By: _____

all rights reserved, without prejudice

Jurat

California                    )

Los Angeles County           )

I, _Denise Curry_____, a Notary Public/Jurat, was acknowledged today by the woman known to me to be miller, jacquelyn annette, and she did affirm and sign this Affidavit of Ownership for JACQUELYN ANNETTE POWELL STATE OF CALIFORNIA – DEPARTMENT OF PUBLIC HEALTH BIRTH CERTIFICATE NUMBER 7053 - 37192 in my presence on _March 31st_____, 2020.

By: _____

DENISE CURRY
COMM. #2248041
Notary Public - California
Los Angeles County
My Comm. Expires July 23, 2022

Page 2 of 2

Exhibit __7__ Page __12__

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of Los Angeles )

Subscribed and sworn to (or affirmed) before me on this **31st** day

of **March**, 20 **20**, by **Denise Curry, notary**,

proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

DENISE CURRY
COMM. #2248041
Notary Public - California
Los Angeles County
My Comm. Expires July 23, 2022

(Seal)

Signature **Denise Curry**
**323-691-5805**

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

This certificate is attached to a document titled/for the purpose of

**Affidavit of Ownership for Jacquelyn Annette Powell Dated March 31, 2020**

containing **3** pages, and dated **March 31, 2020**.

**Additional Information**

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # **69**   Entry # **1**

Notary contact: _____

Other

☐ Affiant(s) Thumbprint(s)   ☐ Describe:

© Copyright 2007-2017 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507.  All Rights Reserved.   Item Number 101884.  Please contact your Authorized Reseller to purchase copies of this form.

Exhibit **7**   Page **13**

# Exhibit 8

Affidavit of Facts – Judge Zukin, Beverly Hills Court, Motion of Discovery, Motion to be Heard – 14 pages

Affidavit of Facts

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

AUG 27 2021

Sherri R. Carter, Executive Officer/Clerk
By: Pamela Woods, Deputy

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, CA [90034]
*Sui Juris*
By Special Appearance

## SUPERIOR COURT OF CALIFORNIA
## LOS ANGELES COUNTY

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | ) Citation/Case # Z130026 |
| | ) |
| | ) **AFFIDAVIT OF FACTS** |
| Plaintiff | ) **OF** |
| | ) **Miller, Jacquelyn** |
| v. | ) |
| | ) |
| JACQUELYN MILLER | ) |
| | ) |
| Defendant in error | ) Notice Date: July 28, 2021 |
| Miller, Jacquelyn | ) Hearing Date: August 27, 2021 |
| Real Party in Interest | ) Dept.: Santa Monica Courthouse Dept. B |

### ***NO STIPULATION TO COMMISSIONER OR PRO TEM***
### TO BE HEARD BY ARTICLE III COMPLIANT JUDICIAL OFFICER ONLY
### (A REAL JUDGE ONLY – IN AN ARTICLE III COMPLIANT "COURT OF RECORD")

1. Your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly sworn according to law to tell the truth to the facts related herein states that she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of her knowledge.

2. On Wednesday, July 14, 2021 I made a special appearance in **Department: BH207** at **Beverly Hills Courthouse** for the above captioned matter. Although I had appeared in this court on this same matter on Wednesday July 7, 2021, because I would not stipulate to the matter being heard by anyone other than a **"real judge"**, the matter was continued to July 14, 2021. Despite my objection the court was still not a constitutionally compliant court as there was no court reporter present to record the oral proceeding.

3. Prior to the above mentioned hearing I filed several documents *(i.e., MOTION TO DISMISS FOR LACK OF JURISDICTION, LETTERS TO JUDGES, JUDICIAL NOTICE and AFFIDAVIT OF STATUS – See all filings)* the Judge *(Helen Zukin)* who presided over the hearing summarily denied my motion to dismiss and over my objection entered a plea on my behalf.

4. She *(Judge Zukin)* proceeded to continue the matter for what she said was a trial date and there was no lawful complaint, no injured party nor prosecuting attorney present and I RESERVED ALL & WAIVED NO RIGHTS. As delineated in my moving papers there was no jurisdiction and she *(Judge Zukin)* continued proceeding with the matter in violation of due process of law, my rights and her oath

Exhibit ___ Page 1

Affidavit of Facts

of office.

5. Therefore, as there was no court reporter present to preserve the oral testimony of this proceeding, I recorded it on my mobile device. The following below is the transcribed oral testimony retrieved therefrom that hearing:

A. **Judge:** Good Morning

   **Me:** Good Morning

   **Judge:** Uh, we are here on case number Z130026 and the DEFENDANT is Jacquelyn A Miller uh Ms. Miller would you please come forward.

   **I stood up and proceeded to the bar and stopped.**

   **Judge:** Hi.

   **Me:** Hi, excuse me, I noticed there is not a court reporter here.

   **Judge:** That's correct, we have here uh uh it's on audio, everything is on audio it's...I...whatev... everything you said this morning is on audio tape so that that we have a record of it.

   **Me:** So it is being recorded?

   **Judge:** It is, yes it's being recorded, alright, okay um, so I'm going to start and then I will give you the opportunity to be heard. Um, but I'm going to list for you the violations that bring you here today. They are um, vehicle code in section number 21655.8a driving over a double line, um, uh, preferential lane to enter, these are just terms from the code I believe, and uh vehicle code section 22349a VC exceeding the maximum speed limit the estimate was a 100 miles per hour. Um we're at okay uh so for the violations that bring you here today I see in the file which I have reviewed that you filed some motions to dismiss is that right?

   **Me:** Yes ma'am, I did and I just want to let you know that I am here on Special Appearance and I don't waive any of my rights.

   **Judge:** Well there that's fine.

   **Me:** And I'm here to to um...

   **Judge:** Sure

   **Me:** Um to challenge personam and subject matter jurisdiction of the court.

   **Judge:** Okay, thank you, yes I have that um and so there has been research done on and I have looked at the law and I'm going to rule on your motions. So I'm going to deny the motions but let me explain to you why, okay, because I think if you went through the trouble to uh raise these issues with the court you deserve an explanation, okay, on what what we found. So, uh, let me

Exhibit ___8___ Page __2__

Affidavit of Facts

start with your challenge to personal jurisdiction alright. That's the first motion, am I right Ms. Miller?

**Me:** Yes.

**Judge:** Okay, uh so then what the case law and the code says is that the Superior Court has jurisdiction over a person that lives in California or can be found in California. Uh, you meet that criteria and I'll tell you why, because you provided a California address to the officer uh at the time you were stopped um and you were given a citation and your vehicle was registered in California. Under case law and stat and and control and statutes, uh the court has personal jurisdiction over you. Kay? Uh let me talk to you um, let me keep going because you filed a motion challenging the you know the jurisdiction to even hear this infraction right, but the court denies the motion because Superior courts do have jurisdiction over all misdemeanors and infractions committed within the county and I'll give you as a point of reference so you know it's Penal Code §§ 19.7 and 1462.2 so I want to make sure understand the basis on which I am denying the motion cause you did go to the trouble of writing.

**Me:** Can I say something?

**Judge:** Yes.

**Me:** Um…

**Judge:** Please

**Me:** Um the proceeding this uh the **Penal Code Part 2 of CRIMINAL PROCEDURE § 683**: The proceeding by which a party charged with a public offense is accused and brought to a trial and punishment, is known as a criminal action. Since infractions are not crimes, then it can't be a public offense. The officer made use of emergency lights to effect a non emergency, non felony stop, in addition to non presentment of the original bill. There is no witness, uh or verified complaint. Is there someone here to state that I, harmed them?

**Judge:** This is your arraignment today this is not your trial um that would come uh at a later date. I understand what you're saying and I appreciate your uh raising it with me uh but it's not, at this time, it's not what we would call relevant. Um, so let me mention finally that you you challenged venue. You have a motion to dismiss based on venue, venue venue meaning this is not the proper place right, so, venue is proper under **Penal code § 777** which provides in part that acceptance otherwise provided by law the jurisdiction of every public offense is in any competent court and so Ms. Miller what I'm saying is any competent court within the jurisdiction of territory of which the uh offense was committed and that and for your reference once again that's **Penal code § 777** so vehicle § 40502 subdivision (a) provides that the traffic offender must appear in the court that is nearest or most accessible to the place where the arrest was made which in this case based on the arrest is this courthouse Ms. Miller. It's the Beverly Hills Courthouse so I'm denying that motion based on venue so at this time um…I'm going to ask you plead, is it guilty or not guilty?

**Me:** Your Honor, I am not here to enter a plea today. I am here to request that a verified complaint be filed pursuant to **Penal Code §§ 740, 853.9(b),** and **Vehicle Code § 40513(b).**

Affidavit of Facts

**Judge:** Okay so you are uh I just want to make sure you are not going to enter a plea today, is that correct?

**Me:** and **Talib:** correct *[almost speaking simultaneously]*

**Judge:** Alright, no no one else speaks, no one else is allowed to speak in this courtroom. Only the person being addressed um alright uh then the court is going to enter a plea on your behalf

**Me:** I object!

**Judge:** No please don't interrupt ma'am, please don't interrupt, you can talk when I'm finished.

**Me:** Okay.

**Judge:** The court is going to enter a plea of not guilty and at this time I'm turning to the court for a trial date.

**Me:** And I object, do you represent me? You're practicing law from the bench.

**Judge:** I'm I I actually did hear you but I want to make sure everything that you say gets on video so would you repeat that a little bit louder please

**Me:** I said I object and I asked are you entering a plea and do you represent me?

**Judge:** Alright so the court does not represent you the court has entered a plea of not guilty and um the date is what Monica?

**Me:** Um, I motion

**Judge:** No, I need you to wait

**Clerk:** September 28th

**Judge:** What time?

**Clerk:** At 8 am

**Judge:** Very good

**Clerk:** At Santa Monica Department B

**Judge:** Okay

**Clerk:** At the Santa Monica Courthouse

**Judge:** So, your trial will be on September 28th at 8 am at the Santa Monica

Exhibit ___8___ Page ___4___

Affidavit of Facts

Courthouse in Department B. Did you want to say anything further before we conclude?

**Me:** I motion this court to dismiss this case with prejudice for lack of personal and subject matter jurisdiction, and failure to state a claim for which relief can be granted.

**Judge:** Alright, and I've denied that request but I thank you for coming in today and *[to the clerk - couldn't make out name]* does she need to wait to see you.

**Clerk:** (inaudible)… A copy of the, notice to appear.

**Judge:** Yes, you will receive a notice to appear from the court in just a moment thank you this matter is now complete, thank you very much.

Judge Helen Zukin left the courtroom. I went to sit down and wait for the notice to appear from clerk. After about 7 minutes had passed, Judge Helen Zukin returned to the bench.

**Judge:** Ms. Miller would you please come back, come forward again?

I stood up and proceeded to the bar and stopped.

**Judge:** Evidently, good morning again.

**Me:** Good morning.

**Judge:** Evidently uh the correct date uh the correct next available date is August 27th for your trial in Santa Monica Courthouse, *[looking at the clerk]* correct?

**Clerk:** Yes Department B.

**Judge:** Department B at 8 am so it's August 27th, but I wanna make sure (inaudible) um, failure to appear which of course you appeared today so I have every expectation you'll appear on August 27th but your order to appear and failure to appear means that the trial could go forward what, what… what we call, it's Latin, *in absentia*, which means without you, so it's important that you be there on August 27th at 8 am in the Santa Monica Courthouse in Department B…pause, I mean you they could enter a warrant for your arrest…

**Me:** *[I interjected]* I'm well aware but thank you though, I know about these things.

**Judge:** Oh good, I can tell you do, I can tell you do, um alright uh meaning the law so uh I got um I was impressed with seeing the motions to dismiss so there you go, um alright. Thank you very much.

**Me:** Thank you.

Judge Helen Zukin left the courtroom and we *(my witnesses and I)* left also.

Page **5** of 7

Exhibit ____8____ Page __5__

Affidavit of Facts

6.  I had two (2) witnesses attending this proceeding sitting in observation of this entire hearing. They were there in support of me as I know of other people who have had experiences wherein the court, in abuse of its authority, threatened and coerced them into making pleadings and statements that were in affect waiving their rights. Therefore, I will exercise every God-given right that I have and make sure I have witnesses when doing so, in protection of my rights.

7.  At that point, with **"NO OFFICIAL RECORD"** we decided that the entire experience was to be documented in order to have a record of this entire matter for purposes of future action against these public officials. The violations and abuse that I *(and many others)* have suffered as a result of these kinds of incidents are irreparable. These public servants *(along with all others that do this)* are to be held accountable for their **TREASONOUS CONDUCT..!**

**AND TAKE FURTHER NOTICE THAT:** I, did not consent for me or my private property to being a **14th amendment citizen** of the U.S. *OR* state of CALIFORNIA *OR* any other state in writing or any other consent, especially since this DECEIT was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mention names, which would have put me under legal disability to contract, and not capable of such a contract.

I, **Miller, Jacquelyn,** being duly sworn, hereby declare my intention and claim to be an **Aboriginal American National**, but not a citizen of the United States.

## AND TAKE FURTHER NOTICE THAT

1879 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 16. No bill of attainder, ex post facto law, law impairing the obligation of contracts, shall ever be passed.

1879 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 1. All men are by nature free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty; acquiring, possessing, and protecting property; and pursuing and obtaining safety and happiness.

1879 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 2. All political power is inherent in the people. Government is instituted for the protection, security, and benefit of the people, and they have the right to alter or reform the same whenever the public good may require it.

1879 Constitution of California ARTICLE VI JUDICIAL DEPARTMENT SECTION 12. The Supreme Court, the Superior Courts, and such other Courts as the Legislature shall prescribe, *shall be **Courts of record***. 1879 Constitution of California ARTICLE VI JUDICIAL DEPARTMENT SECTION 22. *No Judge* of a Court of record *shall Practice law* in any Court of this State during his continuance in office.

*In **Hurtado v. People of the State of California, 110 US 516**, the U.S Supreme Court states very plainly:* "The state cannot diminish rights of the people." "The claim and exercise of a constitutional right cannot be converted into a crime." ***Miller v. US, 230 F 486, 489.***

*"**The acceptance of a license, in whatever form**, will not impose upon the licensee an obligation to respect or to comply with any provision of the statute or with the regulations prescribed that are repugnant*

Exhibit ____8____ Page __6__

Affidavit of Facts

to the Constitution of the United States." *W. W. CARGILL CO. v. STATE OF MINNESOTA, 180 U.S. 452 (1901)*.

*The U.S. Supreme Court* has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking *[i.e. his oath]* to support it." *Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401*.

Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge *[OR ANY PUBLIC OFFICIAL]* is engaged in acts of treason.

**AFFIANT GIVES FURTHER NOTICE THAT THIS IS A CONTRACT.** Failure to answer and **REBUT** this affidavit with specificity is acquiescence, you have 72 hours to answer then this contract is law.

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 2071*

**All Rights Reserved**

UCC 1-103.6 UCC 1-308, UCC 1-301 UCC 1-107

Witness   Marsha Palacio

7 | 28 | 21
Date
ALL RIGHTS RESERVED
Witness   TALMAdgE Adib TALib T-A

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the documents to which this certificate is attached and not the truthfulness, accuracy or validity of that document.

**California State**    } 
                        } ss
**Los Angeles County**  }

Subscribed and sworn *(or affirmed)* before me on this 28 day of ___July___, 20 21

by **Miller, Jacquelyn** proved to me on the basis of satisfactory evidence to be the

woman who appeared before me.

**NOTARY** (X) _Astrid Moran_ (Seal)



ASTRID MORAN
COMM. 2321811
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 17, 2024

Motion for Discovery

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, CA [90034]
*Sui Juris*
By Special Appearance

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

AUG 27 2021

Sherri R. Carter, Executive Officer/Clerk
By: Pamela Woods, Deputy

**SUPERIOR COURT OF CALIFORNIA**
**LOS ANGELES COUNTY**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | ) Citation/Case # Z130026 |
| | ) |
| | ) **NOTICE OF MOTION** |
| Plaintiff | ) **AND** |
| | ) **MOTION OF DISCOVERY** |
| v. | ) |
| | ) **DECLARATION OF FACTS** |
| JACQUELYN MILLER | ) **OF Miller, Jacquelyn** |
| | ) |
| Defendant in error | ) Notice Date: July 28, 2021 |
| Miller, Jacquelyn | ) Hearing Date: August 27, 2021 |
| Real Party in Interest | ) Dept.: Santa Monica Courthouse Dept. B |

COMES NOW, **Miller, Jacquelyn**, the real party in interest, a living, breathing sentient woman of God, a free inhabitant on the land, a Sovereign American state, *sui juris,* and not a fictional entity, or a presumed dead entity, minor, imbecile, incompetent, a ward of the State, or a person lost at sea, etc. etc. etc. *(as per Cestui Que Vie Act 1666),* on **special appearance** with, and so claiming all of his unlimited, inherent, unalienable, God given and Constitutionally secured Rights, **requesting that this** and any future subsequent documents, **and all other** facts, laws and evidentiary **submissions** be "liberally construed" pursuant to *Haines v. Kerner U.S. 519,* and who now hereby respectfully moves this **Judicial Court** to *take mandatory judicial notice of their Oaths as estoppel* to subjecting me and/or my property *(under any pretense whatsoever)* to any type of **un-constitutional,** simulated *(i.e. fraudulent) legal process (i.e. an administrative process of fictional entities)* in lieu/deception of lawful due process pursuant to: the **United States Constitution - Article 3 Section 2, Article 6 clause 2** and the **California Constitution - Articles 1 & 6...** *I RESERVE MY RIGHTS TO SUE YOU IN CASE OF SUCH VIOLATIONS.*

PLEASE TAKE NOTICE that on <u>August 27, 2021</u> **or soon as the above captioned matter may be heard, in the Superior Court of the State of California for the County of Los Angeles, Defendant in error, will and hereby moves this court, pursuant to its *fiduciary* duty to uphold the "rule of law" and it's obligation to justice, pursuant to the U.S. Constitution Article III Sec. 2; and Article VI clause 2, the California Constitution Articles 1 & 6 on behalf of the people, and their guaranteed Constitutionally protected rights, *in this instant matter - me,* and the judges oath thereto, to order *(in this matter)* the prosecuting party to:**

<u>PROVIDE THE FOLLOWING DISCOVERY:</u>

Exhibit ___ Page ___

Motion for Discovery

## REQUEST FOR PRODUCTION NO. 1:

Produce & provide all names, rank, badge and employee numbers of all Los Angeles Sheriff Deputies, *(all persons of LASD – hereafter LASD Officers)* who were present and/or showed up at the scene and participated in and/or were involved *(in any/every way)* in the incident and arrest involved in this matter as per the requirements of *(including but not limited to)* the Public's right to information *(i.e. CPRA – [CGC §§ 6250 - 6276.48] & FOIA – [5 U.S.C. § 552])* pursuant to the "sunshine" provisions of California Constitution Article 1 Section 3(b).

## REQUEST FOR PRODUCTION NO. 2:

Produce & provide all reports, statements, declarations, supplemental writings and/or narratives *(written documents of any kind)* made and/or written by all LASD Officers, *(all persons of LASD)* and others *(i.e. witnesses, detectives, anyone and everyone)* who were involved *(in any way)* in the incident, arrests and prosecution involved in this matter as per requirements *(including but not limited to)* the Public's right to information *(i.e. CPRA – [CGC §§ 6250 - 6276.48] & FOIA – [5 U.S.C. § 552])* pursuant to the "sunshine" provisions of California Constitution Article 1 Section 3(b).

## REQUEST FOR PRODUCTION NO. 3:

Produce & provide all dash-cams, body-cams and all recordings *(of any kind)* made by all LASD Officers, *(all persons of LASD)* and others *(anyone and everyone)* who witnessed, recorded and/or were involved in any recordings *(in any way)* of any kind involving the incident, arrests, prosecution and anything else involved in this matter as per requirements *(including but not limited to)* the Public's right to information *(i.e. CPRA – [CGC §§ 6250 - 6276.48] & FOIA – [5 U.S.C. § 552])* pursuant to the "sunshine" provisions of California Constitution Article 1 Section 3(b).

## REQUEST FOR PRODUCTION NO. 4:

Produce & provide all electronic communications i.e. dispatch transmissions; emails; text messages; records of phone calls by cell phone and internal land-line records *(of any kind)* related to and/or made by all LASD Officers, *(all persons of LASD)* and others *(anyone and everyone)* who witnessed, called in and/or were involved in any recordings and/or communications *(in any way)* of any kind related to the incident, arrests, prosecution and anything else involving this incident/matter as per requirements *(including but not limited to)* the Public's right to information *(i.e. CPRA – [CGC §§ 6250 - 6276.48] & FOIA – [5 U.S.C. § 552])* pursuant to the "sunshine" provisions of California Constitution Article 1 Section 3(b).

## REQUEST FOR PRODUCTION NO. 5:

Produce & provide all complaint records *(past & present – of any kind)* related to all the LASD Officers *(all alleged Officers of LASD)* involved with and/or involved in any complaints and/or disciplinary actions *(in any way)* of any kind related to their conduct and employment as public officials.

Motion for Discovery

<u>Declaration of Miller, Jacquelyn</u>

## ADMISSION STATEMENT &  STATEMENT OF FACTS

I, **Miller, Jacquelyn**, declare and state as follows:

1) I am the real party in interest in the above entitled action. I have personal knowledge of the facts contained therein and in this Declaration.  I am competent to testify to these facts and the statements in this Declaration are true and correct to the best of my knowledge. *I herewith make an <u>Admission Statement and Statement of Facts</u> - of this declaration.*

2) On **August 29, 2021**, I will make a special appearance in above captioned matter at the *Los Angeles County Superior Court Santa Monica,* wherein, a Judge will preside over the proceeding regarding allegations that are not founded in Constitutional law. I've made *(orally)* and filed motion to dismiss this matter.  Affidavits in support have been filed into this record. If this court proceeds in this prosecution, it proceeds without jurisdiction and would be complicit in bringing fraud upon the court *(i.e., in violation of due process of law)*.

3) I am challenging the jurisdiction of the court and any blatant disregard for my rights will be documented and remedial action will be taken.  TAKE **NOTICE AND WARNING:** PERJURY OF ANY OFFICIALS' OATH WILL BE RESPONDED TO WITH FEDERAL ACTION. It is clear that the **California Constitution** prohibits judges practicing law while on the bench.

1879 California Constitution Article 6:
Section 22:"*<u>No Judge</u>* of a *Court of record <u>shall practice law</u>* in any Court of this State during his continuance in office."

[*THE JUDGE CANNOT WORK FOR AND/OR DO THE PROSECUTOR'S JOB!*]
[**FRCP Rule 26] Duty to Disclose; General Provisions Governing Discovery**
**(a) REQUIRED DISCLOSURES.**
**(1)** *Initial Disclosure.*

**(A)** *In General.* Except as exempted by *[Rule 26(a)(1)(B)]* or as otherwise stipulated or ordered by the court, <u>a party must, without awaiting a discovery request, provide to the other parties:</u> (i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information— that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;
**(C)** *Time for Initial Disclosures—In General.* A party must make the initial disclosures at or within 14 days after the parties' *[Rule 26(f)]* conference unless a different time is set by stipulation or court order, or unless a party objects during the conference that initial disclosures are not appropriate in this action and states the objection in the proposed discovery plan. In ruling on the objection, the court must determine what disclosures, if any, are to be made and must set the time for disclosure.
**(E)** *Basis for Initial Disclosure; Unacceptable Excuses.* A party must make its initial disclosures based on the information then reasonably available to it. A party is not excused from making its disclosures because it has not fully investigated the case or because it challenges the sufficiency of another party's disclosures or because another party has not made its disclosures.

Page 3 of 4                                    Exhibit ___8___ Page ___10___

Motion for Discovery

THE COURT IS SUPPOSED TO PROTECT THE PEOPLES' RIGHTS AND NOT ENCROACH UPON THEM THROUGH TRICKERY AND DECEIT:

*"It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any **stealthy encroachments** thereon." **United States v. Hanon, 1970** – citing – **Boyd v. United States, 116 US 616 – Supreme Court 1886***

For the forgoing reasons I herewith move this court and demand that this court *(i.e. the presiding Judicial Officer)* honor it's *(i.e. his/her)* Oath of Office and in the interest of justice, grant the **"Real Party in Interest"** Motion for Discovery.

I declare under penalty of perjury under the laws of the ***united States of America*** that the foregoing is true and correct.

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 2071*

**All Rights Reserved**
**Respectfully,**

Miller, Jacquelyn

7 / 20 /21
Date

Motion to be Heard

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

AUG 27 2021

Sherri R. Carter, Executive Officer/Clerk
By: Pamela Woods, Deputy

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, CA [90034]
*Sui Juris*
By Special Appearance

## SUPERIOR COURT OF CALIFORNIA
## LOS ANGELES COUNTY

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | ) Citation/Case # Z130026 |
| | ) |
| | ) **NOTICE OF MOTION** |
| Plaintiff | ) **AND** |
| | ) **MOTION TO BE HEARD** |
| v. | ) |
| | ) **DECLARATION OF FACTS** |
| JACQUELYN MILLER | ) **OF Miller, Jacquelyn** |
| | ) |
| Defendant in error | ) Notice Date: July 28, 2021 |
| Miller, Jacquelyn | ) Hearing Date: August 27, 2021 |
| Real Party in Interest | ) Dept.: Santa Monica Courthouse Dept. B |

COMES NOW, **Miller, Jacquelyn**, the real party in interest, a living, breathing sentient woman of God, a free inhabitant on the land, a Sovereign American state, *sui juris,* and not a fictional entity, or a presumed dead entity, minor, imbecile, incompetent, a ward of the State, or a person lost at sea, etc. etc. etc. *(as per Cestui Que Vie Act 1666),* on **special appearance** with, and so claiming all of his unlimited, inherent, unalienable, God given and Constitutionally secured Rights, **requesting that this** and any future subsequent documents, **and all other facts, laws and evidentiary submissions** be "liberally construed" pursuant to *Haines v. Kerner U.S. 519,* and who now hereby respectfully moves this **Judicial Court** to **take mandatory judicial notice of their Oaths as estoppel** to subjecting me and/or my property *(under any pretense whatsoever)* to any type of **un-constitutional,** simulated *(i.e. fraudulent)* legal process *(i.e. an administrative process of fictional entities)* in lieu/deception of lawful due process pursuant to: the **United States Constitution - Article 3 Section 2, Article 6 clause 2** and the **California Constitution - Articles 1 & 6... I RESERVE MY RIGHTS TO SUE YOU IN CASE OF SUCH VIOLATIONS.**

### Declaration of Miller, Jacquelyn

### ADMISSION STATEMENT & STATEMENT OF FACTS

I, **Miller, Jacquelyn**, declare and state as follows:

1) I am the real party in interest in the above entitled action. I have personal knowledge of the facts contained therein and in this Declaration. I am competent to testify to these facts and the statements in this Declaration are true and correct to the best of my knowledge. *I herewith make an Admission Statement and Statement of Facts - of this declaration.*

Page 1 of 3                                          Exhibit ___8___ Page _12_

Motion to be Heard

2) On **August 27, 2021**, I will make a special appearance in above captioned matter at the *Los Angeles County Superior Court Santa Monica,* wherein, a Judge will preside over the proceeding regarding allegations that are not founded in Constitutional law. I've made *(orally)* and filed motion to dismiss this matter. Affidavits in support have been filed into this record. If this court proceeds in this prosecution, it proceeds without jurisdiction and would be complicit in bringing fraud upon the court *(i.e., in violation of due process of law)*.

3) I am challenging the jurisdiction of the court and any blatant disregard for my rights will be documented and remedial action will be taken. TAKE **NOTICE AND WARNING:** PERJURY OF ANY OFFICIALS' OATH WILL BE RESPONDED TO WITH FEDERAL ACTION. It is clear that the **California Constitution** prohibits judges practicing law while on the bench.

**1879 California Constitution Article 6:**
Section 22: "*No Judge* of a *Court of record shall practice law* in any Court of this State during his continuance in office."

The **U.S. Supreme Court** has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." **Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958).**

If a judge does not fully comply with the Constitution, then his orders are void, **In re Sawyer, 124 U.S. 200 (1888),** he/she is without jurisdiction, and he/she has engaged in an act or **acts of treason.**

Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or **acts of treason.** **U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct 471, 66 L. Ed.2d 392, 406 (1980);   Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)**

Any judge or attorney who does not report the above judges for treason as required by law may themselves be **guilty of misprision of treason,** **18 U.S.C. Section 2382**

**Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason.** *["Any Judge"]*

This court has a fiduciary duty to the people and an obligation mandated by both State and Federal Constitutions, the Supreme Court and long standing common law right of "Due Process of Law" to provide for and protect the peoples' right to be heard… *(in this case – me).*

"The fundamental requisite of due process of law is the opportunity to be heard." **Grannis v. Ordean, 234 US 385, (1914)**

THE COURT IS SUPPOSED TO PROTECT THE PEOPLES' RIGHTS AND NOT ENCROACH UPON THEM THROUGH TRICKERY AND DECEIT:

Motion to be Heard

*"It is the duty of courts to be watchful for the constitutional rights of the citizen, and against any **stealthy encroachments** thereon." <u>United States v. Hanon, 1970</u> – citing – <u>Boyd v. United States, 116 US 616 – Supreme Court 1886</u>*
For the forgoing reasons I herewith move this court and demand that this court *(i.e. the presiding Judicial Officer)* honor his/her Oath of Office and in the interest of justice, grant the **"Real Party in Interest"** a lawful hearing on his Motions, Judicial Notice and supporting Affidavits. *[All Emphasis' Added]*

I declare under penalty of perjury under the laws of the **united States of America** that the foregoing is true and correct.

*The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 2071*

**All Rights Reserved**
**Respectfully,**

Miller, Jacquelyn

7 / 28 / 21
Date

Page 3 of 3

Exhibit ___ 8 ___   Page ___ 14 ___

# Exhibit 9

Nunc Pro Tunc Hearing, Affidavit of Facts – Judge Hahn, Santa Monica Court, COURT COMPLIANCE SLIP – 21 pages

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Traffic Division
### Santa Monica Dept. - A

**Z130026**
**The People of the State of California**
**vs.**
**JACQUELYN A MILLER**

**August 27, 2021**
**8:30 AM**

Honorable James K. Hahn, Judge

Walter Hughes, Judicial Assistant

Proceedings Electronically
Recorded

Cause called for Nunc Pro Tunc Order Hearing.

In Chambers:

No appearances.

It appearing to the Court that through inadvertence and clerical error, the minute order of 8/27/2021, in the above entitled action does not properly reflect the order of this Court. Said minute order is corrected nunc pro tunc as of 8/27/2021 as follows:

By Deleting: N/A

By Adding: Defendant's motion to dismiss, etc. is heard, argued and denied.

## CLERK'S CERTIFICATE OF MAILING/
## NOTICE OF ENTRY OF ORDER

I, SHERRI R. CARTER, Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Entry of the above minute order of August 27, 2021, upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States Mail at the courthouse in Santa Monica, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Dated: August 27, 2021

By:   /s/ Walter Hughes
Walter Hughes, Deputy Clerk

JACQUELYN A MILLER
3751 S MOTOR AVE 1103
LOS ANGELES, CA, 90034

---

Minute Order

Page 1 of 2

Exhibit ___9___ Page ___1___

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## Traffic Division
### Santa Monica Dept. - A

Z130026
**The People of the State of California**
**vs.**
**JACQUELYN A MILLER**

**August 27, 2021**
**8:30 AM**

Affidavit of Facts

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, CA [90034]
Sui Juris
By Special Appearance

**Appellate Division of the Superior Court**
**Stanley Mosk Courthouse, Los Angeles County**

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | ) | Appellate Case # BR055251 |
| | ) | |
| | ) | Citation/Case # Z130026 |
| Plaintiff | ) | |
| | ) | **Affidavit of Facts** |
| v. | ) | **of** |
| | ) | **Miller, Jacquelyn** |
| JACQUELYN MILLER | ) | |
| | ) | |
| Defendant in error | ) | Notice Date: 11/08/2021 |
| Miller, Jacquelyn | ) | Hearing Date: December 28, 2021 |
| Real Party in Interest | ) | Dept.: Appellate Division |

**\*\*\*No Stipulation to "PRO TEM or COMMISSIONER"\*\*\***
**To Be Heard by an ARTICLE III COMPLIANT JUDICIAL OFFICER Only**
**(A REAL JUDGE ONLY – IN AN ARTICLE III COMPLIANT "COURT OF RECORD")**

1.  Your Affiant, being competent to testify and being over the age of 21 years of age, after first being duly affirmed according to law to tell the truth to the facts related herein states that she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of her knowledge.

2.  On Friday, August 27, 2021, I made a special appearance in **Department: B** at **Santa Monica Court** initially for the above captioned matter. Since I would not stipulate to the matter being heard by anyone other than a **"real judge"**, the matter was moved to **Department: A**. Despite my objection the court was still not a constitutionally compliant court as there was no court reporter present to record the oral proceeding.

3.  Prior to the above mentioned hearing I filed several documents *(i.e., MOTION TO DISMISS FOR LACK OF JURISDICTION, LETTERS TO JUDGES, JUDICIAL NOTICE and AFFIDAVIT OF STATUS* in the **Beverly Hills Court**, which confirmation from the Court Clerk in Department B in the **Santa Monica Court** indicated the above mentioned documents were there. *AFFIDAVIT OF FACTS, MOTION OF DISCOVERY AND MOTION TO BE HEARD* were filed in **Santa Monica Court** where the trial was transferred to – *see all filings)* the Judge *(Helen Zukin)* who presided over the previous hearing summarily denied my motion to dismiss and over my objection entered a plea on my behalf. The Judge *(James K. Hahn)* who presided over the trial on August 27, 2021, summarily denied my motion to dismiss over my objection to the entire proceeding and entered a guilty plea.

4.  He *(Judge Hahn)* proceeded to continue the matter for what he said was a trial and there was **no lawful verified complaint, no injured party nor prosecuting attorney present, no court reporter** and I reserved All & waived no Rights. As delineated in my moving papers there was no jurisdiction and he *(Judge Hahn)* continued proceeding without jurisdiction, with the matter in violation of due process of law, my Rights and his oath of office.

5.  Therefore, as there was no court reporter present to preserve the oral testimony of this proceeding, I recorded it on my mobile device. The following below is the transcribed oral testimony retrieved therefrom that hearing:

Exhibit ___9___ Page ___3___

Affidavit of Facts

A.   **Bailiff:** (Speaking to me) Are these two witnesses on your case?

**Talib:** Yes.

**Me:** Yes.

**Bailiff:** Okay go have them wait outside until they're called, please.

**Me:** Until I'm called?

**Bailiff:** Until you call, you call them...couldn't make out what he said.

Judge walked in and sat down.

**Me:** He said to wait outside until...

**Judge:** ...for testimony...couldn't make out what he said.

**Talib:** No, we're just here we're here uh to observe her proceeding. We're not testifying to anything.

**Bailiff:** Oh, okay you said you were witnesses. If you're just here...

**Talib:** Well

**Me:** Oh

**Talib:** Yeah, we're, we're, we're observing the proceeding.

**Bailiff:** Okay only defendants are allowed in court right now due to covid

**Talib:** How is that, how is that sir when?

**Bailiff:** Due to the covid restrictions so

**Judge:** You know what?

**Talib:** This is a constitutional issue for her to be able to have some.

**Judge:** ...proceedings

**Bailiff:** Did you hear what he said sir?

**Judge:** You may not speak at all during these proceedings

**Talib:** No, we don't have to speak.

**Judge:** You just did, alright good; Jacquelyn Miller come forward please

I got up to go to the well.

**Clerk:** Raise your right hand and (unable to make it out, he spoke real fast)

**Me:** I can't swear, I have to affirm.

**Clerk:** Okay...do solemnly affirm that the testimony you may give...to speak the whole truth and nothing but the truth...penalty of perjury.

**Me:** Yes.

**Clerk:** Thank you.

**Judge:** A citation was issued to Jacquelyn Miller...the defendant uh drove over the double yellow line separating the preferential HOV lane from...lane that the defendant exceeded the safe maximum speed limit of 65 miles an hour and that no current registration was present in the vehicle, the uh last charge is correctable if you present the registration...You should know that in pursuant if after hearing all the evidence I find you guilty pursuant to section 13200 the vehicle code your driver's license may be suspended.

Exhibit ___9___ Page ___4___

Affidavit of Facts

**Me:** I uh, excuse me your honor, did you get my documents.

**Judge:** Yes, I did

**Me:** From the previous court?

**Judge:** Yes, I did.

**Me:** Because there's no; here for criminal court you have to have a

**Judge:** Interrupts and says: we are a criminal court.

**Me:** Yes sir, so I have a right to face my accuser

**Judge:** Interrupts and says: this is your accuser.

**Me:** And is there a verified complaint? He is a witness for the court, he is a witness

**Judge:** Yes, that's true

**Me:** He's not, he's not he, he wrote the ticket so

**Judge:** That's correct

**Me:** Right so there's no one here to say that I damaged them or injured them and no verified complaint to say that I

**Judge:** Interrupts and says: that is not a requirement for a criminal case…

**Me:** That is a requirement sir

**Judge:** No, it's not

**Me:** Yes, it is, that's how you have a case

**Judge:** No, it's not

**Me:** You have a plaintiff and defendant

**Judge:** For instance, for instance if somebody who carries a concealed weapon, there's no victim of that, but that's against the law.

**Me:** If you make a plea then it makes it a criminal court, am I correct?

**Judge:** We are a criminal court

**Me:** Yes, so I have a right to (pause) see my accuser, correct? In a criminal court there has to be someone

**Judge:** Interrupts and says: you have a right to confront those who would testify against you, the officer is here.

**Me:** To confront my accuser yes, he is a witness to the court and those a criminal court. I uh, all those don't pertain to me, they don't pertain to me. I'm not the all CAPITAL LETTER name, I am a woman and that none of that pertains to me. In any criminal court it's a traffic infraction which is not a um, let me see…punishable crime.

**Judge:** It, according to…Superior Court

**Me:** Interrupts and says: and I did not put a plea in, I did not put a plea in the judge did and that's practicing law from the bench.

**Judge:** Interrupts and says: that's actually a law that's been on the books since 1872

**Me:** It's practicing law from the bench sir

Exhibit ___9___ Page ___5___

Affidavit of Facts

**Judge:** Can I finish talking? Since 1872 that if the defendant does not enter a plea, the judge must enter a plea of not guilty, that has been on the law books in the state of california since 1872.

**Me:** It's still practicing law from the bench and I have

**Judge:** (Interrupts) No, it's not

**Me:** Yes, it is sir.

**Judge:** To rectify the law, when the law says shall that means the judge must do it. That's a mandatory instruction…

**Me:** I, I did not, please prove to me that I committed a crime.

**Judge:** That's what he's here for.

**Me:** I, who did I damage, what did I damage or who did I injure?

**Judge:** I just told you there is no requirement in criminal law that…

**Me:** interrupts and says: yes, there is, yes, there is sir

**Judge:** I just gave you an example somebody is carrying a concealed weapon, who's the victim?

**Me:** I'm

**Judge:** Who's the victim?

**Me:** If he didn't damage property or injure anybody, he did no wrong sir.

**Judge:** Miss, who's the victim if someone's carrying a concealed weapon?

**Me:** What does your oath of office tell you, to uphold the constitution, correct?

**Judge:** And see you won't, you won't listen to reason.

**Me:** I'm reasoning sir that's why I'm here and that's why I have all my motions.

**Judge:** …is being recorded, so you can have official transcripts after the case if you want to appeal this decision.

**Me:** I will definitely appeal if it's not going the way it should because it's wrong.

**Judge:** Well, your motions to dismiss for lack of jurisdiction are denied, earlier, I I…

**Me:** Interrupts and says: and it's obvious that no none of the judges these days abide by their Oath.

**Judge:** Well ma'am I take my Oath very seriously…

**Me:** Interrupts and says: and if you did sir

**Judge:** And as a public officer…

**Me:** and I'm not here, I don't mean to argue or be combative or anything, I'm just a righteous person and I know, I'm not a person, I'm sorry a righteous woman

**Judge:** Oh, you're not a person?

**Me:** I'm a woman

**Judge:** Hmm

**Me:** I'm a woman of God and I believe in telling the truth and I believe in seeking truth and I believe that everybody should find truth and I know sometimes it's not done that way.

**Judge:** Alright

Exhibit ___9___ Page ___6___

Affidavit of Facts

**Me:** And God knows what's right.

**Judge:** Okay, well, once, the funny thing about jurisdiction, you're a resident of the state of california, you were stopped in the state of california driving a motor vehicle in the state of california this officer is law enforcement

**Me: Interrupts and says:** no, I wasn't driving sir

**Bailiff:** Ma'am please don't interrupt

**Judge:** This officer is employed by a police department, this officer pulled you over in the state of California uh for a vehicle code violation that means you're in the jurisdiction of this court and you also entered into this courtroom so now you're under my jurisdiction. Had you never entered this courtroom I wouldn't have jurisdiction.

**Me:** If I didn't enter the courtroom there would have been a warrant out for my arrest, that's what I was told by the last judge I was with, so she told me to make sure I come because if you don't come

**Judge:** ...I saw the transcripts that you

**Me:** it's in there.

**Judge:** You provided but she did not threaten you with a warrant, she said the trial might be held in your absence. I may have missed it but that's what I remember.

**Me:** But I have them here to hear she said it.

**Judge:** Well then you should have put it in your transcripts, I don't need (mumbled, I didn't get it)

**Me:** At the end of the day, to be honest

**Judge:** So now we know you're wrong about one thing, so let's keep going. What is it you want to say before we move on?

**Me:** I'm sorry?

**Judge:** What do you want to say before we begin the trial?

**Me:** That I am not the all CAPITAL LETTER so none of this pertains to me. I stated to Officer Poland when he pulled me over that I am not driving under a license, I was in private property, I'm not involved in commerce, I stated that to him.

**Judge:** Got it.

**Me:** When he pulled me over, (Looking at Officer Poland) Did I not?

**Officer:** (Remained quiet.)

**Judge:** And you do have a Driver License?

**Me:** I no longer have one.

**Judge:** Oh, but you did at the time?

**Me:** I was not driving under a license at the time of the stop.

**Judge:** But you were in possession of something called a driver license

**Me: Interrupts and says:** he stated to me that he would put me under arrest he would arrest me if I did not give him my driver license. Did you not say that?

**Officer:** Not in those, those words ma'am.

**Judge:** Here's the funny thing a lot of people don't understand is when.

Page **5** of **18**

Exhibit ___9___   Page ___7___

Affidavit of Facts

**Me:** Wha what's funny to me sir is God knows what everybody says.

**Judge:** Why do you keep talking every time I open my mouth.

**Me:** I'm sorry, go ahead, I'm sorry, it's jus.

**Judge:** So, I don't interrupt you so when a police officer pulls over anybody to write them a ticket what actually happened at that moment is that this police officer had arrested you you were not free to go, you were under arrest at that moment. The vehicle code however allows this officer to release you from arrest if you sign the promise to appear in court.

**Me:** All infractions, yes.

**Judge:** It says without admitting guilt, without admitting guilt I promise to appear at the time and place below.

**Me:** Yes.

**Judge:** Had you refused to sign that promise to appear this officer would have had to handcuff you and take you to jail on a traffic ticket, that would be the last thing this officer would want to do because there's a easy procedure to have you promise to appear and then he can release you from arrest. I have had many cases in this courtroom where mostly young men refused to sign the promise to appear, they have to get taken to jail, if they do it on a Friday afternoon they'res they spend the entire weekend in jail on a traffic ticket cause they refuse to sign the promise to appear. The bailiffs at the jail beg them, please just sign the ticket we don't want you to stay here in jail, they keep refusing to sign, so they have to spend the whole weekend in jail. So if this officer told you he might have to arrest you it would have only been because he would have had to under the law he has no legal authority to release you from arrest unless you promise to appear.

**Me:** Correct, I do get that and at the end of the day I also signed all rights reserved.

**Judge:** That's fine.

**Me:** So, I'm not waiving any of my rights, but you're not adhering to my rights, you're not adhering to the law.

**Judge:** I'm strictly adhering to your rights. You have the right to challenge to citation issued to you, you have the right to confront your accuser.

**Me:** Exactly.

**Judge:** You have the right to be represented by a lawyer, you have to right to subpoena witnesses, you have the right to remain silent.

**Me:** And it's so, I mean, I know what that means, it's all good.

**Judge:** So, again um you were cited for 21655

**Me:** I know exactly what's happening.

**Judge:** ...crossing the double yellow lines separating the high...fueling vehicle lane from the other lanes you're cited for 23349a the vehicle code exceeding 65 miles an hour

**Me:** And I object to all this, I do.

**Judge:** And you, I understand, objection noted, and you were cited for not having the registration in the vehicle which is required, the last count is correctable and I'm informing you that under vehicle code section13200 if at the conclusion of the case I *(he paused)* decide to do that, I might decide to suspend your driver's license pursuant to 13200 which allows a judge to suspend a driver's license if anybody is convicted of a speeding violation. Officer Poland please describe what you observed...issue this ticket.

Exhibit ___9___ Page ___8___

Affidavit of Facts

**Officer:** Yes your honor February 12, 2020 at approximately 6:35 am, I was in full uniform, just as I am today, I was riding a black and white police motorcycle employed by the city of los angeles as a police officer, I was travelling southbound on the 405 freeway in the area of Manchester Boulevard I observed a vehicle come on from the on ramp to the 405 southbound the vehicle travelling a high rate of speed and crossed all lanes of traffic directly to the HOV lane crossing the double yellow line, I'd say that vehicle speed to be approximately 90 miles per hour at that time, I increased my speed to catch up to the violator's vehicle at which time I paced the violator's vehicle at 101 miles per hour, travelling in the HOV lane, I initialed an enforcement stop, the violator yield to the right shoulder of the roadway just north of the 105 I believe transition ramp I contact the driver who is standing next to me to my right, I advised her for the reason for the stop uh at which time we had conversation about her license I asked her for her license and like she stated earlier she stated she was not a driver anything about commerce she wasn't engaged in commerce she did have a lanyard around her neck with some IDs and a she did show me a school ID I believe I'm going from memory I do have this on video also she showed me a school ID she didn't let me physically touch the ID.

**Judge:** What do you have the video here.

**Officer:** I do have the video here, yes.

**Judge:** Has that been shown to the defendant.

**Me:** No

**Judge:** Oh, well let's start right here. I didn't know we were going to have any evidence presented like that. Before we continue, I'd like you to show that video to um Jacquelyn Miller.

Officer Poland gets out the video to show me. You can hear wind and then an emergency siren and I'm pulling over to the far right out of the traffic lanes. Officer Poland approaches the right side front window of my car. Discussing speed not a crime. Audio is difficult to hear what is being said.

**Me:** This is where we were waiting on the supervisor to come and he never came, your friends came.

**Judge:** How long is the video from here?

**Officer:** Uh, let's see, another uh 18 minutes, it's a lot of…stuff in between.

**Judge:** …violations?

**Officer:** Um, yes and I at some point I approached the car again she did end up giving me her driver license.

**Judge:** Huh.

**Me:** So, can we hear that part? That's the part I want to hear because you said you didn't say what you said.

**Judge:** Why, why's that? It's not relevant.

**Me:** Because he told me if I didn't give him my license.

**Judge:** Not relevant.

**Me:** Then he would arrest me.

**Judge:** Not relevant.

**Me:** That was a threat.

**Judge:** Not relevant.

**Me:** This is, oh my

**Judge:** Alright, see if you could find that.

Exhibit _____9_____ Page _____9_____

Affidavit of Facts

**Officer:** it's actually back here it's in the very beginning when we were going back and forth about the driver's license.

**Judge:** You've already played it then

**Officer:** I've already played it

**Me:** I can barely even hear this

**Officer:** Clears his throat…I asked for the license several times and

**Me:** Right

**Officer:** Told her supervisor would come out

**Me:** But at the point where when you did actually, I want the to go the part where you're asking me again because that's when you said that

**Officer:** Okay, okay so I asked for it several times and…and foundation, asked for it several times I told you um if you didn't produce it I would have to call the supervisor and

**Me:** And you didn't

**Officer:** I asked you for it

**Me:** You called your friend

**Officer:** I didn't that was my supervisor I was talking to on the phone you just heard

**Me:** Right, but who came up there was not the supervisor

**Officer:** he's not my friend

**Me:** Well, he was your co-worker, he was not the supervisor

**Officer:** That's right, that's correct. So I asked if I didn't have the license I'd like

**Me:** Interrupting…I would like you to play the whole video because I want you to hear the whole video where right before you asked me

**Officer:** I'm trying to talk I can't. I'm trying to explain stuff to you I'm not talking over you.

**Me:** But I need the proof please.

**Officer:** Okay.

**Talib:** Speaks but I didn't hear what he said.

**Bailiff:** Speaking to my 2 witnesses/counsel: sir, do not to open your mouth again.

**Judge:** I already told you that.

**Me:** Um

**Judge:** One more sound out of you, and you're both leaving the courtroom.

**Talib:** I, I understand what you're saying Judge Hahn, however.

**Judge:** I said one more sound out of you and your leaving the courtroom.

**Talib:** …discovery violation.

**Judge:** Get them out of the courtroom now.

**Talib:** Due process violation, she filed a motion for discovery, she didn't get none of that.

Exhibit ___9___ Page ___10___

Affidavit of Facts

**Judge:** Okay maybe I'll address that, we did uh have something that looks like a motion for discovery in here but I don't see any evidence that you served it on the police department or the city attorney of Los Angeles.

**Me:** I don't see any

**Judge:** Wait.

**Me:** Me?

**Judge:** So yeah so, if you want discovery in a case you have to ask the people who are in possession of those records for those records. The court does not have those records, only the police department does, so if you want to file a motion for discovery you should have served the police dept or the city attorney or both. I don't see any evidence of proof of service in your request for discovery.

**Me:** And I don't see evidence of uh and injured party.

**Judge:** There is not discovery violation because you never.

**Me:** Ok.

**Judge:** Followed the procedure to get discovery, and besides the officer is presenting to you, I think what you wanted was the video.

**Me:** I would like a copy of this video, where do I get the copy of this video?

**Judge:** You'll have to get it from the police department.

**Me:** Ok, what police department.

**Judge:** I think you pointed out earlier that a judge may not practice law so I can't give you legal advice.

**Me:** Ok I, where can I get a copy, what police dept are you?

**Officer:** LAPD.

**Me:** Where do you work out of, which station?

**Officer:** Traffic group.

**Me:** I'm sorry?

**Officer:** Traffic group.

**Me:** Where is that?

**Officer:** Downtown.

**Me:** Ok, thank you, thank you.

**Judge:** So uh did you…the…on the video?

**Officer:** Right there, did you hear it are, were you listening?

**Me:** No, no, no it's before I showed you the license.

**Officer:** I just asked ya, I said if you don't have.

**Me:** No, no, no it's more into this.

**Bailiff:** Officer what's the time code on there, please?

**Officer:** Clears his throat and states um like four forty-three.

**Me:** Let's move it on because right before you asked me.

**Officer:** I thought what you wanted was.

Exhibit ____9____ Page ___11___

Affidavit of Facts

**Me:** No but I want to hear the next part when you, right before I gave it to you, that's when you said that.

**Officer:** Before you gave it to me?

**Me:** Before I handed you the actual license you said if I don't give you the license you are going to arrest me.

Silence then he replays the video difficulty hearing all the audio

**Officer:** Mentions… will have to take me in to custody

**Me:** So, you said you'll take me in to custody

**Officer:** Say it one more time

**Me:** Let's go back, a few, a few back because that's when you said your gonna, if I don't give it to you

**Officer:** I heard that.

**Me:** So, that was a threat.

**Officer:** Okay.

**Me:** Because the only way you can sign the, give me a citation is if you have the driver license.

**Judge:** Interrupts: fine so the video's been played for the defendant

**Me:** Yes.

**Judge:** I'm sorry to interrupt you officer. We usually try to do that before the trial,

**Me:** Mmhmm

**Judge:** Um so you were saying, the last thing you…said was that uh she yielded north of the 95 exit uh you stated that she was not a driver not involved in commercial enterprises and showed you a school ID.

**Officer:** Yes your honor so I did advise her that I was able like I was unable to identify her without a license and um I had to call for a supervisor and did call for a supervisor apprised my immediate supervisor of what the uh situation was, went back to my motorcycle began writing the citation reapproached the vehicle had conversation more conversation which you just heard on the uh video in regards to uh…the license getting it from her if she had one presenting it um she started talking again about her being a driver…motor vehicle some more conversation about the license she eventually did give me the license and I did tell her before that if she dd not give me the license that her well, clears his throat, back up a little bit more, I did tell her that her only way, my only recourse as an officer was to issue her a citation with a promise to appear or take her into custody…some more conversation about the license and she did eventually present me with a California Driver's License, um there was no paper for the vehicle so I did go around  to the driver side and get the VIN number from the vehicle also uh displayed on the vehicle was a uh erroneous license plate um it was a black and white plate I believe I do have it on the video here it says D O T exempt on it, clears his throat

**Judge:** That is where the license plate should have been

**Officer:** On the rear of the vehicle

**Judge:** You didn't site her for that?

**Officer:** No, your honor, so I subsequently just issued a citation for crossing of the double yellow which was the initial, initial observation by me (clears his throat) and for the uh 22349a VC the pace at 98 miles per hour calibrated uh police motorcycle shot 381 I do have the calibration

(Someone spoke, inaudible, I couldn't make out who it was)

Exhibit ___9___   Page ___12___

Affidavit of Facts

**Me:** Yes, um I just want to say real quick California uh Vehicle Code Division 1 § 260 clearly states only uh motor vehicles which are commercial vehicles are required to be registered and 2, your private or personal car is not required (Code was totally ignored by the Judge and Officer)

**Officer:** To calibrate your car I'm showing

**Me:** That's okay I don't need to see it that's okay

**Judge:** So, what was the date of your calibration on your motorcycle speedometer?

**Officer:** The calibration was 10 30 2019

**Me:** I object to all this it's irrelevant to the case

**Officer:** and the retention is 1 year

**Judge:** Objection overruled

**Officer:** The calibration reading indicates uh 100 miles per hour speedometer reading the actual miles per hour is 100 miles per hour

**Judge:** And so would you describe again how you were able to determine her speed

**Officer:** I was, I conducted a bumper pace from the rear of the defendants vehicle

**Judge:** Could you describe that...

**Me:** Objection it's irrelevant to the case

**Judge:** Objection overruled

**Officer:** It's approximately a 2 car lengths uh initially or im sorry (clears his throat) at the final pace im behind the defendants vehicle travelling southbound uh the distance between my motorcycle and the defendants vehicle remained constant I received a er uh I was reading a displayed speed of 101 miles per hour on my speedometer uh this pace lasted for approximately uh I would say just short a quarter mile

**Judge:** Anything further you wish to add?

**Officer:** Uh ah again I just issued a citation of the last one was for the registration not in the vehicle not presented and I did warn her for the license plates and again for the uh being solo in the HOV lane

**Judge:** There, there was 2 violations that that...

**Officer:** Ah yes your honor (pause) so the defendant did...sign the citation and she was on her way to school I believe

**Me:** On the citation that I recall and read um registration is same as driver

**Officer:** Right here right here registration not in vehicle

**Me:** But up here you marked it same as driver

**Officer:** Mmhmm

**Me:** So that's conflicting information

**Officer:** As far as

**Judge:** Now is there a way to check the registration from your motorcycle?

**Officer:** Yes, she said she was the owner of the vehicle so I issued the citation the driver did sign the citation I had nothing

**Me:** I'm not a I ju I'm not a driver

Exhibit ____9____ Page ___13___

Affidavit of Facts

**Officer:** I…to compare that to it did look like a signature or at least she wrote something I can't read what she wrote on there, she hand printed something

**Me:** All rights reserved as it's stated on my license and that's your the guy we can we can do the film because when I was signing the guy even stated you have to you said one of you said you have to sign the same thing that's on the license and he stated that and you said she is says all rights reserved so we can play that too.

**Officer:** That's fine.

**Judge:** That's fine I.

**Officer:** There was a signature indication that there was a signature in the box.

**Judge:** All rights reserved I understand.

**Officer:** Um.

**Judge:** Anything else officer?

**Officer:** The citation uh…the city and county of los angeles county…jurisdiction of this court and I identify the driver as the person to my right.

**Judge:** Jacquelyn Miller you have the opportunity now to cross examine or question officer Poland if you wish.

**Me:** Yes, officer Poland is there anyone that came to you and stated that I did any harm to them or I injured them or was there any property that I damaged at the time that you witnessed when you pulled me over on February 2nd 2020.

**Officer:** February 12th, no.

**Me:** Thank you.

**Judge:** Next question, you want to ask any more questions?

**Me:** That was the most important question I needed to know.

**Judge:** Okay I I understand that was the most important question, are there other questions that you might want to ask this officer. This is your opportunity to cross examination guaranteed to you by the bill of rights.

**Me:** And I do want to ask a, I do want to ask a question. Was there any reason, this has been bothering me, that you just didn't give me a warning since I didn't hurt anybody I was as you said which doesn't show on there that I was going across all the lanes and if so cars were coming of course so I wouldn't proceed forward going at a lower speed anyway but point of the matter is I didn't do any harm to anyone or anything at the time of the stop and I shouldn't even be in trial for an infraction and there's case law for that, there's a code for that.

**Judge:** Okay there, there I think.

**Me:** Interrupts: You're not going, you want to see.

**Judge:** The question officer was, was anyone harmed or injured by any of these actions?

**Me:** That's my that's what I asked him, he said no.

**Officer:** No, your honor.

**Me:** Mmhmm

**Judge:** …the other question that she…

**Me:** Why am I here, for?

Exhibit ___9___ Page ___14___

Affidavit of Facts

**Judge:** I don't think he can.

**Me:** For a traffic infraction. I'd like to know why I'm here for a traffic infraction?

**Judge:** I don't know if he can answer that question but you're here because he wrote you a ticket.

**Me:** Okay.

**Judge:** That's all.

**Me:** (Talking to myself) I'm a have all my discovery when I, okay, (speaks openly) and you, nothing else but that's all that you have on me, correct?

**Judge:** (I couldn't make out what he said) ...would you like to present a defense; this is your time to present your defense?

**Me:** I do have some, oh gosh, my defense, I'm trying let me find my code yes. First defense is um, um hold on (looking for documents) Okay uh here we go okay on Penal code section 853.5 Except as otherwise provided by law, in any case in which a person is arrested for an offense declared to be an infraction, the person may be released according to the procedures set forth by this chapter for the release of persons arrested as for an offense declared to be a misdemeanor. In all cases, except as specified in Sections 40302, 303, 305, of the Vehicle Code, in which a person is arrested for an infraction, a peace officer only require the arrestee to present his or her driver's license or other satisfactory evidence of her identity.

**Judge:** I'm...hearing you, can you speak up?

**Me:** Sorry, okay...the basic is, one second, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, This statute makes it a crime for a person acting under color of law, statute, ordinance, regulation, or custom to willfully deprive or cause to be deprived from any person whose rights, privileges, or immunities secured or protected by the Constitution and laws of the U.S. The law further prohibits a person acting under color of law, statute, ordinance, regulation or custom to willfully subject or cause to be subjected any person to different punishments, pains, or penalties, than those prescribed for punishment of citizens on account of such person being an alien or by reason of his/her color or race. Fraud on the court, Whenever any officer of the court commits fraud during a proceeding in the court, he/she is engaged in "fraud on the court" that's Bulloch v. United States. Um "Fraud upon the court is um sorry fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted." I see this is not going anywhere, nothing I'm saying, okay and I'm going to go to CRIMINAL PROCEDURE § 683: The proceeding by which a party charged with a public offense is accused and brought to trial and punishment, is known as a criminal action. Since infractions are not crimes, then it can't be a public offense. The officer made use of emergency lights to effect a non emergency, non felony stop, in addition to non presentment of the original bill.

**Judge:** Anything else that you wish to say at the uh alleged offense in your defense?

**Me:** That I ask this court to dismiss this case for lack of subject matter jurisdiction as is stated in my motions.

**Judge:** Alright...denied, the court does find jurisdiction over the defendant. I think you mentioned it but you didn't make a big deal about it but since you mentioned it I thought I should address it. You asked about a verified complaint 8 im sorry 853 but 40513 the vehicle code uh says that whenever the written notice to appear has been prepared on a form approved by the Judicial Council, an exact and legible duplicate copy of that notice when filed with the magistrate shall constitute a complaint to which the defendant may enter a plea and, if the notice to appear is verified, upon which a warrant may be issued. There's a specific case you might want to write down and do your research on People vs. Barron B A R R O N that's 37 California...court and that's at page one uh that indicates that the the officer's ticket that is he signed under

Page **13** of **18**

Exhibit ___9___ Page ___15___

Affidavit of Facts

penalty of perjury that constitutes uh such a verified complaint also Penal Code § 121024 which I referenced to you earlier which I said has been on the books in some form since 1872 says a judge must...challenge...when the defendant does not enter a plea. Anything else that you wish to say?

**Me:** Uh yes...I do, When a judge acts intentionally and knowingly to deprive a person of his constitutional rights he exercises no discretion or individual judgment; he acts no longer as a judge, but as a " minister" of his own prejudices that's [386 U.S. 547, 568]. A judge is liable for injury caused by a ministerial act; to have immunity the judge must be performing a judicial function. The presence of malice and the intention to deprive a person of his civil rights is wholly incompatible with the judicial function. So I don't

**Judge:** Okay, I don't believe that your civil rights have been violated and I am exercising a judicial function

**Me:** Okay does okay when a police officer stops someone

**Judge:** Yes.

**Me:** Isn't it tr factual that he you have to have sta he has the right when you have state plates on your car and it's not private property, am I correct or am I incorrect?

**Judge:** You're incorrect.

**Me:** And where, where do you

**Judge:** ...he has the right to stop any vehicle on the public highway

**Me:** Can you show me can you please show me?

**Judge:** He has probable cause to do so

**Me:** Can you please show me where that is?

**Judge:** (Nonchalantly stating) It's just a fact.

**Me:** I'm sorry?

**Judge:** It's just a law.

**Me:** Is it your fact or your law, can you show me where you find that sir?

**Judge:** ...a peace officer in the State of California and (Snidely says) look it up, so, where are we sir, anything else you want to say to the defendant?

**Me:** Yeah, I object to this whole case to be honest, it's, it's (judge ignores me and continues to talk with the officer)

**Judge:** ...the first part of the video...relevant

(Officer is playing the video again)

**Me:** And I do, I do want to make a statement too that um per Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1; v. Wainwright, 32 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425 Litigants can be assisted by unlicensed laymen during judicial proceedings, so I have a right to have counsel or spiritual counsel here with me and I was, I'm denied that because you sent them out.

**Judge:** Well, this court doesn't allow people in the gallery to be shouting to the you uh defendant. If you need to take a if you want to take a recess and go out and ask them a question fine but they, they were disrupting the proceedings.

**Me:** Well can I do that?

**Judge:** Sure.

**Me:** Thank you.

Exhibit ___9___ Page ___1b___

Affidavit of Facts

**Judge:** I'll give you a short recess, whereas while I watch the video…for a couple of minutes…10 minutes.

**Me:** Okay, I'll be back, okay, thank you sir.

**Bailiff:** They should be just outside the front door.

**Me:** Thank you (I left to go speak with them)

I returned the courtroom and had a brief amicable conversation with the officer, sat down and waited for Judge Hahn to return to the bench. After a few minutes, I also spoke briefly and was amicable with the bailiff while continuing to wait.

**Clerk:** Remain seated and come to order, department A is again in session, ma'am would you come forward please. …on the record

**Me:** I'm sorry, thank you.

**Judge:** …People vs Jacquelyn Miller, we're back from a recess, did you have anything further to add?

**Me:** Yes, I do your honor, thank you, uh for the record I object to this entire proceeding, there have been multiple due process violations, I'm not a California resident I am an American National and this court has not established jurisdiction.

**Judge:** Thank you, and Motion to dismiss for lack of jurisdiction is denied, I have heard all the evidence in the case and I gave the defendant the opportunity to present a defense…facts the case instead the defendant uh argued several procedural points…not to be relevant or of merit, therefore the court finds the defendant Jacquelyn Miller of driving over the HOV lane, double yellow lines, exceeding the state maximum speed limit. Did you happen to bring your registration today, so we could at least correct that?

**Me:** No, I don't

**Judge:** Okay, so it looks like I have no choice but to find the defendant guilty 4454 of the vehicle code, no registration in the vehicle, court uh does note that the officer did not cite the defendant for 2 other obvious violations, not having a valid license plate on the vehicle and driving by herself in the carpool lane or high occupancy vehicle lane it does require a few people in the vehicle. From the defendants' statements it appears to the court that the defendant does not believe that laws apply to her, that therefore she is free to drive the vehicle as fast as she wants disregarding speed limits, disregarding lane markings

**Me:** I object

**Judge:** Disregarding many uh laws regarding license plates on the vehicle um then it uh is found guilty fine for failing to have another person…oh excuse me for crossing double yellow lines is 490 dollars, the fine for 22349a of the vehicle code is 490 dollars and the fine for 4454 of the vehicle code would be 197 dollars uh the court decided to exercise its discretion and not suspend the driver's license of the defendant which doesn't sound like it would make any difference to her whatsoever uh so uh does the defendant wish to pay those amounts today or request extension or time…6 months to pay?

**Me:** Um, I'll need time but I want to say from this point on I stand on my moving papers and my 5th amendment rights.

**Judge:** Thank you, that was noted for the record. Defendant is advised by the court that you have the right to appeal to my decision but it has to be done within 30 days of today.

**Me:** Yes sir.

**Judge:** And generally, you need to pay the fines first in order to appeal, but please have a seat and we'll have that paperwork…for you. Thank you, officer.

**Me:** (Speaking to the bailiff who opened the gate for me) Thank you sir (I sat down and waited for the paper from the court) I just wanted to, if you can give me your name, please?

Exhibit _____ 9 _____ Page _____ 17 _____

Affidavit of Facts

**Bailiff:** Me

**Me:** Yes

**Bailiff:** It's Deputy Riordan R I O R D A N

**Me:** Thank you and your first initial or name?

**Bailiff:** D as in Daniel.

**Me:** Uh huh, thank you and I wanted to get his name too. Do you know the Officer Poland's first name?

**Bailiff:** I don't

**Me:** Okay

**Bailiff:** I've never seen him before, actually.

**Clerk:** …Hold on…

**Me:** I just wanted to get your name please.

**Clerk:** Hughes H U G H E S first name Walter

**Me:** Thank you so much and you're the Clerk, right?

**Clerk:** I'm what they call us now

**Me:** Clerk

**Clerk:** Judicial Assistant

**Me:** Judicial Assistant

**Clerk:** Exactly

**Me:** Gotcha

**Clerk:** J A you know what that means? *(Jokingly)*

**Me:** *(Giggle)* Thank you *(sat back down and waited)*

**Clerk:** …this is the amount, same as what it was, this is the date, and you go out to the window, but you're going to appeal it right?

**Me:** Oh yeah, definitely

**Clerk:** So, I suggest for you to pay for it so you don't go through the motions…

**Me:** Oh, thank you, thank you so much, take care. *(Leaving the courtroom)*

**Clerk:** You too.

6. I had two (2) witnesses attending this proceeding sitting in observation of this hearing and Judge Hahn threw them out of the courtroom. They were there in support of me as I know of other people who have had experiences wherein the court, in abuse of its authority, threatened and coerced them into making pleadings and statements that were in affect waiving their rights. Therefore, I will exercise every God-given right that I have and make sure I have witnesses when doing so, in protection of my rights. When I brought up case law, Brotherhood of Trainmen v. Virginia, then, I was allowed to recess and speak with them.

7. At that point, with **"NO OFFICIAL RECORD"** we decided that the entire experience was to be documented in order to have a record of this entire matter for purposes of future action against these public officials. The violations and abuse that I *(and many others)* have suffered as a result of these kinds of incidents are irreparable.

Exhibit ___9___ Page _19_

Affidavit of Facts

These public servants *(along with all others that do this)* are to be held accountable for their **TREASONOUS CONDUCT...**

8.  I stand on my Motions and Affidavits. I am **innocent of any and all charges** and demand for this case to be discharged/dismissed due to numerous due process of law violations and void judgement.  I asked Officer Poland "is there anyone that came to you and stated that I did any harm to them or I injured them or was there any property that I damaged at the time that you witnessed when you pulled me over on February 2nd 2020." (I made a mistake on the date.) **Officer:**  February 12th, no. **Me:** Thank you.

**AND TAKE FURTHER NOTICE THAT:** I, did not consent for me or my private property to being a **14th amendment citizen** of the U.S. **OR** state of CALIFORNIA **OR** any other state in writing or any other consent, especially since this DECEIT was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mention names, which would have put me under legal disability to contract, and not capable of such a contract.

I, **Miller, Jacquelyn,** being duly sworn, hereby declare my intention and claim to be an **Aboriginal American National, but not a citizen of the United States.**

## AND TAKE FURTHER NOTICE THAT

1879 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 16. No bill of attainder, ex post facto law, law impairing the obligation of contracts, shall ever be passed.

1879 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 1. All men are by nature free and independent, and have certain inalienable rights, among which are those of enjoying and defending life and liberty; acquiring, possessing, and protecting property; and pursuing and obtaining safety and happiness.

1879 Constitution of California ARTICLE I DECLARATION OF RIGHTS SECTION 2. All political power is inherent in the people. Government is instituted for the protection, security, and benefit of the people, and they have the right to alter or reform the same whenever the public good may require it.

1879 Constitution of California ARTICLE VI JUDICIAL DEPARTMENT SECTION 12. The Supreme Court, the Superior Courts, and such other Courts as the Legislature shall prescribe, *shall* *be **Courts of record***.
1879 Constitution of California ARTICLE VI JUDICIAL DEPARTMENT SECTION 22. *No Judge* of a Court of record *shall Practice law* in any Court of this State during his continuance in office.

In **Hurtado v. People of the State of California, 110 US 516**, the U.S Supreme Court states very plainly: "The state cannot diminish rights of the people."

"The claim and exercise of a constitutional right cannot be converted into a crime." **Miller  v.  US, 230 F 486, 489.**

**"The acceptance of a license, in whatever form**, will not impose upon the licensee an obligation to respect or to comply with any provision of the statute or with the regulations prescribed that are repugnant to the Constitution of the United States." **W. W. CARGILL CO.  v.  STATE OF MINNESOTA,  180  U.S.  452  (1901)** .

The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking *[i.e., his oath]* to support it." **Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401.**

**Page 17 of 18**

Exhibit __9__ Page __19__

Affidavit of Facts

_Thompson v. Smith, 154 SE 579, 11 American Jurisprudence, Constitutional Law, section 329, page 1135_
"The right of the Citizen to travel upon the public highways and to transport his property thereon, in the ordinary course of life and business, is a common right which he has under the right to enjoy life and liberty, to acquire and possess property, and to pursue happiness and safety. It includes the right, in so doing, to use the ordinary and usual conveyances of the day, and under the existing modes of travel, includes the right to drive a horse drawn carriage or wagon thereon or to operate an automobile thereon, for the usual and ordinary purpose of life and business."

_Caneisha Mills v. D.C. 2009_ "The use of the automobile as a necessary adjunct to the earning of a livelihood in modern life requires us in the interest of realism to conclude that the RIGHT to use an automobile on the public highways partakes of the nature of a liberty within the meaning of the Constitutional guarantees. . ."

_Vehicle Code - VEH_
_DIVISION 1. WORDS AND PHRASES DEFINED [100 - 681]_
 _(Division 1 enacted by Stats. 1959, Ch. 3.)_

_260._
_(a) A "commercial vehicle" is a motor vehicle of a type required to be registered under this code used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property._
_(b) **Passenger vehicles and house cars that are not used for the transportation of persons for hire, compensation, or profit are not commercial vehicles.** This subdivision shall not apply to Chapter 4 (commencing with Section 6700) of Division 3._
_(c) Any vanpool vehicle is not a commercial vehicle. [Emphasis added]_

**Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge [OR ANY PUBLIC OFFICIAL] is engaged in acts of treason.**

**AFFIANT GIVES FURTHER NOTICE THAT THIS IS A CONTRACT.** Failure to answer and **REBUT** this affidavit with specificity is acquiescence, you have 72 hours to answer then this contract is law.

Under penalty of perjury the foregoing is true to the best of my knowledge.

_The Signature & Seal Affixed Here to This Document Authenticates it an Official Public Record, Altering and/or Tampering with an Official Document is a Felony Pursuant to 18 USC § 2071._

All Rights Reserved, Without Prejudice,

_____
M̶i̶l̶l̶e̶r̶,̶ ̶J̶a̶c̶q̶u̶e̶l̶y̶n̶

_____                    12 / 10 / 21
Witness                                                              Date

                                                _____
                                                Witness

Exhibit ___9___ Page ___20___

# COURT COMPLIANCE SLIP

Date August 27, 2021

**Courthouse Name/Address**
Beverly Hills Courthouse
1725 Main Street
Santa Monica, CA 90401

Customer's Name/Address                                    Attorney Name/Address
JACQUELYN A MILLER
3751 S MOTOR AVE 1103
LOS ANGELES, CA, 90034

Citation Number: Z130026

Fine(s) and/or Fee(s) Amount: **$1,175.00**

If the fine amount is not paid by August 27, 2021 a $30 installment fee will be added to the amount above.

All Court orders must be satisfied by **February 28, 2022.**

If eligible, you may pay your fine:
- Online: Use the court's website at **lacourt.org** and select "TRAFFIC."
- By phone: Call (213) 742-1884.
- By mail: Send a check or money order payable to **L.A. Superior Court** to the above address. Write the above **Citation Number** on your check or money order. Do not include cash or correspondence with your payment.
- In person: At any courthouse that processes traffic cases. View the court's website at **lacourt.org** to find the nearest location. Before you return to court to pay your fine, you must call the court location and schedule an appointment with the clerk's office.
- Drop box: A drop box is located at the courthouse location where your citation was filed (address on the bottom of your citation). You may submit proof of community service hours, fees, or partial payments. No cash is accepted via the drop box. Write your citation number on your check or money order and on any documents submitted. No appointment is necessary to use the drop box.

You may submit proof of community service hours, pay mandatory fees, or make partial payments by mail, in person, or through the drop box.

Before you return to court to pay your fine or request any of the options available to you, you must call the court location noted on the bottom of your citation and schedule an appointment with the clerk's office. The due date on this compliance slip is not a scheduled appointment. If you do not have an appointment, you will be asked to call and set an appointment and return on that date.

**Failure to take action by the date shown above may result in a $300.00 Civil Assessment (Penal Code 1214.1), and your case being referred to collections.**

TR-COURT COMPLIANCE SLIP

Exhibit ___9___ Page ___21___

# Exhibit 10

**TORRANCE UNIFIED SCHOOL DISTRICT**
2335 Plaza del Amo
Torrance, CA 90509

## OATH OF ALLEGIANCE FOR PUBLIC EMPLOYEES OR OFFICERS

Please fill out and file this form with official in charge of office or school in which you are employed.

In accordance with the California Education Code Sections 7000/7001 or the California Constitution, Article 20, Section 3, each employee or officer is required to take and subscribe to an Oath of Allegiance to the State of California and to the United States of America. No compensation for service nor reimbursement for expenses incurred shall be paid unless the employee or officer complies with the above-named sections of the Education Code. Non-compliance mandates suspension and dismissal.

**OATH OF ALLEGIANCE**

(Ed. Code Sections 7000/7001 or California Constitution Article 20, Section 3)

I, Jacquelyn Miller, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which I am about to enter.

Signature of employee _____

(use present payroll name)

Subscribed and affirmed to, before me, this _20-th_ day of _July_ 20 _11_

Signature and Title of Certifying Officer _____

Human Resources Specialist

Exhibit _10_ Page _1_

These explanatory statements are to remain with and attached to the PASSPORT APPLICATION in order for this PASSPORT APPLICATION to be true and correct under penalty of perjury under the laws of the United States of America.

# Passport Explanatory Statements

These explanatory statements are done base upon my religious instructions and beliefs and as required by ACTS AND CONDITIONS listed in the instructions on page 4

## Affidavit of Denial of US Citizenship pursuant to the baby act and Declaration of being a free inhabitant and Native Californian national "but not a citizen of the United States":

I, miller, jacquelyn annette dba JACQUELYN ANNETTE MILLER AKA JACQUELYN ANNETTE POWELL, hereby and forever, state, claim and declare I am not nor have I ever been a U.S. Citizen or U.S. National.

I declare that my name is miller, jacquelyn annette dba JACQUELYN ANNETTE MILLER aka JACQUELYN ANNETTE POWELL.

### I am a Free Inhabitant and native Californian National, but not a Citizen of the United States, domiciled in California. (see copy GPO Style Manual page 95 exhibit attached)

**Make no mistake, I am NOT a 14th Amendment Federal citizen "Subject to the jurisdiction thereof." The U.S. State Department may recognize me as an Aboriginal Californian National, but not a citizen of the United States. In addition, my Right to a United States of America Passport comes from my habitation and domicile and my Natural Right being born in one of the sovereign states of the union; California. (See enclosed California State Birth Certificate acknowledging the same and "outside" of any corporate city municipality).**

**TAKE NOTICE THAT** pursuant to **1877 Georgia Constitution (as ratified without subsequent amendments)** ARTICLE I. BILL OF RIGHTS. SECTION IV.

Paragraph I. Laws of a general nature shall have uniform operation throughout the State, and no special law shall be enacted in any case for which provision has been made by an existing general law. No general law affecting private rights, shall be varied in any particular case, by special legislation, except with the free consent, in writing of all persons to be affected thereby; and no person under legal disability to contract, is capable of such consent.

Par. II. Legislative acts in violation of this Constitution, or the Constitution of the United States, are void, and the Judiciary shall so declare them.

**AND TAKE FURTHER NOTICE THAT**

I, miller, jacquelyn annette 1st lien holder of the 14th amendment person MILLER, JACQUELYN ANNETTE aka POWELL, JACQUELYN ANNETTE corp. sole dba JACQUELYN ANNETTE MILLER aka JACQUELYN ANNETTE POWELL did not consent for me or my private property to being a 14th amendment citizen of the U.S. or State of CALIFORNIA and any other state in writing or any other consent, especially since this was done when I was a baby, when contracts like, the birth certificate was done and social security number was issued in the above mention

Page 1 of 3

Exhibit ___10___ Page ___2___

These explanatory statements are to remain with and attached to the PASSPORT APPLICATION in order for this PASSPORT APPLICATION to be true and correct under penalty of perjury under the laws of the United States of America.

which would have put me under legal disability to contract, and not capable of such a contract, as the above mention 1877 Georgia Constitution said.

**AND TAKE FURTHER NOTICE THAT**

THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is law.

I miller, jacquelyn annette, declare and let it be known by all immigration clerks and the Secretaries of State, Supreme Court Judge and Clerks for now, and forever *I am an Aboriginal Californian national "but not a citizen of the United States"* nor will ever be a U.S. Citizen or U.S. National. You have three (3) days to bring forth your proof that I am.

I miller, jacquelyn annette being duly affirmed, hereby declare my intention to be a national but not a citizen of the United States.

**Rescission of Signatures:** I also wish to make it clear that I am not a statutory citizen and make no claim of statutory citizenship created by any State or Federal government. I hereby extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge, and make void *ab initio* all signatures belonging to me, on all previously filed SS-5, Internal Revenue Service; W-4 Forms, 1040 Forms and all State Income Tax Forms (if any) and all powers of attorney, real and/or implied, connected thereto on the grounds that my purported consent was voluntary and freely obtained, but was made through mistake, duress, fraud, and undue influence exercised by any or all governments (State or Federal) any agency and/or employers. Pursuant to Contract Law; **"all previously signed Federal and State forms are, hereby, extinguished by this rescission".**

Any alleged consent is null and void as it was given under duress, by mistake, and/or by fraud. Notwithstanding any information which you may have to the contrary, any forms that have been filed, and any implied quasi contracts that you may have with me, were filed illegally and unlawfully and are without force and/or effect.

I further revoke, rescind and make void *ab initio* all powers of attorney pertaining to me from any and all governmental, quasi, colorable agencies and/or Departments created under the authority of Art. I, Sec. 8, Cl. 17, and/or Art. IV, Sec. 3, Cl. 2 of the Constitution for the United States of America.

I preserve all of my unalienable Rights that are inherent from my Creator, at all times.
This application is done based upon my religious instructions and beliefs.

I declare under penalty of perjury under the laws of the United States of America, the foregoing is true and correct.

Executed On: _3 /23 /2020_ By: _Mill Jacquelyn_

miller/jacquelyn annette dba JACQUELYN ANNETTE MILLER aka
JACQUELYN ANNETTE MILLER without the United States

Exhibit __10__ Page __3__

These explanatory statements are to remain with and attached to the PASSPORT APPLICATION in order for this PASSPORT APPLICATION to be true and correct under penalty of perjury under the laws of the United States of America.

Passport Explanatory Statements
Page 3 of 3

**JURAT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 20 20 by Denise Curry proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

Denise Curry
323-691-5805

(seal)

DENISE CURRY
COMM. #2248041
Notary Public - California
Los Angeles County
My Comm. Expires July 23, 2022

Exhibit 10   Page 4

# Exhibit 11

Letter to Walter Hughes, Clerk from Santa Monica Court – 1 page

Letter to Clerk Requesting Augmentation of Clerk Transcripts

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California
Sui Juris

**Attn:** Walter Hughes, Deputy Clerk
1725 Main Street
Santa Monica, California 90401
**Re: People v. Miller, Jacquelyn**
**Case #: Z130026/Appeals Case #: BR055251**

**Notice to Principal is Notice to Agent Notice to Agent is Notice to Principal**

Dear Walter Hughes:

For the record, I need to bring to your attention and request that your office augment the Clerk's Transcript in this case with **Agreement to Appear for Arraignment** – dated 7/7/21 in Beverly Hills Court; **Affidavit of Facts** RE: Arraignment with Judge Zukin in Beverly Hills Court, **Motion of Discovery** and **Motion to be Heard**. The latter 3 documents were filed in this case on, August 27, 2021 and all have been omitted from the Clerk's Transcript. Also, on the TRANSCRIPT OF PROCEEDINGS under **APPEARANCES** it states (ALL PRESENT BY VIDEO OR TELEPHONE) is an **error**, Judge Hahn, Officer Poland, Walter Hughes, Bailiff Riordan and I were all present in Department A in Santa Monica Courthouse, I was present in **Sui Juris**, not PROPRIA PERSONA and **PEOPLE OF THE STATE OF CALIFORNIA nor COUNSEL FOR PLAINTIFF** were present at the proceeding, these all need to be corrected as well. I **never** received a Minute Order in the Clerk's Transcript on pages 000038 and 000039. I was handed a Court Compliance Slip from you after the proceeding. Under penalty of perjury, the foregoing is true and correct to the best of my knowledge.

As you may know, the record on appeal under **Rules of Court,** Rule 8.873, subdivision (b), states:
**(b) Omissions**
If, after the record is certified, the trial court clerk or the reporter learns that the record omits a document or transcript that any rule or order requires to be included, the clerk must promptly copy and certify the document or the reporter must promptly prepare and certify the transcript. Without the need for a court order, the clerk must promptly send the document or transcript as an augmentation of the record to all those who received the record under rule 8.872(b).

Therefore, in accordance with the aforementioned rule, I am bringing this matter to your attention for augmentation of the official record with the above mentioned documents.

**Nothing contained herein should be construed to constitute a waiver and/or limitation of any of the Rights and/or remedies of Due Process under Federal or State Law, all of which are expressly reserved.**

**Respectfully,**

Miller, Jacquelyn, without prejudice

12, 3, 21
Date

Page 1 of 1

Exhibit 11   Page 1

# Exhibit 12

Notice of Appeal Application, Notice of Filing Appeal, Notice of Returning Appeal, Opening Brief, Notice for Setting Cause, Opinion, Application for Certification Regarding Transfer to Court of Appeal, Proof of Service to City Attorney, Order of Denial of Application – 36 pages

**CR-142**  **Notice of Appeal and Record on Appeal (Infraction)**

## Instructions

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

SEP 17 2021

Sherri R. Carter, Executive Officer/Clerk
By _Laura Moreno_, Deputy
Laura D. Moreno

- This form is only for appealing in an **infraction** case, such as a case about a traffic ticket. You can get other forms for appealing in a civil or misdemeanor case at any courthouse or county law library or online at *www.courts.ca.gov/forms.*

- Before you fill out this form, read *Information on Appeal Procedures for Infractions* (form CR-141-INFO) to know your rights and responsibilities. You can get form CR-141-INFO at any courthouse or county law library or online at *www.courts.ca.gov/forms.*

- You must file this form **no later than 30 days after the trial court issued the judgment or order you are appealing** (see rule 8.902(b) of the California Rules of Court for very limited exceptions). **If your notice of appeal is late, the court will not take your appeal.**

- Fill out this form and make a copy of the completed form for your records.

- Take or mail the completed form to the clerk's office for the same trial court that issued the judgment or order you are appealing. It is a good idea to take or mail an extra copy to the clerk and ask the clerk to stamp it to show that the original has been filed.

*You fill in the name and street address of the court that issued the judgment or order you are appealing:*

**Superior Court of California, County of**

LOS ANGELES

*You fill in the number and name of the trial court case in which you are appealing the judgment or order:*

Trial Court Case Number:
Z130026

Trial Court Case Name: PEOPLE
v. JACQUELYN MILLER

### (1) Your Information

*The clerk will fill in the number below:*

**Appellate Division Case Number:**

a. Name of appellant (the party who is filing this appeal):

Name: Miller, Jacquelyn

b. Appellant's contact information (required):

Street address: C/O 3751 Motor Avenue Unit 1103 ___ Los Angeles ___ California ___ 90034
           *Street*                          *City*         *State*        *Zip*

Mailing address *(if different)*: N/A
                      *Street*                          *City*         *State*        *Zip*

Phone: _____ E-mail: _____

c. Appellant's lawyer in the trial court proceedings:

The lawyer filling out this form ☐ is   ☐ is not   representing the appellant in this appeal.

Name: _____ State Bar number: _____

Street address: _____
           *Street*                          *City*         *State*        *Zip*

Mailing address *(if different)*: _____
                      *Street*                          *City*         *State*        *Zip*

Phone: _____ E-mail: _____

Fax: _____

RECEIVED
LOS ANGELES SUPERIOR COURT
SEP 17 2021
Sherri R. Carter, Executive Officer/Clerk
BY _____ DEPUTY

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2020, Optional Form
Cal. Rules of Court, rules 8.831, 8.901, 8.910

**Notice of Appeal and Record on Appeal**
**(Infraction)**

CR-142, Page 1 of 4 →

Exhibit 12 Page 1

| Court Case Name: PEOPLE v. JACQUELYN MILLER | Court Case Number: Z130026 |
| --- | --- |

## (2) Judgment or Order You Are Appealing

I am/My client is appealing *(check a, b, or c)*:

a. ☐ the final judgment of conviction in the case (Pen. Code, § 1466(b)(1)).
   The trial court issued (rendered) this judgment on *(fill in the date):* _____

b. ☐ an order made by the trial court after judgment that affects an important (substantial) right of mine/my client
   (Pen. Code, § 1466(b)(2)).

   The trial court issued (rendered) this order on *(fill in the date):* _____

c. ☑ Other (describe the action you are appealing and indicate the date the trial court took the action):
   Final Judgment-lacked personal + subject matter jurisdiction which makes it void ab init 0.3.27.2;
   Nunc pro tunc order cannot correct lack of jurisdiction - 8.27.2; Both judges disregarded
   Affidavit of Status, Motion to Dismiss for lack of jurisdiction, etc., judicial notice
   and Motions for Discovery and to be heard. Violated my due process of law.

## Your Choices About the Record on Appeal

### Stipulation for Limited Record

(3) ☐ The respondent and I/my client have agreed ("stipulated") under rule 8.910 that parts of the normal record on
   appeal are not required for proper determination of this appeal. A copy of our stipulation identifying those parts
   of the record that are not required is attached. *(At the top of each page write "CR-142, item 3.")*

### Record of Oral Proceedings

*You do not have to provide the appellate division with a record of what was said in the trial court (this is called a record
of the "oral proceedings"). But, if you do not, the appellate division will not be able to consider what was said during the
trial court proceedings in deciding whether an error was made in those proceedings.*

(4) I elect (choose)/My client elects to proceed *(check a or b)*:

a. ☐ WITHOUT a record of the oral proceedings in the trial court *(skip item (5); sign and date this form)*. I
   understand that if I proceed without a record of the oral proceedings, the appellate division will not be able to
   consider what was said in the trial court during those proceedings in deciding whether a legal error was made.

   *(Write initials here):* _____

b. ☑ WITH a record of the oral proceedings in the trial court *(complete item (5) below)*. I understand that if I elect
   (choose) to proceed WITH a record of the oral proceeding in the trial court, I have to choose the record I
   want to use and take the actions described below to make sure this record is provided to the appellate
   division. I understand that if I do not take the actions described below and the appellate division does not
   receive this record, I am not likely to succeed in my appeal.

   *(Write initials here):* All rights reserved, without Prejudice

(5) I want to use the following record of what was said in the trial court proceedings in my case *(check and complete
only one— a, b, c, or d)*:

a. ☐ **Statement on Appeal.** *A statement on appeal is a summary of the trial court proceedings approved by the
   trial court. See form CR-141-INFO for information about preparing a proposed statement. (Check and
   complete (1) or (2).)*

Trial Court Case Name: PEOPLE v JACQUELYN MILLER

Trial Court Case Number: 2130026

(5) *(continued)*

   (1) ☐ I have attached my proposed statement on appeal to this notice. (*If you are not represented by a lawyer in this appeal, you must use* Proposed Statement on Appeal (Infraction) *(form CR-143) to prepare and file this proposed statement. You can get form CR-143 at any courthouse or county law library or online at www.courts.ca.gov/forms.*)

   (2) ☐ I have NOT attached my proposed statement on appeal to this notice. I understand that I must serve the prosecuting attorney if the prosecuting attorney appeared in the case and file this proposed statement in the trial court within 20 days of the date I file this notice and that if I do not file the proposed statement on time, the court may proceed on the clerk's transcript only.

<strong>OR</strong>

b. ☐ **Transcript From Official Electronic Recording.** *This option is available only if an official electronic recording was made of what was said in the trial court. Check with the trial court to see if an official electronic recording was made in your case before choosing this option. Some courts also have local rules that establish procedures for determining whether only a portion of a transcript or a different form of the record will be sufficient for an effective appeal. Check with the trial court to see if it has such a local rule. (Check and complete (1) or (2).)*

   (1) ☐ I will pay the trial court clerk's office for this transcript myself. I understand that if I do not pay for this transcript, it will not be prepared and provided to the appellate division.

   (2) ☐ I am asking that this transcript be provided at no cost to me because I cannot afford to pay this cost. I have completed and attached *Defendant's Financial Statement on Eligibility for Appointment of Counsel and Reimbursement and Record on Appeal at Public Expense* (form CR-105). *(You can get form CR-105 at any courthouse or county law library or online at www.courts.ca.gov/forms. The court will review this form to decide if you are eligible for a free transcript.)*

<strong>OR</strong>

c. ☐ **Copy of Official Electronic Recording.** *This option is available only if an official electronic recording was made of what was said in the trial court, the court has a local rule for the appellate division permitting the use of the official electronic recording itself as the record of the court proceedings, and you and the respondent (the prosecuting agency) have agreed (stipulated) that you want to use the recording itself as the record of what was said in your case. Check with the trial court to see if an official electronic recording was made in your case before choosing this option. You must attach a copy of your agreement (stipulation) with the respondent to this notice. (Check and complete (1) or (2).)*

   (1) ☐ I will pay the trial court clerk's office for this official electronic recording myself. I understand that if I do not pay for this recording, it will not be provided to the appellate division.

   (2) ☐ I am asking that this official electronic recording be provided at no cost to me because I cannot afford to pay this cost. I have completed and attached *Defendant's Financial Statement on Eligibility for Appointment of Counsel and Reimbursement and Record on Appeal at Public Expense* (form CR-105). *(You can get form CR-105 at any courthouse or county law library or online at www.courts.ca.gov/forms. The court will review this form to decide if you are eligible for a free copy of the official electronic recording.)*

---

<strong>Notice of Appeal and Record on Appeal</strong><br>(Infraction)

Exhibit 12    Page 3

Trial Court Case Name: PEOPLE V. JACQUELYN MILLER

Trial Court Case Number: 2130026

(5) *(continued)*

## OR

d. ☑ **Reporter's Transcript.** *This option is available only if there was a court reporter in the trial court who made a record of what was said in court. Check with the trial court to see if there was a court reporter in your case before choosing this option. Some courts also have local rules that establish procedures for determining whether only a portion of the reporter's transcript or a different form of the record will be sufficient for an effective appeal. Check with the trial court to see if it has such a local rule.*

Within 10 days of receiving the court reporter's estimate of the cost of preparing the reporter's transcript, I will *(check and complete one of the following)*:

(1) ☐ File with the trial court a certified transcript of all the proceedings required by rule 8.918.

(2) ☑ Pay for the transcript myself by depositing with the trial court an amount equal to the estimated cost of the transcript.

(3) ☐ Pay the reporter directly and file with the trial court a written waiver of the deposit that is signed by the reporter.

(4) ☐ Request a reporter's transcript at no cost. I am asking that this transcript be provided at no cost to me because I cannot afford to pay this cost. I have completed and attached *Defendant's Financial Statement on Eligibility for Appointment of Counsel and Reimbursement and Record on Appeal at Public Expense* (form CR-105). *(You can get form CR-105 at any courthouse or county law library or online at www.courts.ca.gov/forms. The court will review this form to decide if you are eligible for a reporter's transcript at no cost to you.)*

I understand that if I do not pay for this transcript and I am not eligible for a reporter's transcript at no cost, the reporter's transcript will not be prepared and provided to the appellate division.

Date: 9.17. 21

Miller, Jacquelyn
*Type or print your name*

All rights reserved without prejudice
*Signature of appellant or attorney*

**Notice of Appeal and Record on Appeal**
**(Infraction)**

Exhibit 12   Page 4

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

| | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS: Clara Shortridge Foltz Criminal Justice Center<br>Criminal Appeals Unit<br>210 W. Temple St., Room M3<br>Los Angeles, CA 90012<br>Telephone: (213) 628-7900 | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>OCT 07 2021<br><br>Sherri R. Carter, Executive Officer/Clerk of Court |

PLAINTIFF AND RESPONDENT: The People of the State of California

DEFENDANT AND APPELLANT: **MILLER, JACQUELYN**

| **NOTICE OF FILING OF NOTICE OF APPEAL**<br>(☐ **MISDEMEANOR OR** ☒ **INFRACTION**)<br>☐ **Amended Notice** | TRIAL COURT CASE NUMBER:<br>Z130026-1942<br>NOTICE OF APPEAL DATE:<br>09/17/21 |
|---|---|

| To the Appellate Division: A Notice of Appeal | was filed by defendant, Miller, Jacquelyn | ☒ (Self-Represented) |
|---|---|---|

Date of Judgment or Order: 8/27/2021

| Trial Court Judicial Officer: James K. Hahn | ☒ Judge | ☐ Commissioner | ☐ Temporary Judge |
|---|---|---|---|

Courthouse: Santa Monica          Department: A

---

**IMPORTANT INFORMATION REGARDING THE RECORD OF THE ORAL PROCEEDINGS**
Pursuant to the General Order signed and filed on June 30, 2021, a written transcript of the recording of the trial court proceedings, pursuant to California Rules of Court, rules 8.834, 8.865, 8.867, 8.918, and 8.920, will be provided to the parties named in the appeal, without fee, for appeals filed on or after July 1, 2021.

---

### CERTIFICATE OF MAILING

I, the below-named Executive Officer Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Filing of Notice of Appeal (Misdemeanor or Infraction) upon each party or counsel named below in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with postage thereon fully prepaid, in accordance with standard court practices.

| Appellant | Respondent |
|---|---|
| MILLER, JACQUELYN<br>C O 3751 MOTOR AVENUE UNIT 1103<br>LOS ANGELES, CA 90034 | LOS ANGELES CITY ATTORNEY<br>APPELLATE DIVISION<br>200 NORTH MAIN STREET, 5TH FLOOR<br>LOS ANGELES, CA 90012 |
| | |

**SHERRI R. CARTER**, Executive Officer/Clerk of Court

**DATE: 10/07/21**          By:  L. MORENO , Deputy Clerk

**NOTICE OF FILING OF NOTICE OF APPEAL**
**(MISDEMEANOR OR INFRACTION)**

Cal. Rules of Court rules 8.852(b)
and 8.901(b)

Exhibit __12__ Page __5__

# APPELLATE DIVISION OF THE SUPERIOR COURT STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| COURTHOUSE ADDRESS: | Appellate Division<br>Stanley Mosk Courthouse<br>111 N. Hill St., Room 607<br>Los Angeles, CA 90012                    (213) 633-1070 |

**Reserved for Clerk's File Stamp**

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

**NOV 2 4 2021**

Sherri R. Carter, Executive Officer/Clerk of Court
By: Tom Vannithone, Deputy

| | |
|---|---|
| Plaintiff and Respondent | The People of the State of California |
| Defendant and Appellant | Jacquelyn Miller |

### NOTICE OF RETURN OF APPEAL DOCUMENT

| |
|---|
| TRIAL COURT CASE NUMBER:<br>Z130026 |
| APPELLATE DIVISION CASE NO:<br>BR055251 |

To:   ☑ **Appellant**      ☐ **Respondent**

The            Letter Re: Opening Brief            presented for filing is being returned for the following reason(s):

☐ **Proof of Service Required** (See form APP-109 INFO, available on http://www.courts.ca.gov/)

  ☐ A copy of the document must be served on all parties. (California Rules of Court (CRC), rule 8.25).

  ☐ You must have someone else who is over 18 and who is not a party in your case, serve your document(s) for you (Code of Civil Procedure (CP) 1011-1013a).

☐ **Stipulations – Limited Civil Cases Only** (CRC rule 8.882(b)(1))

  ☐ A stipulation to extend the time to file a brief must be filed before the brief is due.

  ☐ The original signature of at least one party must appear on the stipulation.

  ☐ Stipulations must be served on all parties.

  ☐ A stipulation may only extend the briefing period by up to 30 days.

    ☐ A stipulation to extend the time to file an            brief was previously
    filed on

☐ **Exhibits** (CRC 8.843 – Civil; 8.870 – Misdemeanors; 8.921 – Infractions)

    ☐ A party wanting the appellate division to consider any original exhibits that were admitted in evidence, refused, or lodge must serve and file a notice in the trial court designating such exhibits

☑ **Other:** The Appellate Division rules of the Superior Court in the State of California, County of Los Angeles starts at Rule 8.800.

---

### CERTIFICATE OF MAILING

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date, I served the **NOTICE OF RETURN OF APPEAL DOCUMENT**

☐ by personally serving                                                                                                in the Appellate Division;

☑ by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Jacquelyn Miller
C/O 3751 Motor Avenue, Unit 1103
Los Angeles, CA 90034

Dated:  November 24, 2021

**SHERRI R. CARTER**, Executive Officer/Clerk of the Court

BY:   **TOM VANNITHONE**

            Tom Vannithone            , Deputy Clerk

LASC APPL 008 Rev. 10/18
For Optional Use

### NOTICE OF RETURN OF APPEAL DOCUMENT

Cal. Rules of Court, rules
8.25, 8.882, 8.843, 8.870,
and 8,921

Exhibit  12  Page  6

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

DEC 3 0 2021

Sherri R. Carter, Executive Officer/Clerk of Court
By: Tom Vannithone, Deputy

# Appellate Division
## stanley mosk courthouse
### Los Angeles County

JACQUELYN MILLER
Appellant in error

Miller, Jacquelyn, Sui Juris, a
living breathing woman
Real Party in Interest by Special
Appearance

  v.

PEOPLE OF THE STATE OF
CALIFORNIA

Appellee

Appellate Case # BR055251

Citation/Case # Z130026

Appeal from a judgement at the Santa Monica Court with Judge James K. Hahn
transferred by Judicial Officer from Beverly Hills
Superior Court, Los Angeles County

## [Appellant's] Opening Brief

Miller, Jacquelyn, Sui Juris

c/o 3751 Motor Avenue

Unit 1103

Los Angeles, California

All Rights reserved, without prejudice

Exhibit  12  Page  7

Comes now, **Miller, Jacquelyn**, Sui Juris, **not** a pro se party, American National in a Common Law Court of Record, being competent to testify and being over the age of 21 years of age, after first being duly affirmed according to law to tell the truth to the facts related herein states that she has firsthand knowledge of the facts stated herein and believes these facts to be true to the best of her knowledge.

## Statement of the Case

For the record, I require this entire Opening Brief be read thoroughly in order to make an informed righteous judgment. On February 12, 2020, I was traveling in my private property (car) northbound on the 405 Freeway near the Manchester off ramp and LAPD Officer Poland activated his emergency lights on his motorcycle and detained me for a non-emergency, non felony stop for "infractions". [See Citation in CLERK'S TRANSCRIPT] He did **not** present me with a **"warrant"** for my arrest, give probable cause for the non emergency stop nor observe me injuring a man/woman or damaging property at the time of the stop as stated in his testimony. [See TRANSCRIPT OF PROCEEDINGS] **Brinegar v. U.S.,388 US 160 (1949)** *Probable Cause to Arrest - Provides details on how to determine if a crime has been or is being committed.* **Johnson v. State, 653 N.E.2d 478, 479 (Ind. 1995).** *"State must produce corroborating evidence of "corpus delecti," showing that injury or harm constituting crime occurred and that injury or harm was caused by someone's criminal activity."* During the initial traffic stop, I informed Officer Poland, "this (my car) is private property, I'm not a driver, I'm not for hire, I'm not involved in commerce." His testimony will concur. {See TRANSCRIPT OF PROCEEDINGS] **SHAPIRO vs. THOMSON, 394 U. S. 618 April 21, 1969. DIVISION 1. WORDS AND PHRASES DEFINED [100 - 681]** *(Division 1 enacted by Stats. 1959, Ch. 3.)* **260.  Rodriques v Ray Donavan (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985)** *"All codes, rules and regulations are applicable to the government authorities only, not human/Creators in accordance with God's laws.*
**Anger v. Municipal Court [237 Cal.App.2d 69]**

## Statement of Facts

Being a living breathing sentient woman of God in Sui Juris, this Opening Brief cannot be held to the standards of an attorney. **Jenkins v. McKeithen, 395 U.S. 411, 421 (1959); Picking v. Pennsylvania R. Co.,151 Fed 2nd 240; Pucket v. Cox,456 2nd 233** *Pro se pleadings are to be considered without regard to technicality; pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers. US v Minker, 350 US 179 at 187(1956)* **Supreme Court of the United States 1795** *"Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them."*

On March 29, 2020, during "COVID" when places were closed to the public, I wrote a letter to Judge Marsha Revel, notarized, via certified mail receipt, in regards to the above citation, to alleviate having to go to the court and waste money for a frivolous matter. I also attached a copy of my Affidavit of Status, the citation, "arraignment" notice and a copy of Birth Certificate Fraud. Afterwards, I received a degrading letter from Leah C. Gershon, Court Counsel, dated April 16, 2020 stating…"documents will be discarded."

On April 30, 2020, I wrote letters to Cantil, Tani-Gorre, Chief Justice in San Francisco, Judge Marsha Revel, Presiding Judge Kevin C. Brazile and cc'd Leah Gershon in regards to the response from Gerson. It also included: Judicial Notice, Affidavit of Status and Notice of Motion and Motion to dismiss, only sent to Revel and Brazile to be filed in the case.

On 12/01/2020 at 1610 hours, I called Beverly Hills Court and spoke with Debbie, one of the clerks, to set a court date on 7/7/2021 and was told I could send my documents in.

Exhibit __12__   Page __9__

On 12/19/2020, I went to the USPS and mailed 2 copies of my Affidavit of Status, Judicial Notice, Motion to Dismiss and letters to judicial officers via Certified Mail Receipt and a SASE Certified Mail Receipt as to return my Conformed Copy along with a filing instruction notice attached.

On 2/19/21, I hadn't received my Conformed Copy so I called Beverly Hills Court, spoke to a clerk who couldn't find the documents so I informed her they were sent by Certified Mail Receipt and an individual received them. She also told me they don't Conformed Copy stamp them they only stamp them Received. I informed her that I have filed several documents in the court and they have Conformed Copy stamped on them. She gave me a number to call Mrs. Jeter, Traffic Supervisor, and I did. I left a message on her voice mail at 1618 hours. **Standard Fire Ins. Co. v. LaCoke, 585 S.W.2d 678, 680 (Tex.1979); Hanover Fire Ins. Co. v. Shrader, 89 Tex. 35, 42, 33 S.W. 112, 113 (1895); Turner v. State, 41 Tex. 549, 552 (1874); Holman v. Chevaillier, 14 Tex. 337, 339-40 (1855); Beal v. Alexander, 6 Tex. 531, 541 (1855). *"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is filemarked."* [Emphasis Added]**

After obvious removal of my documents from the court, on 4/9/21, I still hadn't received a call back from Mrs. Jeter so at 1511 hours I called and finally spoke with her. She stated that they don't have the documents and to bring them in on the court date.
**18 USC § 1505** - Obstruction of proceedings before departments, agencies, and committees**. 18 USC § 1506** - Theft or alteration of record or process; false bail. **18 USC § 2071** - Concealment, removal, or mutilation generally. **18 USC § 2076** - Clerk of United States District Court. **28 USC § 951 - Oath of office of clerks and deputies.**

On 7/7/21 ~0940 hours, I arrived at Beverly Hills Court, went to the clerk's window to file my Motion, Judicial Notice and Affidavit of Status, by Special Appearance, with letters as stated above and the clerk told me I couldn't file documents. I kindly informed her that the supervisor told me to file them on the court day because they couldn't find my documents that I had mailed in. She wanted to see my documents and I let her know that I didn't want

Exhibit  12    Page  10

her to take my documents back there (knowing they had already "lost" my previous sets). I let her know I spoke with Mrs. Jeter, then she stated that is her supervisor and she will go get her. When Mrs. Jeter approached the window, she stated, "Now you said you spoke to me", I stated, "Yes ma'am", she stated, "What did I, what did I um", I stated, "I'm going to tell you what you said to me, because I wrote it down, majority of it." I stated, "But I have a document here that you are supposed to file my documents, without giving me a hard time". She stated, "I'm not trying to give you a hard time…" I went through my documents to one that I had written the information on regarding her and my conversation and read it to her and she stated "I think I remember that conversation. When is your court day?" I let her know it is today and she insisted that I take them in to court to file them since my court date was that day. I reiterated the fact that I need 2 Conformed Copies. After the unsuccessful filing of the documents, I left the clerks room and went next door to Dept 304, where Judge Marsha Revel's name was on the outside of the entrance (I figured I would be seeing her since I had written her and sent in the Motions to her). I went in, sat down, was checked in, asked the clerk to file my papers and briefly explained I was told to file them there from clerk, was told to have a seat by the clerk they had to finish…, my counsel came in, the bailiff gave him a hard time, I read the bailiff case law which states he has a right to be there and my counsel advised him of his right protected by the Constitution to be there and the bailiff called for backup. I asked the bailiff, "is this a "pro tem" and he stated, "yes", I informed him "I don't stipulate to a "pro tem" and he stated to have a seat. Another bailiff walked in and they had a discussion. We had to sit through the audio recording, the "pro tem" began speaking, I objected to him hearing the case and was asked to go outside and wait. While waiting, I decided to go back to the clerk's window to file my documents, while getting them arranged for the clerk, about a 15 minute or so wait, a woman came in and let me know I will have to come back another day and gave me 2 dates to choose from and I chose July 14, 2021 and when I asked her if Judge Revel would be there she stated, "Yes". She stated she will be back with the paperwork, I should have seen a judge at that time. She came back with the document for me to sign and on the top, it stated, **"AGREEMENT TO APPEAR FOR ARRAIGNMENT"** but the bottom stated, **"AGREEMENT TO APPEAR FOR TRIAL".**

Exhibit __12__  Page __11__

After a little resistance, I was finally able to resubmit my Motions and they were filed and "Conformed Copy" stamped.

On July 14, 2021 at about 0945 hours, I went to Beverly Hills Court to Dept. 304 by Special Appearance for an Arraignment which should have been held on 7/7/21 while I was there, and again, it was not an Article III judge, which I would not stipulate to. I was told that Judge Revel had an emergency and couldn't be here. I ended up seeing Judge Zukin on the 2nd floor in Dept. 207 who never established personal or subject matter jurisdiction - coram non judice. **Dynes v. Hoover, 61 U.S. 65 (1857)** *It is only where a court has no jurisdiction over the subject matter, or, having such jurisdiction, is bound to adopt certain rules in its proceedings, from which it deviates, whereby the proceedings are rendered coram non judice, that an action will lie against the officer who executes its judgment.*

After I verbally (also in Motions) informed her that I was there by Special Appearance and didn't waive any of my Rights and to challenge personam and subject matter jurisdiction of the court she denied my Motions. When I asked her about a court reporter not being there, she stated, "That's correct". I read Penal Code Part 2 of CRIMINAL PROCEDURES § 683, stated there is no witness or verified complaint and is there someone here to state that I, harmed them? She asked me to plead guilty or not guilty and I stated, "Your Honor, I am not here to enter a plea today. I am here to request that a verified complaint be filed pursuant to Penal Code §§ 740, 853.9(b), and Vehicle Code § 40513(b). She confirmed that I wasn't going to enter a plea and stated she will enter one for me and I objected, she didn't not overrule or sustain so that is **tacit** agreement/understanding. **Tacit** Implied, inferred, understood without being expressly stated. **Tacit** refers to something done or made in silence, as in a **tacit agreement**. A **tacit understanding** is manifested by the fact that no contradiction or objection is made and is thus inferred from the situation and the circumstances. West's Encyclopedia of American Law, edition 2. Judge Zukin practiced law from the bench and put in a **not guilty** plea, was given a date and time to appear in Santa Monica Court for the trial when I had not asked for this case to be transferred; she violated her Oath of office. Affidavit of Facts for entire proceeding was placed in this Brief but was declined by the clerk stating you can't put exhibits in Brief's in which he had no authority to read my documents. **Bennett v. Boggs, 1 Baldw 60**,

*"Statutes that violate the plain and obvious principles of common right and common reason are null and void". Would we not say that these judicial decisions are straight to the point --that there is no lawful method for government to put restrictions or limitations on rights belonging to the people? Other cases are even more straight forward: "The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of practice."* **\*Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694** *Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process.* **\*Geiler v. Commission on Judicial Qualifications, (1973) 10 Cal.3d 270, 286** *Society's commitment to institutional justice requires that judges be solicitous of the rights of persons who come before the court.* **Bailey v. Schrada, 34 Ind. 261; Huff v. Shepard, 58 Mo. 246 28** *"A* ***special appearance*** *is an appearance* ***solely for the purpose of testing the jurisdiction." [Emphasis Added]*** **Rodriques v Ray Donavan (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985)** *"All codes, rules and regulations are applicable to the government authorities only, not human/Creators in accordance with God's laws.* **\*U.S. Code § 453 - Oaths of justices and judges.  <u>CANON 3: A JUDGE SHOULD PERFORM THE DUTIES OF THE OFFICE FAIRLY, IMPARTIALLY AND DILIGENTLY.</u>**

On August 27, 2021 at 8:15 am I went to the in Santa Monica Court to Dept. B Per **"AGREEMENT TO APPEAR FOR TRIAL"**. I filed my Affidavit of Facts (Arraignment with Judge Zukin on July 14, 2021), Motion of Discovery and Motion to be Heard, by Special Appearance, with Pamela Woods, Deputy. I refused to send them via mail since my previous documents disappeared. I asked if it was a "pro tem" and she stated no, a commissioner. My documents clearly stated no stipulation to "pro tem" or "commissioner", so I told her I don't stipulate to either one. I was sent over to Department A with Judge Hahn who never established jurisdiction; he also violated my due process of law on several occasions throughout the proceedings which makes it a void judgement and he threw out my witnesses/counsel. **Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1; v. Wainwright, 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425** *Litigants can be assisted by unlicensed laymen during judicial*

*proceedings. [Emphasis Added]* When I asked Officer Poland if I harmed anyone of damaged property that he witnessed, he clearly stated, "February 12th, no". Judge Hahn never overruled or sustained my objection: "…for the record I object to this entire proceeding, there have been multiple due process violations, I'm not a California resident I am an American National and this court has not established jurisdiction", which clearly shows that is **tacit** agreement/understanding, he also violated his Oath of Office. After waiting for a while after the proceeding, the bailiff handed me a COURT COMPLIANCE SLIP, in which I thought they were the minutes, and was urged to pay it that day. Judge Hahn also had a Nunc Pro Tunc hearing in his chambers which does not change the fact that he lacked jurisdiction, again coram non judice. I affirmed an Oath of Allegiance to uphold the Constitution and have Passport Explanatory Statements for my status confirmation which are on file in the U.S. State Department. **Rodriques v Ray Donavan (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985)** *"All codes, rules and regulations are applicable to the government authorities only, not human/Creators in accordance with God's laws.* **Downs v. Bidwell, 182 U.S. 244 (1901)** *"It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgment in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."* **Butz v. Economou, 98 S. Ct. 2894 (1978); United States v. Lee, 106 U.S. at 220, 1 S. Ct. at 261 (1882)** *"No man [or woman] in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government from the highest to the lowest, are creatures of the law, and are bound to obey it."* **Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)** *Note: Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason. The U.S. Supreme Court has stated that "no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it".* See also In Re Sawyer, 124 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821). Donnelly v. Dechristoforo, 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974) McNally v. U.S., 483 **U.S. 350, 371-372, Quoting U.S. v Holzer,**

[Appellant's] Opening Brief

816 F.2d. 304, 307, **Hagans v Lavine 415 U. S. 533, Ex parte Seidel, 39 S.W.3d 221, 225 (Tex. Crim. App. 2001), Ex parte Spaulding**, 687 S.W.2d at 745 (Teague, J., concurring). (See **Rose v. Himely (1808) 4 Cranch 241, 2 L ed 608; Pennoyer v. Neff (1877) 95 US 714, 24 L ed 565; Thompson v. Whitman (1873) 18 Wall 457, 21 I ED 897; Windsor v. McVeigh (1876) 93 US 274, 23 L ed 914; McDonald v. Mabee (1917) 243 US 90, 37 Sct 343, 61 L ed 608** *An order that exceeds the jurisdiction of the court is void, and can be attacked in any proceeding in any court where the validity of the judgment comes into issue.* **State v. Swiger**, 708 N.E.2d 1033, 125 Ohio.App.3d 456, *dismissed, appeal not allowed,* 694 N.E.2d 75, 82 Ohio St.3d 1411 (1998) *If the trial court is without subject matter jurisdiction of defendant's case, conviction and sentence would be void ab initio.* **Sramek v. Sramek, 17 Kan. App 2d 573, 576-7, 840 P. 2d 553 (1992) rev. denied 252 Kan. 1093(1993***) "The law provides that once State and Federal jurisdiction has been challenged, it must be proven."* **Main v Thiboutot, 100 S Ct. 2502(1980)** *"Jurisdiction can be challenged at any time,"* and *"Jurisdiction, once challenged, cannot be assumed and must be decided.* **Stock v. Medical Examiners 94 Ca 2d 751. 211 P2 d 289 In Interest of M.V., 288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997)**. *"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court."* **Old Wayne Mut. L. Assoc. v. Mcdonough, 204 U.S. 8, 27 S.Ct. 236 (1907).** *"Lack of jurisdiction cannot be corrected by an order nunc pro tunc. The only proper office of a nunc pro tunc order is to correct a mistake in the records; it cannot be used to rewrite history."* E.g., **Transamerica Ins. Co. v. South, 975 F.2d 321, 325-26 (7th Cir. 1992); United States v. Daniels, 902 F.2d 1238, 1240 (7th Cir. 1990); King v. Ionization Int'l, Inc., 825 F.2d 1180, 1188 (7th Cir. 1987). And Central Laborer's Pension and Annuity Funds v. Griffee, 198 F.3d 642, 644(7th cir. 1999).** To have hearings in Beverly Hills Court and then switched to Santa Monica Court was very unusual since I did not request a transfer of the case. As you see, I did appeal the judgement for obvious reasons. On December 28, 2021, I went to the Appellate Clerk's Office to file my Brief. I have multiple exhibits since I didn't want anything omitted from this case (due to history of this entire fiasco) to prove my innocence but was denied by the court clerk, B. Colocho as I actually filed my documents, he took them and "looked them over" and I

Exhibit  12   Page  15

have a witness who was present to testify. I had him give me a document stating that he refused my Brief so it wouldn't look like I was at fault for being in default. He told me I had to send a copy to the prosecutor and I informed him that there was not a prosecutor at any of the court proceedings I was a part of. **Rule 5. Serving and Filing Pleadings and Other Papers** (d) Filing. (4) *Acceptance by the Clerk.* **The clerk <u>must not refuse</u> to file a paper solely because it is not in the form prescribed by these rules or by a local rule or practice. [Emphasis Added] United States Codes**

**Standard Fire Ins. Co. v. LaCoke, <u>585 S.W.2d 678</u>, 680 (Tex.1979); Hanover Fire Ins. Co. v. Shrader, 89 Tex. 35, 42, 33 S.W. 112, 113 (1895); Turner v. State, 41 Tex. 549, 552 (1874); Holman v. Chevaillier, 14 Tex. 337, 339-40 (1855); Beal v. Alexander, 6 Tex. 531, 541 (1855). <u>*"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is filemarked."*</u> [Emphasis Added]** **18 USC § 1505** - Obstruction of proceedings before departments, agencies, and committees. **18 USC § 1506 -** Theft or alteration of record or process; false bail. **18 USC § 2071 -** Concealment, removal, or mutilation generally. **18 USC § 2076 -** Clerk of United States District Court. **28 USC § 951 - Oath of office of clerks and deputies.**

## Conclusion

For the record, I am an upstanding American National and not a U.S. citizen. To truthfully say it, Officer Poland, using his emergency lights, unlawfully detained me, lacked a lawful warrant (based on the 4th Amendment of Constitution for united States of America) for my arrest, had no reason to believe I had committed an actual crime (public offense with actual injury) in his presence or had a lawful probable cause to believe that I had committed an actual crime (not an infraction) or am about to commit an actual crime, which is on the record. My filed documents, Motions, etc., were mysteriously missing in Beverly Hills Court (I have CMR and documentation they were received), There was **never** a prosecutor, injured party, verified complaint signed by a live man/woman stating I injured them or damaged their property, PEOPLE OF THE STATE OF CALIFORNIA or court reporter present at any of the 3 court hearings, 2 at Beverly Hills and 1 at Santa Monica that I attended, transferred from Beverly Hills Court to Santa Monica Court when

Exhibit ___12___ Page __1b__

[Appellant's] Opening Brief

I did not request a transfer. In all Article III courts, court reporters and prosecutors for the plaintiff (criminal court) are required to be present. After going through unlawful court proceedings, bias treatment from judicial officers, stress, tension, threat, duress, coercion, crucial documents missing from the Clerk's Transcripts, crucial transcription missing from TRANSCRIPT OF PROCEEDINGS without a response to my letter from the clerk to augment the transcripts, **multiple** due process of law violations, **no jurisdiction** (coram non judice) was ever established during my Special Appearances which established **void judgements** from both judges and being treated like a criminal. With all of the corruption during these proceedings, and **"No Official Record" (Court Reporter)**, I made a decision that the entire experience was to be documented/recorded in order to have a record of this entire matter for purposes of proving my innocence. The violations and abuse that I (and many others) have suffered as a result of all this **judicial bullying** (Yes, I said it, I believe in calling a spade a spade, honesty supersedes dishonesty.) are irreparable. These public servants (along with all others that practice this type of behavior) are to be held accountable for their **Treasonous Acts**. **Treason** - **definition of treason by The Free Dictionary trea·son** (trē'zən) n. 1. The betrayal of allegiance toward one's own country, especially by committing hostile acts against it or aiding its enemies in committing such acts. 2. The **betrayal of someone's trust or confidence**. **[Emphasis Added]**

I declare and decree that **I am innocent of any and all charges until proven guilty by way of another living man or woman's complaint.** I have been traumatized by this entire process, corruption was on a level of 1000 if not more and now a fourth court date with the Appellate court. I require righteous judgement of these entire proceedings. It's hard to believe all of this wasted time for an alleged "infraction" in criminal court proceedings, with such unconstitutional antics. I require the Appellate court to reverse the judgements of the lower courts. I stand on my moving papers and Affidavits; they are more than sufficient in providing the truth. I will bring in the exhibits that clerk, B. Colocho forced me to remove from my brief, to the Appeal and will use them as needed for my defense due to your judicial officer's wrongdoing. I require compensation for the humiliation, threat, duress, and coercion, stress, trauma, loss and lack of court documents (which is punishable by fine and/or jail time), bias treatment, void judgements, corruption,

Exhibit  12    Page  17

[Appellant's] Opening Brief

mailings, gas, ink, paper, parking and my time from these proceedings for injuring me, my fee is $7,000.00 for each occurrence to be paid within 14 days or any other Lawful remedy available. **Owen v. City of** *Independence "The **innocent** individual who is harmed by an abuse of governmental authority is assured that he will be compensated for his injury."* **[Emphasis Added]** It's sad but true that a lot of people have lost their trust in the Court System due to experiences like this and only unrighteous people want to work in that type of environment, too bad for our youth, not much hope with them if this continues. I hope and pray there is at least 1 man/woman who is honest and judges in honesty. Whoever is reading this, before you make any rash decision, please reflect on if this was you or a loved one going through all of this and then hopefully you will make a heartfelt decision.

None of the statements and/or information included in this Brief shall in any way alter my status or waive any Rights or change this to a proceeding within statutory or policy jurisdiction and is to be remedied at the time and date of the hearing.

*"Judges and officers shalt thou make thee in all thy gates, which the LORD thy God giveth thee, throughout thy tribes: and they shall judge the people with just judgment."* **Deuteronomy 16:18-20,** *"You shall do no injustice in court. You shall not be partial to the poor or defer to the great, but in righteousness shall you judge your neighbor."* **Leviticus 19:15**

## Certificate of Service

I certify a true and accurate copy of this appellate brief will be provided to the trial Judge and Los Angeles City Attorney (who was not at any proceedings) and emailed, USPS mailed, or hand delivered by 12/30/2021.

*LACA 200 WANET STREE*
*LA on 90012*
*SANTA MONICO COMRT*
*JUDGE KATON*
*1725 MAIN ST*
*SANTA MONICA, 97401*
*BY: BRIAN M*

## Certificate of Compliance

I certify that this brief has 4632 words from computer log and 12 point font.

All Rights Reserved, Without Prejudice,

_____
Miller, Jacquelyn

12 / 30 / 21
Date

NOTICE SENT TO

FILE STAMP
**FILED**
Superior Court of California
County of Los Angeles

MAR 11 2022

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
Juliet Gilmartin Melvaez

## APPELLATE DIVISION OF THE SUPERIOR COURT

| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NUMBER |
|---|---|
| Plaintiff and Respondent, | BR055251 |
| v. | |
| JACQUELYN MILLER, | **NOTICE SETTING CAUSE FOR HEARING MISDEMEANOR OR INFRACTION** |
| Defendant and Appellant. | |

The above-entitled cause is set for oral argument in the Appellate Division, Room 615, 6th Floor, 111 North Hill Street, Los Angeles, CA 90012, on:

### April 7, 2022, at 10:00 a.m.

#### Webex is available for remote oral arguments

- You are not required to, but may, and it is recommended that you, appear remotely for your oral argument by logging on at https://lacvirtualcourts.webex.com/meet/appellate. The parties may log on starting at 10 minutes before the scheduled time and must be present when the cause is called. Each party who appears remotely is required to use an electronic device (computer, tablet or smart phone) with video and audio capabilities.

-

- The oral argument is scheduled for a specific time. If you are appearing in person, please arrive no sooner than 15 minutes before your scheduled time. If you are not present when your case is ready to be heard, you will be deemed to have waived oral argument, and the appeal will be deemed to have been submitted on the brief(s) of the non-appearing party or parties.

- All persons entering the courthouse and courtrooms are required at all times to wear face coverings over their nose and mouth. Persons with disabilities that prevent them from wearing a mask must seek, prior to the hearing, an accommodation under California Rules of Court, rule 1.100. (Los Angeles Superior Court July 6, 2020, General Order.)

Exhibit __12__ Page __19__

The parties are requested to practice social distancing, including while waiting to enter the courtroom, while in the courtroom, and while speaking with the court staff and bailiff.

While in the courtroom, the parties shall only stand or be seated according to the signs and markings in the courtroom.

Under California Rules of Court, rules 8.885(d) and 8.929(d), the parties may waive oral argument.  A waiver form is included with this notice.

Tentative rulings will be available after 2:00 p.m. on the day before the hearing.  The tentative rulings are not final, and the court is not bound by a tentative ruling.

Tentative rulings may be obtained two ways: (1) at http://www.lacourt.org.  Go to the section titled Appellate Division and click on the *Tentative Ruling* link.  Highlight the hearing date. Click on the *Search* button.  Scroll down to view tentative rulings; and (2) at (213) 633-1070 between the hours of 2:00 p.m. and 4:30 p.m. on the day before the hearing.

**SHERRI R. CARTER**, Executive Officer/Clerk of Court

**DATE:**     MAR 1 1 2022      By: _____, Deputy Clerk

Exhibit __12__  Page __20__

# C E R T I F I C A T E   O F   T R A N S M I T T A L

*L.A. Superior Court Central*

*Appellate*

| | |
|---|---|
| THE PEOPLE<br><br>    VS.<br><br>JACQUELYN MILLER | BR055251 |

**Los Angeles City Attorney**
    *Attorney for Plaintiff/Respondent*
200 North Main Street
500 City Hall East
Los Angeles        CA 90012

**Miller, Jacquelyn**
    *Defendant/Appellant in Pro Per*
C/O 3751 Motor Avenue, Unit 1103
Los Angeles        CA 90034

A copy of the following:
( ) Order of this Date           ( ) Opinion
( ) Memorandum Judgment      ( ) Order Denying Rehearing/Certification
( ) Order Appointing Counsel   ( ) Order RE Continuance
( ) Order Dismissing Appeal    ( ) Remittitur
( ) Notice Fixing Brief Dates  (✓) Notice Setting Cause for Hearing

has been transmitted to above named parties (✓) and trial court appeal clerk.

Dated: _3/11/2022_        By _____, Deputy

Exhibit _12_   Page _21_

1

2

3                                                      APR 1 2 2022

4

5

6

7

8                  APPELLATE DIVISION OF THE SUPERIOR COURT

9                  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

10

11   THE PEOPLE OF THE STATE OF CALIFORNIA,   )   BR 055251

12          Plaintiff and Respondent,         )   Santa Monica Trial Court

13                  v.                         )   No. Z130026

14   JACQUELYN MILLER,                         )

15          Defendant and Appellant.          )   **OPINION**

16   _____     )

17          Defendant Jacquelyn Miller was found guilty in a court trial of driving over the double

18   solid parallel lines of a high occupancy vehicle lane, driving at a speed exceeding the 65 miles

19   per hour speed limit, and failing to maintain evidence of vehicle registration (Veh. Code,

20   §§ 21655.8, subd. (a), 22349, subd. (a), 4454, subd. (a), respectively).  Defendant was ordered

21   to pay a fine plus penalty assessments, and she filed a notice of appeal from the judgment.  As

22   discussed below, we affirm.

23          Defendant in her appellate brief fails to state each of her arguments under separate

24   headings, and does not support her points by citations to pertinent authority.  (Cal. Rules of

25   Court, rule 8.928(a)(1)(A).)  Defendant provides a lengthy recap of her case—starting from

26   when she was cited and ending with the filing of her brief in this court—interlaced by short

27   assertions of law on topics not germane to demonstrating error on appeal.  In a three-page

28   "Conclusion," defendant makes numerous arguments, including "I am innocent of any and all

1                                              1

Exhibit  12  Page  22

1   charges until proven guilty"; "[The citing officer] . . . unlawfully detained me"; "There was

2   never a prosecutor, injured party, verified complaint signed by a live man/woman stating I

3   injured them or damaged their property"; "[N]o jurisdiction . . . was ever established"; and

4   there was "'No Official Record' (Court Reporter)" provided in her case.  Based on the

5   inadequacy of the brief, we may deem defendant's arguments to have been forfeited (*People v.*

6   *Galambos* (2002) 104 Cal.App.4th 1147, 1159), but we exercise our discretion and consider her

7   points as best we can discern them.

8       To the extent defendant's assertion of innocence amounts to an argument that there was

9   insufficient evidence presented at trial, the claim fails.  Los Angeles Police Department Officer

10   Poland testified that, on the date he gave her a citation, at approximately 6:35 a.m., he saw

11   defendant drive her vehicle at a "high rate of speed" from an onramp onto the southbound 405

12   Freeway, crossing into the high occupancy vehicle lane over double yellow lines.  He caught up

13   with defendant on his police motorcycle, and determined through a bumper pace she was

14   travelling at 101 miles per hour.  After pulling her over, defendant was unable to produce

15   registration for the vehicle.  At trial, defendant did not deny the officer's testimony, and instead

16   cited statutes inapplicable to the proceedings.[1]  The officer's testimony constituted substantial

17   evidence supporting the judgment.  (*People v. Nelson* (2016) 1 Cal.5th 513, 550 [proof

18   supporting a conviction must be "'evidence which is reasonable, credible, and of solid value—

19   such that a reasonable trier of fact could find the defendant guilty beyond a reasonable

20   doubt'"].)

21       Defendant's argument that she was unlawfully stopped is not properly before us,

22   because whether her detention complied with the Fourth Amendment was not an element of the

23   charges, and she did not file a motion in the trial court to suppress evidence.  (*People v.*

24   *Provencio* (1989) 210 Cal.App.3d 290, 303.)  In any event, the officer's testimony of

25   —————————————————————————————

26       [1]Defendant read to the court portions of Penal Code section 853.5 ("Except as otherwise
   provided by law, in any case in which a person is arrested for an offense declared to be an infraction,

27   the person may be released according to the procedures set forth by this chapter . . . ."), 18 U.S.C. 242
   ("Deprivation of rights under color of law"), and Penal Code section 683 ("The proceeding by which a

28   party charged with a public offense is accused and brought to trial and punishment, is known as a
   criminal action").

witnessing defendant committing traffic infractions justified detaining defendant and citing her for the violations. (*In re Tony C.* (1978) 21 Cal.3d 888, 892.)

Lack of a prosecutor in the trial court is not a ground for reversal, because in traffic infraction cases, a prosecutor is not required to participate in the proceedings. (*People v. Carlucci* (1979) 23 Cal.3d 249, 258.) An "injured party" is not needed in order for a defendant to be properly convicted, because nothing in statutes that were alleged to have been violated requires proof of damage or injury to a person, and all that is necessary is to prove the essential elements of each offense. (*People v. Anderson* (2009) 47 Cal.4th 92, 101.) A verified complaint is unnecessary because a written notice to appear prepared on a form approved by the Judicial Council constitutes a complaint (Veh. Code, § 40513, subd. (b)), and the officer used such a form in citing defendant.

As to lack of jurisdiction, the superior court has subject matter jurisdiction over all crimes (Cal. Const., art. VI, § 10), and an infraction is considered a crime (Pen. Code, § 16, subd. (3)). The court acquired personal jurisdiction over defendant when she was cited for the infraction and she appeared in the action. (See *Burns v. Mun. Court L.A. Jud. Dist.* (1961) 195 Cal.App.2d 596, 599-600.)

Finally, although there was no court reporter provided, a transcript of the trial was prepared for the appeal based on the official electronic recording. "A transcript prepared and certified [from an official electronic recording] is prima facie a true and complete record of the oral proceedings it purports to cover . . . ." (Cal. Rules of Court, rule 8.917(b).)

The judgment is affirmed.

_____
Ricciardulli, J.

We concur:

_____
P. Mckay, P. J.

_____
Kumar, J.

3

Exhibit __12__   Page __24__

# C E R T I F I C A T E   O F   T R A N S M I T T A L

*L.A. Superior Court Central*

*Appellate*

| | |
|---|---|
| THE PEOPLE<br><br>VS.<br><br>JACQUELYN MILLER | BR055251 |

**Los Angeles City Attorney**
*Attorney for Plaintiff/Respondent*
200 North Main Street
500 City Hall East
Los Angeles          CA 90012

**Miller, Jacquelyn**
*Defendant/Appellant in Pro Per*
C/O 3751 Motor Avenue, Unit 1103
Los Angeles          CA 90034

A copy of the following:
( ) Order of this Date              (¹) Opinion
( ) Memorandum Judgment              ( ) Order Denying Rehearing/Certification
( ) Order Appointing Counsel         ( ) Order RE Continuance
( ) Order Dismissing Appeal          ( ) Remittitur
( ) Notice Fixing Brief Dates        ( ) Notice Setting Cause for Hearing

has been transmitted to above named parties (¹) and trial court appeal clerk.

Dated: 4/12/2022          By _____ , Deputy

Exhibit  12  Page  25

Miller, Jacquelyn, Sui Juris
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California [90034]
notforbs@gmail.com

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

APR 21 2022

Sherri R. Carter, Executive Officer/Clerk of Court

## Stanley Mosk Courthouse
## Appellate Division
## Los Angeles County

| | |
|---|---|
| **MILLER, JACQUELYN, VESSEL**<br>**PLAINTIFF/APPELLATE IN ERROR**<br><br>Miller, Jacquelyn, **a living soul,**<br>**by Special Appearance, Sui Juris,**<br>**Real Woman in Interest**<br>**Aggrieved [Plaintiff/Appellate]**<br><br>-against-<br><br>**PEOPLE OF THE STATE OF**<br>**CALIFORNIA, a Government Entity**<br>**DEFENDANTS/RESPONDENTS** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Court of Appeals Case No.:**<br><br>**Appellate Case No.: BR055251**<br>**Notice of Application**<br>**for Certification Regarding**<br>**Transfer to the Court of Appeals**<br>**Following a Decision by Judges**<br>**Patti Jo McKay, Presiding Judge,**<br>**Sanjay T. Kumar and Alex Ricciardulli**<br>**Affirming the Judgment of the Trial**<br>**Court on April 7. 2022**<br>**Corrected Errors in OPINION in**<br>**This Court of Record** |

## Statement of Facts

**Ab Initio** – From the beginning; Court of Record:

For this court of record, I, Miller, Jacquelyn, a living soul, Sui Juris, by Special Appearance, rebut all 12 Presumptions of the Court. This appeal involves a traffic citation I received on 2/12/20. After Officer Poland utilized his flashing red emergency lights for a non-emergency, non felony stop, failed to ask me the substantive test question, I stated to him that my car is private property, I'm not a driver, I'm not for hire, I'm not involved in commerce; Officer Poland never established jurisdiction to stop me, he had no authority to detain me; he never had a warrant for my arrest signed by a judge or probable cause. Probable cause is where known facts and circumstances, of a reasonably trustworthy nature, are sufficient to justify a man of reasonable caution in the belief that a crime has been or is being committed. Draper v. U.S. (1959)

After 3 court appearances, a non requested court transfer, a not guilty plea entered by Judge Zukin in Beverly Hills court without establishing jurisdiction; I never signed to waive the filing of a verified complaint or elect that the prosecution, who was not present, may proceed upon a written

Page **1** of **7**

Exhibit 12   Page 26

notice to appear; and 3 guilty pleas entered by Judge Hahn in Santa Monica court without establishing jurisdiction and I didn't sign to waive the filing of a verified complaint or elect that the prosecution, who was not present, may proceed upon a written notice to appear; the appellate court affirmed the trial court's decision; no prosecutor with the burden of proof I had intent to commit a crime and proof an actual crime was committed this was all fraud upon the court with numerous 18 USC sec. 241 and 242 violations. This is a summary of the proceedings and my notices, statement of facts, brief and documented recordings of each proceeding contain all evidence to prove my innocence for all judgments.

## Arguments in Favor of Application for Certification

1. A case may be certified for transfer by the Appellate Division to the Court of Appeal upon its own motion or upon the application of a party

**Rule 8.1005.** Certification for transfer by the appellate division

(a) Authority to certify

(b) Application for certification

(1) A party may serve and file an application…

(c) **Time to certify**

The appellate division may certify a case for transfer…

2. Since there was not a corpus delicti; the officer clearly admitted that he did not see me "commit a crime"; Judge Hahn made it clear it was a criminal court; I never signed to waive the verified complaint and I never had the opportunity to face my accuser the judgments are all void.

It will definitely become clear during a review of the facts and violations in this proceeding when compared to the facts and violations of other traffic infraction proceedings currently in various stages of the appellate process that important questions of law are posed by this proceeding which either have not been addressed by the appellate courts or have been dealt with in bias judgment such that a uniformity of decision does not exist.

These proceedings have numerous due process of law violations stated above that have not been addressed. That which is against Divine Law is repugnant to society and is void. Losing notices that were filed, no corpus delicti with a claim against me, verified complaint, prosecutor, court reporter, established or written jurisdiction, proof of intent to commit a crime or evidence of a crime committed; no jurisdiction = void judgment; multiple due process violations. The burden of proof

Exhibit __12__ Page __27__

is on the prosecution which there was never one present at any proceeding. I am innocent of all charges; I was never given an opportunity to face my accuser but was found guilty and I still am not privy of what crime I committed. All of which violate 18 USC sections 241 and 242 and are Fraud upon the Court. Justitia nemini neganda est – Justice is to be denied to nobody.

On the record, Officer Poland clearly stated, "no" when I asked him if is there anyone that came to him and stated that I did any harm to them or I injured them or was there any property that I damaged at the time that he witnessed when he pulled me over. The officer is a witness for the state and not the corpus delicti.  Judge Hahn had also stated it was a criminal court. Actus Reus Non Facit Reum Nisi Mens Sit Rea – Conviction of a crime requires proof of a criminal act and intent.

Criminal Justice System: Courts "Much like the law enforcement stage of a case, there are dozens of restrictions on the court's ability to prosecute a case, including the right to confront one's accuser(s), the right against incriminating one's self, the right to counsel, and the "right to trial by jury". The primary purpose of all of these protections is to ensure a fair trial for the accused."
https://www.findlaw.com/criminal/criminal-law-basics/

The Supreme Court has also held that if a judge wars against the Constitution, or if he acts without jurisdiction, he has engaged in treason to the Constitution. "The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause;" 5th & 14th Amendments "Equity will not suffer a wrong to be without remedy." "Equity follows the Law." Code of Conduct for United States Judges Canons 1, 2 and 3 were not upheld in any of the proceedings. Chapter 3: California Law Applicable to a Judge's Ethical Duties in Dealing with Self-Represented Litigants was not adhered to during any proceedings. https://www.uscourts.gov/judges-judgeships/code-conduct-united-states-judges

3. In my court of record, I will be correcting the errors made in the OPINION of Judge Ricciardulli with concurring Judges Mckay and Kumar to clarify the judgments my innocence.

To begin error corrections for the OPINION in court of record: I am, Miller, Jacquelyn a living soul in Sui Juris, by Special Appearance and not a defendant, driver, person, appellant or vessel. Defendant - the party against which an action is brought. The American Heritage® Dictionary of the English Language, 5th Edition. Party - …Parties include plaintiff (person filing suit), defendant…https://legal-dictionary.thefreedictionary.com › party;

Driver: One employed in conducting a coach,… The Law Dictionary Featuring Black's Law Dictionary Free Online Legal Dictionary 2nd Ed. Person - Legal Definition of legal person: a body

Exhibit  12  Page  28

of persons or an entity (as a corporation) considered as having many of the rights and responsibilities of a natural... https://www.merriam-webster.com › legal › legal person; Appellant: The party who... The Law Dictionary Featuring Black's Law Dictionary Free Online Legal Dictionary 2nd Ed. 18 U.S. Code § 9 - Vessel of the United States defined The term...or any citizen thereof, or any corporation created by or under the laws of the United States. or of any State, Territory, District, or possession thereof. (June 25, 1948, ch. 645, 62 Stat. 685.)

Per CVC 21655.8 and 22349 – I'm not a person or driver; 4454 – per California Vehicle Code Sec. 260 (a) A "commercial vehicle" is a motor vehicle of a type required to be registered under this code used or maintained for the transportation of persons for hire... (b) Passenger vehicles and house cars that are not used for the transportation of persons for hire, compensation, or profit are not commercial vehicles... Per this code, it's required to register a commercial vehicle and my house car is private property so it does not have to be registered. Shapiro vs. Thomson, 394 U. S. 618 April 21, 1969.

The defendant was ordered to pay fines, I'm not a defendant; I am living soul. To clarify things; I don't have a problem paying anything for any wrong I've done to anyone, I was never given a verified complaint from a living man or woman - Corpus Delicti who stated that I harmed them and any charges I owe. As far as stating arguments in a certain order, I am self representing myself and I am not required to follow the lead of a professional attorney: A fundamental principle of fairness in litigation is that the rules of procedure apply to all parties, including "sui juris" emphasis added. While the courts ultimately adhere to this...in the interest of assuring them the same access to justice as represented parties, even if that comes at times at the... https://www.americanbar.org › groups › litigation › committees › pretrial-practice-discovery › practice › 2020 › proper-approach-to-pro-se-litigants

"Allegations such as those assert ed by petitioner, however in artfully pleaded, are sufficient"... "which we hold to less stringent standards than formal pleadings drafted by lawyers." Haines v. Kerner, 404 U.S. 519 (1972) It was held that a pro se complaint requires a less stringent reading than one drafted by a lawyer per Justice Black in Conley v. Gibson Puckett v. Cox, 456 F. 2d 233 (1972) (6th Cir. USCA) My lengthy recap was written since notices and documents are missing from the clerk's transcript's. "A judgment rendered by a court without personal jurisdiction over the defendant is void. It is a nullity." Hagans v Lavine 415 U. S. 533.

Corpus Delicti Rule - "In every criminal trial, the prosecution must prove the corpus delicti, or the body of the crime itself—i.e., the fact of injury, loss, or harm, and the existence of a criminal agency as its cause. In California, it has traditionally been held, the prosecution cannot satisfy this burden by relying exclusively upon the extrajudicial statements, confessions, or admissions

Exhibit  12   Page  29

of the defendant." (People v. Alvarez (2002) 27 Cal.4th 1161, 1168–1169 (Alvarez); accord, People v. Gutierrez (2002) 28 Cal.4th 1083, 1127 (Gutierrez).) The corpus delicti rule "is intended to ensure that one will not be falsely convicted, by his or her untested words alone, of a crime that never happened." (Alvarez, supra, 27 Cal.4th at p. 1169; People v. Ochoa (1998) 19 Cal.4th 353, 450.)

Penal Code Section 683 - The proceeding by which a party charged with a public offense is accused and brought to trial and punishment, is known as a criminal action. A traffic infraction is not a public offense.

**Types of Charges that Go to Traffic and Criminal Courts**

In most states, you'll go to traffic court if you get cited for a minor traffic violation such as:

- speeding
- running a stop sign
- running a red light
- texting while driving, **and**
- an unsafe lane change.

But your case will be in criminal court if you're accused of a more serious driving-related offense (or any other crime) like:

- driving under the influence (DUI)
- reckless driving, **and**
- vehicular homicide or manslaughter.

https://www.nolo.com/legal-encyclopedia/traffic-violations-differ-crimes.html

**Rule 5-110 Special Responsibilities of a Prosecutor – State Bar of California**

(Rule approved by the Supreme Court, effective Nov. 2, 2017)

The prosecutor in a criminal case shall:

(A) Not institute or continue to prosecute a charge that the prosecutor knows is not supported by probable cause…

crime. 1. An act committed in violation of law where the consequence of conviction by a court is punishment, especially where the punishment is a serious one such as imprisonment. 2. Unlawful activity: statistics relating to violent crime. https://www.thefreedictionary.com › crime

California Penal Code 740 - Except as otherwise provided by law, all misdemeanors and infractions must be prosecuted by written complaint under oath subscribed by the complainant. Such complaint may be verified on information and belief.

Exhibit  12    Page  30

California Vehicle Code Section 40513(a) - …except that a defendant may, by an agreement in writing, subscribed by him or her and filed with the court, waive the filing of a verified complaint and elect that the prosecution may proceed upon a written notice to appear.

"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity." Shuttlesworth v. City of Birmingham, Alabama, 373 U.S. 262. PEN § 853.9 – (a)(2) … except that a defendant may, by an agreement in writing, subscribed by him or her and filed with the court, waive the filing of a verified complaint and elect that the prosecution may proceed upon a written notice to appear.

As far as an infraction being considered a crime, PEN § 16.3 refer to 19.7 only misdemeanors and felonies are crimes. Also see PEN § 689 to be considered guilty you would have to put in a guilty plea yourself, not the judge; PEN § 15 you have to violate a law it doesn't make reference to codes; People v. Battle.

Regarding a "high rate of speed" - Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed nothing more than "due care" (as regards to tort for negligence) to the public and the owner owed no other duty to the public (e.g., State), he / she and his / her auto, having equal rights to and on the roadways / highways as horses and wagons, etc.; this same right is still substantive rule, in that speeding, running stop signs, traveling without license plates, or registration are not threats to the public safety, and thus, are not arrestable offenses. Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905 – 1910: California v. Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971) "The claim and exercise of a constitutional right cannot be converted into a crime." Miranda v. Arizona, 384 US 436, 491. "The common law is the real law, the supreme Law of the land, the code rules, regulations, policy and statutes are "not the law". Self v. Rhay, 61 Wn (2d) 261 "All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process… " Rodrigues v. Ray Donavan (U.S. Department of Labor) 769 F.2d 1344, 1348 (1985). Supreme Court of the United States 1795 "Inasmuch as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." US v Minker, 350 US 179 at 187(1956). Redfield v Fisher, 292 P 813, at 819 [1930]; Hale v. Henkel 201 U.S. 43 at 89 (1906)

Exhibit 12  Page 31

In my court of record; I am in Sui Juris, by Special Appearance, nothing I speak, write or perform will change this Constitutional court of record to policy or statutory jurisdiction; change me from being a living soul to a corporate fiction, vessel, person, defendant, appellant, etc.; waive any of my unalienable Rights; un-rebut any of the 12 presumptions of the court; so help me God.

## Conclusion

For the following reasons, I request that this Application for Certification Regarding Transfer to the Court of Appeal be granted or in the alternative, that the Appellate Division of the Superior Court certify the case for transfer to the Court of Appeal on its own motion in the interests of justice with obvious facts of there was never a Corpus Delicti with a claim to state I injured them, prosecutor, court reporter, established or written jurisdiction, proof of intent to commit a crime or evidence of a crime committed; and I never agreed in writing with wet ink and filed with the court to waive the filing of a verified complaint and choose that the prosecution may proceed upon a written notice to appear; no jurisdiction = void judgments. Numerous violations of 18 USC sections 241 and 242, due process of law and fraud upon the court. This proceeding should have been dismissed with prejudice at the arraignment.

### Certificate of Word Count Pursuant to the California Rules of Court

Application for Certification Regarding Transfer to the Court of Appeal is compliant with the California Rules of Court: total word count of 2,846 as counted by Microsoft Word 2019.

Respectfully submitted on ___4,2022___

By: _____
Miller, Jacqueline, a living soul, all Rights reserved, without prejudice

**APP-109**

## Proof of Service
### (Appellate Division)

### Instructions

- This form is only for providing proof that a document has been served (delivered) in a proceeding in the superior court appellate division. If you are serving a document electronically, please use *Proof of Electronic Service (Appellate Division)* (form APP-109E).

- The person who serves (delivers) a document in this case and who fills out this form:
  - Must be at least 18 years old
  - Must NOT be a party in this case

- Before you fill out this form, read *What Is Proof of Service?* (form APP-109-INFO) to understand your responsibilities.

**(1)** At the time I served the documents listed in **(4)**, I was at least 18 years old.

**(2)** I am not a party in the case identified in the box on the right side of this page.

**(3)** My ☐ home   ☐ business address is:

Los 2 6ᵗʰ Avenue   Los Angeles   CACA. 9L043
*Street*                              *City*          *State   Zip*

**(4)** I mailed or personally delivered the following document, as indicated below *(check or fill in the name of the document you are serving and check and complete either a or b).*

- ☐ *Notice of Appeal/Cross Appeal (Limited Civil Case)*
- ☐ *Notice Designating Record on Appeal (Limited Civil Case)*
- ☐ *Proposed Statement on Appeal (* ☐ *Limited Civil Case*   ☐ *Misdemeanor*   ☐ *Infraction)*
- ☐ Appellant's Opening Brief
- ☐ Respondent's Brief
- ☐ Appellant's Reply Brief
- ☐ *Abandonment of Appeal (Limited Civil Case)*
- ☐ *Petition for Writ (Misdemeanor, Infraction, or Limited Civil Case)*
- ☑ Other *(write in the name of the document):*
  Notice of Application for Certification Regarding Transfer to the Court of Appeals

a. ☐ Service by Mail
  (1) I put one copy of the document identified **(4)** in an envelope addressed to each person listed in (2), sealed the envelope, and put first-class postage on the envelope.

*Clerk stamps date here when form is filed.*

Rec'd Room 607

APR 21 2022

Appellate Division

*You fill in the name and street address of the court that issued the decision that is being challenged in this case:*

Superior Court of California, County of

Los Angeles

*You fill in the number and name of the trial court case in which the decision being challenged was issued:*

Trial Court Case Number:
Z13:59896

Trial Court Case Name:
Miller vs profil

*You fill in the appellate division case number (if you know it):*

Appellate Division Case Number:
BR055251

---

**Proof of Service
(Appellate Division)**

Exhibit 12   Page 33

| Appellate Division | Appellate Division Case Number: |
|---|---|
| Case Name: *MILLER VS PROPLE* | *BK(055)251* |

(2) The envelope or envelopes were addressed as follows:

(a) Name of person served: Los Angeles City Attorneys

Address on envelope: 200 North Main Street  6th Floor  Los Angeles  CA  90012

                                     *Street*                                *City*              *State*  *Zip*

(b) (Name of person served:

Address on envelope: N/A

                                       *Street*                                *City*              *State*  *Zip*

☐ Check here if you mailed copies of the document identified in ④ to more people. Attach a separate page listing the names and addresses on each additional envelope you mailed. Write "APP-109, Item 4a" on the top of the page.

(3) I mailed the envelope or envelopes on *(date):*        from *(city):*
     *(state):*        by depositing the envelope or envelopes *(check one):*

(a) ☐ With the U.S. Postal Service or

(b) ☑ At an office or business mail drop where I know the mail is picked up every day and deposited with the U.S. Postal Service.

b. ☐ Service by Personal Delivery

I personally gave one copy of the document identified in ④ to each of the following people:

(1) (a) Name of person served:

(b) (Address where you gave the documents to this person:

    *Street*                            *City*             *State*  *Zip*

(c) Date when you gave the documents to this person:

(d) Time when you gave the documents to this person:

(2) (a) Name of person served:

(b) (Address where you gave the documents to this person:

    *Street*                            *City*             *State*  *Zip*

(c) Date when you gave the documents to this person:

(d) Time when you gave the documents to this person:

☐ Check here if you gave copies of the document identified in ④ to more people. Attach a separate page listing the names of each of these people, the address where you gave each of them the document, and the date and time you gave them the document. Write "APP-109, Item 4b" on the top of the page.

⑤ I declare under penalty of perjury under California state law that the information above is true and correct.

Date: 4-21-22

Marsha Palacio
*Type or print server's name*

▶ My Rights Reserved
*Server signs here after serving*

**Proof of Service**
**(Appellate Division)**

Exhibit 12    Page 34

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | Clear this form |
|---|---|---|

1

2

3

4

5

6

7

**FILED**
Superior Court of California
County of Los Angeles

**APR 26 2022**

Sherri R. Carter, Executive Officer/Clerk of Court
By: J. Malvaez, Deputy

8      APPELLATE DIVISION OF THE SUPERIOR COURT

9      STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

10

11   THE PEOPLE OF THE STATE OF CALIFORNIA,     )     No. BR 055251

12           Plaintiff and Respondent,                )     Santa Monica Trial Court

13                          v.                               )     No. Z130026

14   JACQUELYN MILLER,                                )

15           Defendant and Appellant.                   )     **ORDER**

16

17           Defendant's application for certification of this court's opinion for transfer to the Court

18   of Appeal has been read and considered.  The application is denied.  Transfer is not necessary

19   to secure uniformity of decision or to settle an important issue of law.  (Cal. Rules of Court,

20   rule 8.1005(a)(1).)

21

22

23   _____        _____        _____

24   Ricciardulli, J.                    P. McKay, P. J.                    Kumar, J.

25

26

27

28

Exhibit __12__   Page __35__

# C E R T I F I C A T E   O F   T R A N S M I T T A L

*L.A. Superior Court Central*

*Appellate*

| | |
|---|---|
| THE PEOPLE<br><br>　　　VS.<br><br>JACQUELYN MILLER | BR055251 |

**Los Angeles City Attorney**
*Attorney for Plaintiff/Respondent*
200 North Main Street
500 City Hall East
Los Angeles　　　CA 90012

**Miller, Jacquelyn**
*Defendant/Appellant in Pro Per*
C/O 3751 Motor Avenue, Unit 1103
Los Angeles　　　CA 90034

A copy of the following:
(✓) Order of this Date
( ) Memorandum Judgment
( ) Order Appointing Counsel
( ) Order Dismissing Appeal
( ) Notice Fixing Brief Dates

( ) Opinion
( ) Order Denying Rehearing/Certification
( ) Order RE Continuance
( ) Remittitur
( ) Notice Setting Cause for Hearing

has been transmitted to above named parties (✓) and trial court appeal clerk.

Dated: 4-26-2022                By _____, Deputy

Exhibit __12__ Page __36__

# Exhibit 13

Response Letter from Jorge Navarrete, Response Letter from APJ Eric Taylor, Conditional Acceptance, Response Letter from APJ Samantha Jessner, Letter to Tom Vannithone Deputy Clerk, Notice Re: Filing Brief, Envelope With Date Received, Application for Extension to File Brief, Letter to City Attorney Sent with Proof of Service for Extension – 22 pages

APRIL BOELK
TIC APPEALS SUPERVISOR

EARL WARREN BUILDING
350 McALLISTER STREET
SAN FRANCISCO, CA 94102
(415) 865-7000

## Supreme Court of California

JORGE E. NAVARRETE
CLERK AND EXECUTIVE OFFICER
OF THE SUPREME COURT

May 6, 2020

Jacquelyn Miller
c/o 3751 Motor Avenue, Unit 1103
Los Angeles, California 90034

**Re:   Correspondence dated March 28, 2020**

Dear Ms. Miller:

In reply to your correspondence received May 4, 2020.  Neither the Chief Justice, nor any associate justice, nor the full court may give legal advice or assistance. As you may appreciate, the law limits the courts to hearing and deciding cases.  The courts may not otherwise participate in any matter that may be related to a current or future legal proceeding.

I regret that we cannot be of further help to you.

Very truly yours,

JORGE E. NAVARRETE
Clerk and
Executive Officer of the Supreme Court

By:  C. Wong, Deputy Clerk

cc:    Rec.

Exhibit  13   Page  1



# The Superior Court

111 NORTH HILL STREET
LOS ANGELES, CALIFORNIA 90012
CHAMBERS OF
ERIC C. TAYLOR
ASSISTANT PRESIDING JUDGE

TELEPHONE
(213) 633-0400

May 29, 2020

Jacquelyn Miller
3751 Motor Avenue, Unit 1103
Los Angeles, CA 90034

Re:   Your Letter Dated March 28, 2020, and Received May 4, 2020;
      Citation No. Z130026

Dear Ms. Miller:

Presiding Judge Kevin C. Brazile asked me to acknowledge and respond to your letter, dated March 28, 2020, and received by the Office of the Presiding Judge on May 4, 2020. Your letter states it is regarding Citation No. Z130026.

Your letter states "[your] rights have been grossly violated by several public officials in this matter." You state you have not received a lawful summons or lawful notice of summons. You state you have only received "a letter from **Los Angeles Police Dept.** and a response letter from **Leach C. Gershon** stating that [your] correspondence and documents were incomprehensible and were being discarded." You state this is a violation of due process and "tantamount to and are regarding as threatening letter(s)." You state "*[b]arring immediate dismissal with extreme prejudice of this matter*, [you] herewith and hereby demand that **this letter and all enclosures be filed concurrent with the instant matter as matter(s) of record in this case.**"

You state your letter is lawful notification of public officials that have violated their oaths and "acte[d] outside their limited delegated authority." You state by this notification there is now "a fiduciary duty to correct the egregious and irreparable violations of these alleged officers or be in collusion with them." You state if a public official is notified they have acted outside of delegated authority this causes a public officer to "lose any 'perceived immunity'" and they can "be sued for [their] wrongdoing against [you], personally, privately, individually, and in [their] professional capacity, as call those in [their] jurisdiction, including [their] supervisors and anyone having oversight responsibility for [them], including any judges or prosecuting attorneys and public officers for that jurisdiction." You state a failure to act or correct the matter is to "condone, aid, abet and give tacit agreement to criminal actions." You state a public official's failure to act after such notice "constitutes treason by their entire agency against [you] and based upon the actions taken and what exists on the public record, it is impossible for any public official to defend himself against such committed and verifiable evidence of treason."

As a preliminary matter, I must advise you that my authority pursuant to the complaint letter process is limited only to determining whether another judicial officer presiding in Los Angeles Superior Court has violated the Canons of Judicial Ethics. I am without authority to address or comment on any issue you assert that does not allege a possible

Exhibit   13   Page   2

Jacquelyn Miller
May 29, 2020
Page -2-

violation of the Canons of Judicial Ethics or potential judicial misconduct by a specific judicial officer presiding in Los Angeles Superior Court.

Therefore, to the extent you are requesting this office's assistance or intervention with a prior, ongoing, or potential action, I am without authority to offer you any legal advice or take any legal action on your behalf. No judicial officer may engage in the practice of law by acting as counsel or advocate for a litigant. If you have not already done so, you may instead wish to seek legal assistance with your litigation objectives. You may be able to obtain such assistance from the Los Angeles County Bar Association, available by telephone at (213) 627-2727.

All judicial officers of the Superior Court are independently appointed or elected constitutional officers and are therefore prohibited from intervening in pending cases or from engaging in ex parte communications regarding such matters. A complaint letter cannot substitute for the appropriate filing and service of law and motion at the trial court level or function as a request for appellate review. Accordingly, despite your request I cannot file your letter or its enclosures as part of the file for your case.

Your letter does not assert any possible violations of the Canons of Judicial Ethics by any specific judicial officer within Los Angeles Superior Court. Therefore, I am without authority to take any further action in response to your letter. Thus, I am ordering this office's review of your letter closed.

Sincerely,

Hon. Eric C. Taylor
Assistant Presiding Judge

ECT:NA:ph

Exhibit ___13___ Page _3_

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California
Sui Juris

superior court Stanley Mosk, Los Angeles county
Attention: Presiding Judge Eric C. Taylor, et al
111 North Hill Street
Los Angeles, CA 90012

November 21, 2021

**Conditional Acceptance**

**"Special Reply"**

**READ CAREFULLY**

Miller, Jacquelyn, a living breathing sentient woman of God, the Accused, was arrested [see *DIVISION 17. OFFENSES AND PROSECUTION, CHAPTER 2 ARREST ARTICLE 1 or California Vehicle Code (CVC) §40300*] on 02 12, 2020 and was given a Citation #Z130026 (See attached CITATION) from the LAPD, OFFICER POLAND, see several notices attached with different courts with the NOTIFICATIONS OF SCHEDULED COURT DATES at LOS ANGELES COUNTY SUPERIOR COURT IN BEVERLY HILLS AND SANTA MONICA. APPELLATE COURT CASE #BR055251 pending in Stanley Mosk Courthouse on December 8, 2021. (I'm sending a letter to Tim Vannithone to move the date since I received the documents on November 19, 2021 inappropriate timeline to complete a Brief.)

Remember this: "*Because of what appears to be a lawful command on the surface, many citizens, because of their respect for what only appears to be law, are cunningly coerced into waiving their rights, due to ignorance.*" **US vs. Minker,** 350 US 179 at 187 (1956).

It says a "complaint has been filed against the Accused alleging the following crime(s): 21655.8 (a) VC, 22349(a) VC, 4454(a) VC" (See item #3 and #31.3 below) I am **innocent** of **any and all charges** until proven guilty by way of another living man or woman's complaint.

Let me explain my overstanding of the government of America. The People collectively (state; sovereign) created an agent (state government; inferior sovereign) to protect all their rights and by leasing it's commonly held lands for **extra ordinary** use by the **privileged class** under certain activities which this agent was to rule (prohibit) and regulate. When and how did this agent get the *authority to apply these same rules and regulations* upon the Principle (public)? When was the constitution of this state changed to reflect that the *State created the People*? When did the *creator become subject to the creation*? All laws are local in nature which constitutes a Republican form of government guaranteed by the Constitution of America as well as the State unless these have been abolished.

Unless our constitutional government has been converted to a Communistic country where the government is dictator (*government by injunction*) and *all people are subjects* (which we believe the purpose of the Revolution forming this country and why we fought Hitler in WWII **was to**

Exhibit __13__ Page __4__

avoid), we, as members of the public, (being protected by the public servant, Los Angeles County), are subject to the nuisance, trespass, and tort laws requiring due care which is our duty to our fellow man. I claim I am exercising due care with all of my activities so as not to violate the rights of my neighbors. Any action taken by the LOS ANGELES County without just cause properly noticed upon me could constitute a **breach of public trust**. And, proper police powers are recognized as valid, but ***strict liability in my case*** is not as it is an **abuse of power** without evidence of a bona fide relationship.

*The sovereignty of the state essential to its proper functioning under the Federal Constitution cannot be surrendered; it cannot be taken away by any form of legislation.* See ***United States v. Constantine***, 296 U.S. 287, 56 S. Ct. 223." ***Ashton v. Cameron County Water Imp. Dist. No. 1***,
298 U.S. 513, 531 (1936) (See Gov. Code (CGC) §100 ["The ***sovereignty*** of the state is in the **People**, thereof . . .] Or CGC §11120.)

This Conditional Acceptance includes, but not limited to, the numerous NOTICES directed to me, and citation number Z130026. I *conditionally accept* the offer to get me to comply and answer your question, upon proof and satisfaction of the following points:

1. Upon proof of claim that this is a proper venue for Miller, Jacquelyn, the Accused, to testify in, and further;

2. Upon proof of claim that this is a proper venue for your court to proceed in, and further;

3. Upon proof of claim that infractions are not crimes . . . . . . upon the rationale the Legislature did not intend to classify infractions as crimes. (See *People v. Oppenheimer* (1974) 42 Cal.App.3d Supp. 4 [116 Cal.Rptr. 795] and *People v. Battle*, 50 Cal.App.3d Supp. 1.) *People v. Sava* (1987) 190 Cal.App.3d 935, and further;

4. Upon proof of claim that your document, on the date of Wednesday, 02 12, 2020, can prove you or the officers had **AUTHORITY** as per **HAGANS v. LAVINE**, 415 US 528 (note 5) (1974), and further;

5. Upon proof of claim that your "request"/demand is not **coram non judice**, and further;

6. Upon proof of claim that the LAPD OFFICER is not lacking lawful authority/jurisdiction from the start, and further;

7. Upon proof of claim that the substantive affect test was given, therefore, subjecting Accused to Statutes / Codes, and further;

8. Upon proof of claim that your codes, statutes, regulations, ordinances, rules, etc. are not unconstitutional as applied to the Accused, and further;

9.    Upon proof of claim that it is not unlawful for you or the officer to convert a right into a crime and then attach civil and or criminal penalties to it, and further;

10.   Upon proof of claim that the existence of actual material facts do not have to be present in order to claim that there is an actual "violation", and further;

11.   Upon proof of claim that any sanction(s) imposed by the court, under the circumstances, would not be NULL and VOID of Law as per **STANDARD v. OLESEN**, 74 SCt. 768 (1954), and further;

12.   Upon proof of claim that in the cases of **OWEN v. INDEPENDENCE**, 445 US 622, 100 SCt. 1398, 63 L.Ed 2nd 673 (1980) and **Maine v. Thiboutot**, 488 US 1, 100 SCt. 2502 (1980), they do not basically state that *officers of the court have no immunity when violating a constitutional* [protected] *right, from liability, for they are deemed to know the law,* and further;

13.   Upon proof of claim that LAPD OFFICER has not failed to state or inform me of your lawful authority, and further;

14.   Upon proof of claim that the LAPD OFFICER did not fail, from the beginning, to inform me of my right to an administrative hearing and right to exhaust remedies, and further;

15.   Upon proof of claim that LAPD OFFICER did not make a determination of guilt, without an administrative hearing to which the Accused was never invited to attend and without the decision of any lawful court of law, and further;

16.   Upon proof of claim that the Accused has not been denied the right to exhaust all of my administrative remedies as provided by Law, and further;

17.   Upon proof of claim that the amount you and your agency will apply to the Accused is not a tax for the privilege to engaging in an activity to which the legislature can rule (prohibit) and regulate, and further;

18.   Upon proof of claim that any amount you and your agency will tack on if there is a violation of your statutes, is also, a tax for the privilege to engage in this activity, when if you're not engaged in this activity which one can do without a license or registration, and further;

19.   Upon proof of claim that the information you and your agency are proceeding upon in this matter is not erroneous or not based upon mere assumption(s) and/or presumption(s), and further;

20.   Upon proof of claim that LAPD OFFICER is not lacking lawful probable cause based upon the 4th Amendment or CPC §146 (see #31 and #55) to have detained me at that location as described on the citation **#Z130026**, and further;

21.  Upon proof of claim that you have or will not commit a crime by attempting to extort from the Accused a confession, information and the Accused's signature (which is my private property) by resorting to threat, duress and/or coercion, and further;

22.  • Upon proof of claim that LAPD OFFICER did not misrepresent his official title and capacity to the Accused, and that he was not conducting himself under color of law, and further;

23.  • Upon proof of claim that you are not in violation of the public trust, by privately representing the Agency, using your official title and capacity under color of law to bring forth a colorable action against me, and further;

24.  • Upon proof of claim that the Constitution for the united States of America, including the Bill of Rights is not the Supreme Law of the Land (American Common Law), and that the officers and you are not required to obey it, and further;

25.  • Upon proof of claim that I do not have unalienable, as well as Constitutionally secured (or protected) Rights, Privileges and Immunities that you cannot lawfully interfere with, and further;

26.  • Upon proof of claim that the Accused is not in a place I have a right to be and that I am not **innocent of any or all charges**, and further;

27.  Upon proof of claim that the Accused is not free of an obligation to answer any of your questions, and further;

28.  Upon proof of claim that the CALIFORNIA SUPERIOR COURT is not denying me **lawful due process** which the Accused has a Right to, and further;

29.  • Upon proof of claim that this country and our society is not based upon the "rule of law", and further;

30.  • Upon proof of claim that I do not have and hold any private property Rights, and further;

31.  Upon proof of claim that it is not true that LAPD OFFICER and/or the state cannot lawfully detain me unless LAPD OFFICER has:

   1)   a lawful warrant (based on the 4th Amendment of Constitution for united States of America) for my arrest, or

   2)   I have committed an actual crime (public offense with actual injury) in the presence of a Peace Officer or LAPD OFFICER, or

   3)   LAPD OFFICER has a lawful probable cause to believe that I have committed an actual crime (not an infraction - see California Supreme Court ruling in #3 above) or am about to commit an actual crime, and further;

32.    Upon proof of claim that I do not have a right to know how LAPD OFFICER and/or the Agency obtained an equitable interest in my private property without my knowledge or consent, and further;

33.    Upon proof of claim that the Court, in **Thompson v. Smith**, 154 SE 579 (1930), did not say "*The right of the citizen to travel upon the public highways and to transport his property thereon either by carriage or by automobile, is not a mere privilege, which a city may prohibit or permit at will, but a common right which he has under the right to life, liberty, and the pursuit of happiness.*", and further;

34.    Upon proof of claim that the U.S. Supreme Court in **Smith v. Turner**, 48 US 283, 12 L.Ed 702, did not say, "*All citizens of the United States of America have a right to pass and repass through every part of it without interruption, as freely as in their own state*", and further;

35.    Upon proof of claim that the U.S. Supreme Court in **Shapiro v. Thompson**, 394 US 618, 22 L.Ed.2nd 600, 89 SCt 1322 (1969), did not state that, *our constitutional concepts of personal liberty united to require that all citizens be free to travel through the length and breadth of our land uninhibited by statutes, rules or regulation which unreasonably burden or restrict this movement*, and further;

36.    Upon proof of claim that the following statement, "*the rule is firmly established that the right of the citizen of one state to pass into any other state of the Union . . . without molestation [restriction], is secured and protected by the United States Constitution*" is not a long-standing maxim of law as found in **16a Am Jur 2d §60** pp. 550, and further;

37.    Upon proof of claim that the California Appellate Court did not say in **Favot v. Kingsbury** (App. 3 Dist. 1929) 98 Cal.App. 284, 276 P. 1083, "*the State cannot divest or impair vested rights, whether by statute, ordinance, or **constitutional amendment**,*" and further;

38.    Upon proof of claim that both the Constitution for the united States of America and the California Constitution do not promote and support private property rights, and further;

39.    Upon proof of claim that you did not take an oath of office supporting and upholding both the Constitution for the united States of America and the California Constitution, and further;

40.    Upon proof of claim that you are not in violation of your oath of office by attempting to force the Accused to comply with something that the **law protects me** from, and further;

41.    Upon proof of claim that you are not a foreign enemy agent of a foreign enemy de facto power hell-bent on destroying the sovereignty of America and its people, and that you are not in violation of your Oath of Office as a consequence, and further;

42. • Upon proof of claim that you do not hold a Title of Nobility from a foreign power and that you do not serve the interests of that foreign power and or owe allegiance to that power, and that you are not involved in conspiracy, fraud, racketeering, violation of Oath of Office, treason, and that you have not taken any secret oath contrary to the Constitution, and further;

43. • Upon proof of claim that the California Appellate Court did not say, *"As a general rule, men have a right to do anything which their inclinations may suggest, if it be not evil in itself, and **in no way impairs the rights of others**."* **IN RE NEWMAN**, 71 C.A. 386, 235 P. 664 (1925), and further;

44. • Upon proof of claim that this North Carolina Court did not say, *"...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellow-men, without his consent."* **CRUDEN v NEALE**, 2 NC 338, 339 (1796), and further;

45. • Upon proof of claim that the court did not say, *"The common law is the real law. The codes, rules, regulations, policy, and statutes are "not the law." They are the law of government for internal regulation, not the law of man, in his separate but equal station and natural state, a sovereign foreign with respect to government generally."* **IN RE SELF v RHAY**, 61 Wn2d, 261 (1963), and further;

46. • Upon proof of claim that this Louisiana Court did not say, *A 'code' or 'statute' is not law.* **FLOURNEY v. FIRST NAT. BANK OF SHREVEPORT**, 197 LA.1067, 3 So. 2d 244, 248 (1941), and further;

47. • Upon proof of claim that anything the Accused says or the information you or the Agency may obtain from me will not be used against me, and further;

48. • Upon proof of claim that the information you are acting upon is not mere hearsay or that it is not erroneous or based upon a lie, and further;

49. • Upon proof of claim that what you are asking me is not an attempt on your part to impose into my private affairs, which are not yours, and further;

50. • Upon proof of claim that, as a matter of Right, the Accused is not permitted to conduct my own private and/or commercial affairs as I see fit, and further;

51. Upon proof of claim that if I have not committed an actual crime involving an actual flesh and blood injured victim, that the Accused is not free to go on my way, and further;

52. Upon proof of claim that the Accused does not have and hold any private property Rights, and further;

53. Upon proof of claim that the Accused does not have unalienable and Constitutionally secured (protected) Rights, and further;

54.   Upon proof of claim that the Accused is not entitled to due process of law, and further;

55.   Upon proof of claim that you are not in violation of your oath of office with a bond by attempting to force me to comply with something that the law protects me from based upon **CPC (PEN) §146**, and further;

56.   Upon proof of claim that the Accused does not have a lawful right to use "a force necessary" to protect and defend myself and my private property against assault, unlawful taking, as well as unlawful searches and seizures as confirmed by your **California Civil Code, Division 1, Part 2, Section 50**, and further;

57.   Upon proof of claim that the Accused is not a "natural born free Citizen" adult. Constitutionally, aka USA National, of California State/Republic by birth, thus American, and an inhabitant living in California State/Republic; and that I was not endowed by our Creator with unalienable and/or Constitutionally secure and protected Rights from my birth, which are partially enumerated in America's founding organic documents, and further;

58.   Upon proof of claim that the Accused does not have and hold certain Constitutionally protected unalienable Rights, among which are, as articulated in the Bill of Rights: the Right to lawful due process; the right to be free from unreasonable searches & seizures; and the Right to be secure in my person, houses, papers, and effects, and further;

59.   Upon proof of claim that the Accused knowingly, willingly, and intentionally gave up any of my unalienable and Constitutionally secured (protected) Rights, and that I am not refusing to waive any, and further;

60.   Upon proof of claim that you did not take an Oath of Office as prescribed by the California Constitution at ART. XX, Sec. 3, affirming that you will not violate any of my Rights.

Your timely response within 10 days from your receipt of this Conditional Acceptance, must be in affidavit form, under your full commercial liability, rebutting each of the points of the undersigned, on a point-by-point basis, that the facts contained therein, are true, correct, complete and not misleading. Declarations are insufficient, as declarations permit lying by omission, which no honorable draft may contain.

**tacit** (tas'it).  Silent; not expressed; implied. **tacit law**. That law which arises out of the silent consent and the customs and usages of the people.
***BALLENTINE'S LAW DICTIONARY*** Third Edition page 1252
**TACIT.** (from Lat. taceo, to be silent).  That which, although not expressed, is understood from the nature of the thing or from the provision of the law; implied.
**TACIT LAW.** A law which derives its authority from the common consent of this people without any legislative enactment.  1 Bouvier, Inst. 120. ***Bouvier Law Dictionary*** 14 Edition Vol II 576.

***To make myself clear***, this means when you are ***silent*** you **agree** with me by acquiescence. The affidavit must be sworn or affirmed that you will be responsible for any mishap or damage

done by your suggestions.  Then it must be notarized because you are affirming you will be liable for any damage that occurs to me.

Please see Authenticated Birth Certificate with Affidavit of Ownership and Affidavit of Status included in my court Motion filings sent to Santa Monica Court from the Beverly Hills Court in the trial on August 27, 2021, with Judge Hahn, in which I stated on the record, "I object to this entire proceeding. There have been multiple due process violations. I'm not a California resident; I'm an American National and this court has not established jurisdiction." In which the court thanked me and denied my motion to dismiss for lack of jurisdiction but never overruled my statement. I also stated on the record, "I stand on my moving papers and my 5th amendment right." (Judge Zukin in Beverly Hills Court also denied my motion to dismiss on July 14, 2021. She stated to me on the record, "I was impressed with seeing the motions to dismiss, so there you go, um alright. Thank you very much.") I am attaching a copy of my Passport Explanatory Statements which are on file and recognized in the U.S. State Department. The purpose is to inform you of my political status and let you know I am not, have not and will not be a party to this matter and that all past and future court proceedings Cease and Desist and any/all past judgments are null and void.

CALIFORNIA CIVIL CODE 3527.  *The law helps the vigilant, before those who sleep on their rights.*

**Anger v. Municipal Court, 237 Cal.App.2d 69**

*Jurisdiction over a defendant requires both personal and subject matter jurisdiction.* **Boles v. State**, 717 So.2d 877 (1998)

*Judgment made when the court lacks subject matter jurisdiction is void.* **Clark v. State**, 727 N.E.2d 18, transfer denied 741 N.E.2d 1247 (2000)

*If the trial court is without subject matter jurisdiction of defendant's case, conviction and sentence would be void ab initio.* **State v. Swiger**, 708 N.E.2d 1033, 125 Ohio.App.3d 456, *dismissed, appeal not allowed,* 694 N.E.2d 75, 82 Ohio St.3d 1411 (1998)

*If a court grants relief, which under the circumstances it hasn't any authority to grant, its judgment is to that extent void.* (**1 Freeman on Judgments, 120c**.) *A void judgment is no judgment at all and is without legal effect.* (**Jordon v. Gilligan**, 500 F.2d 701, 710 (6th Cir. 1974) *a court must vacate any judgment entered in excess of its jurisdiction.* (**Lubben v. Selective Service System Local Bd.** No. 27, 453 F.2d 645 (1st Cir. 1972).

*An order that exceeds the jurisdiction of the court is void, and can be attacked in any proceeding in any court where the validity of the judgment comes into issue.* (See **Rose v. Himely** (1808) 4 Cranch 241, 2 L ed 608; **Pennoyer v. Neff** (1877) 95 US 714, 24 L ed 565; **Thompson v. Whitman** (1873) 18 Wall 457, 21 I ED 897; **Windsor v. McVeigh** (1876) 93 US 274, 23 L ed 914; **McDonald v. Mabee** (1917) 243 US 90, 37 Sct 343, 61 L ed 608.

*A void judgment is a nullity from the beginning, and is attended by none of the consequences of a valid judgment. It is entitled to no respect whatsoever because it does not affect, impair, or create legal rights.* **Ex parte Seidel**, 39 S.W.3d 221, 225 (Tex. Crim. App. 2001), **Ex parte Spaulding**, 687 S.W.2d at 745 (Teague, J., concurring).

*A void judgment which includes judgment entered by a court which lacks jurisdiction over the parties or the subject matter, or lacks inherent power to enter the particular judgment, or an order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that the party is properly before the court.* See **Long v. Shorebank Development Corp.,** 182 F.3d 548 (C.A. 7 Ill. 1999)

With explicit reservation of all my unalienable and Constitutionally protected Rights, Privileges and Immunities (Article 4:2:1), with none waived, and without prejudice.

Very Truly,

_____
Miller, Jacquelyn, without prejudice

_____
Witness

_____
Witness

The use of a Notary does not create any powers of attorney. Purpose of Notary Public is for identification, verification and acknowledgment only. The use of a Notary does not provide for and is not for entrance or adhesion into any foreign jurisdiction nor does it alter status in any manner.

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the documents to which this certificate is attached and not the truthfulness, accuracy or validity of that document.

**California State**            }
                                 } **ss**
**Los Angeles County**          }

Subscribed and affirmed before me on this 22 day of November,

20 21 by **Miller, Jacquelyn** proved to me on the basis of satisfactory

evidence to be the woman who appeared before me.

**NOTARY** (X) _Astrid Moran_____ (Seal)

ASTRID MORAN
COMM. 2321811
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 17, 2024

Conditional Acceptance to Presiding Judge Eric C. Taylor Stanley Mosk Courthouse        Page **9** of **9**

Exhibit  13  Page  12



### The Superior Court

111 NORTH HILL STREET
LOS ANGELES, CALIFORNIA 90012
CHAMBERS OF
SAMANTHA P. JESSNER
ASSISTANT PRESIDING JUDGE

TELEPHONE
(213) 633-0400

December 14, 2021

Jacquelyn Miller
3751 Motor Avenue, Unit 1103
Los Angeles, CA 90034

Re:   Your Letter Dated November 21, 2021, Received November 23, 2021; Citation No. Z130026, Los Angeles Superior Court (LASC) Appellate Division Case No. BR055251

Dear Ms. Miller:

Presiding Judge Eric C. Taylor asked me to acknowledge and respond to your letter dated November 21, 2021, and received by the Office of the Presiding Judge on November 23, 2021. Your letter is regarding Citation No. Z130026 and LASC Appellate Division Case No. BR055251. Unfortunately, I had difficulty understanding the specifics of your letter.

My authority in responding to letters received by this office is limited to determining whether another judicial officer potentially has violated the Code of Judicial Ethics. To the extent your letter seeks to change or modify any rulings that have been issued, I cannot assist you. All judicial officers of the Superior Court are independently appointed or elected and have equal authority. As a result, a superior court judge cannot review, overrule, intervene in, or otherwise alter any ruling made by another judicial officer or affect the outcome of any proceeding before another judicial officer. While you may disagree with the rulings issued in your case, the only proper means to challenge those decisions is by the filing of a motion at the trial court level or by requesting appellate review, if such relief is available to you. A complaint letter cannot substitute for that process or excuse any applicable deadlines to submit such a request.

I could not determine that your letter asserted any allegations of possible violations of the Code of Judicial Ethics by an LASC judicial officer. Therefore, I will take no further action in response, and I am ordering this office's review of your letter closed.

Sincerely,

Hon. Samantha P. Jessner
Assistant Presiding Judge

Exhibit   13   Page   13

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California
Sui Juris

ATTENTION: TOM VANNITHONE, Deputy Clerk
111 NORTH HILL STREET ROOM 607
LOS ANGELES, CA 90012

November 21, 2021

Regarding: Appellant's Opening Brief Timeline

Dear Tom Vannithone,

I hope this letter finds you well. I received the attached letter with a copy of the envelope on November 19, 2021 and noticed that the Brief is due on December 8, 2021. The timeframe is inappropriate and you have to give me more time. It's only a couple of weeks since it's due and it's normally 35 days from date of order (see formal briefing document attached), but I didn't receive it until 11 days after the actual day it was filed. Thank you for accommodating me so I can have sufficient time to complete the Brief.

Respectfully,

Miller, Jacquelyn
All Rights reserved, without prejudice

Exhibit ___13___ Page ___14___

NOTICE SENT TO:

Miller, Jacquelyn
C/O 3751 Motor Avenue, Unit 1103
Los Angeles        CA   90034

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles
FILE STAMP

**NOV 08 2021**

Sherri R. Carter, Executive Officer/Clerk of Court

By: Tom Vannithone, Deputy

## APPELLATE DIVISION OF THE SUPERIOR COURT

| | | |
|---|---|---|
| THE PEOPLE | | **CASE NUMBER** |
| | Plaintiff(s), | BR055251 |
| VS. | | |
| JACQUELYN MILLER | | **NOTICE RE: FILING OF THE RECORD ON APPEAL AND DUE DATES FOR BRIEFS** |
| | Defendant(s). | |

The record on appeal having been filed in this division on November 8, 2021, all briefs shall be filed in the Appellate Division, 111 North Hill Street, Room 607, Los Angeles, California 90012, by the following dates:

**Appellant's Opening Brief**   **- December 8, 2021**

**Respondent's Brief**        **- Within 30 days after the appellant files its opening brief**

**Appellant's Reply Brief**     **- Within 20 days after the respondent files its brief**

The contents, length, and form of all briefs must comply with California Rules of Court, rule 8.883 (limited civil and misdemeanor appeals) or rule 8.928 (infraction appeals), and all briefs shall be accompanied by proof of service on all parties. (California Rules of Court, rule 8.882(d), limited civil and misdemeanor appeals, or rule 8.927(c), infraction appeals.) Noncomplying briefs are subject to the sanctions set forth in California Rules of Court, rule 8.883(d)(limited civil and misdemeanor appeals) or rule 8.928(d) (infraction appeals).

Any party who fails to file a brief as set forth in this notice, and thereafter fails to file a brief within 30 days for a misdemeanor appeal (California Rules of Court, rule 8.882(b)(2), or within 20 days for an infraction appeal (California Rules of Court, rule 8.927(b)(1) & (2)), or within 15 days for a limited civil appeal (California Rules of Court, rule 8.882(b)(1), of the mailing of a notice of the default by the clerk of the court, will be subject, without further notice, to the sanctions specified in the notice of default.

All parties are hereby notified that all original reporter's transcripts on appeal which are on file in this matter will be destroyed five (5) years from the date that the court's judgment becomes final.

## CLERK'S CERTIFICATE OF MAILING

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice re: Filing of the Record on Appeal and Due Dates For Briefs upon each party or counsel named in the attached Case Party List by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown in the attached Case Party List with the postage thereon fully prepaid, in accordance with standard court practices.

Date:  November 8, 2021

SHERRI R. CARTER, EXECUTIVE OFFICER/CLERK

By  **TOM VANNITHONE**      , Deputy Clerk

NOTICE RE: FILING OF RECORD ON APPEAL AND DUE DATES FOR BRIEFS

Exhibit  13   Page  15

**APP-106**

## Applicat–on for Extension of Time to File Brief (~~Limited Civil Case~~)
*Criminal Case  Traffic Infraction*

### Instructions

rk stamps date here when form is filed.

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court of California
County of Los Angeles

**DEC 03 2021**

Sherri R. Carter, Executive Officer/Clerk of Court

By: Tom Vannithone, Deputy

- This form is only for requesting an extension of time to file a brief in an appeal in **a limited civil case.**

- Before you fill out this form, read *Information on Appeal Procedures for Limited Civil Cases* (form APP-101-INFO) to know your rights and responsibilities. You can get form APP-101-INFO at any courthouse or county law library or online at *www.courtinfo.ca.gov/forms.*

- Fill out this form and make a copy of the completed form for your records and for each of the other parties.

- Serve a copy of the completed form on each of the other parties and keep proof of this service. You can get information about how to serve court papers and proof of service from *What Is Proof of Service?* (form APP-109-INFO) and on the California Courts Online Self-Help Center at *www.courtinfo.ca.gov/selfhelp/lowcost/getready.htm#serving.*

- Take or mail the completed form and proof of service on the other parties to the appellate division clerk's office. It is a good idea to take or mail an extra copy to the clerk and ask the clerk to stamp it to show that the original has been filed.

*You fill in the name and street address of the court that issued the judgment or order that is being appealed.*

**Superior Court of California, County of**

Los Angeles

*You fill in the number and name of the trial court case in which the judgment or order is being appealed::*

**Trial Court Case Number:**
Z130026

**Trial Court Case Name:**
The People of the State of California v. Miller, Jacquelyn,

*You fill in the appellate division case number:*

**Appellate Division Case Number:**
BR055251

---

(**1**)   **Your Information**

a.  Name of party requesting extension of time to file brief:
Miller, Jacquelyn

b.  Party's contact information *(skip this if the appellant has a lawyer for this appeal):*

Street address: c/o 3751 Motor Avenue Unit 1103   Los Angeles   California
　　　　　　　　　*Street*　　　　　　　　　　　　*City*　　　　*State*　*Zip*

Mailing address *(if different):*  n/a
　　　　　　　　　*Street*　　　　　　　　　　　　*City*　　　　*State*　*Zip*

Phone: 323·497·0497   E-mail: —

c.  Party's lawyer *(skip this if the appellant does not have a lawyer for this appeal):*

Name: n/a   State Bar number: _____

Street address: _____
　　　　　　*Street*　　　　　　　　　　*City*　　　　*State*　*Zip*

Mailing address *(if different):* n/a
　　　　　　　　　　　　　*Street*　　　　　*City*　　　　*State*　*Zip*

Phone: _____   E-mail: _____

Fax: _____

*Received from Tom Vannithone on 12.1.21*

Judicial Council of California, *www.courts.ca.gov*
Rev. January 1, 2017, Optional Form
Cal. Rules of Court, rule 8.882

**Application for Extension of Time to File Brief**
**(Limited Civil Case)**

Exhibit  13  Page  18

| Appellate Division | | Appellate Division Case Number: |
|---|---|---|
| Case Name: | The People of the State of California v. *Miller, Jacquelyn Sui Juris* | BR055251 |

**(2)** I am requesting an extension on the time to file:

☒ Appellant's opening brief, which is now due on *(date):* December 9, 2021

☐ Respondent's brief, which is now due on *(date):* _____

☐ Appellant's reply brief, which is now due on *(date):* _____

**(3)** I am requesting that the time to file the brief identified in **(2)** be extended to ~~*(date):*~~ 60 days December 29, 20__

**(4)** I ☐ have  ☒ have not received a notice under rule 8.882(c) from the clerk that this brief must be filed in 1 days.

**(5)** The time to file the brief: *(check all that apply):*

☒ Has not been extended before

☐ Has been extended before by the stipulation of the parties. The parties stipulated to *(number of extensions)* _____ totaling *(number of days)* _____

☐ Has been extended before by the court. The court granted *(number of extensions)* ____ totaling *(number of days)* _____

**(6)** I am not able to stipulate to an extension to file this brief because *(check one):*

☐ The other party is not willing to stipulate to an extension.

☐ Other reason *(please describe the reason):*

_____

_____

**(7)** The reason I need an extension to file this brief is *(describe the reason you need an extension; see rule 8.811(b), for the factors the court will consider in deciding whether there is good cause to grant an extension):*

① The Clerk's Transcripts are missing filings and documents and I'm sending a letter to have them augmented.

② Notice was received on 11.19.21 which is not sufficient time to complete a brief.

**(8)** The last brief filed by any party in this case was:

☐ The appellant's opening brief, filed on *(date):* _____

☐ The respondent's brief, filed on *(date):* _____

**(9)** If this extension is being requested by a lawyer on behalf of a client, the lawyer must complete this item.

☐ I certify that I have delivered a copy of this application to my client (rule 8.810(e)). I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.  *N/A*

Date: _____

Miller, Jacquelyn Sui Juris all Rights reserved, Without prejudice
*Type or print your name*

► All Rights Reserved, without prejudice, Sui Juris
*Signature of party or attorney*

**Application for Extension of Time to File Brief**
**(Limited Civil Case)**

APP-106, Page 2 of 2

Exhibit 13 Page 19

For your protection and privacy, please press the Clear

Miller, Jacquelyn
c/o 3751 Motor Avenue Unit 1103
Los Angeles, California
Sui Juris

LOS ANGELES CITY ATTORNEY APPELLATE DIVISION
200 N. MAIN ST
LOS ANGELES, CA 90012

December 3, 2021

TO WHOM IT MAY CONCERN:

I was forced to send this request for an extension to you (See attached). I don't know why since there was no attorney/prosecutor present at the trial.

**Nothing contained herein should be construed to constitute a waiver and/or limitation of any of the Rights and/or remedies of Due Process under Federal or State Law, all of which are expressly reserved.**

Regards,

Miller, Jacquelyn, all Rights reserved, without prejudice

Exhibit __13__ Page __20__

**APP-109**

## Proof of Service
### (Appellate Division)

*lerk stamps date here when form is filed.*

Rec'd Room 607

APR 21 2022

Appellate Division

### Instructions

- This form is only for providing proof that a document has been served (delivered) in a proceeding in the superior court appellate division. If you are serving a document electronically, please use *Proof of Electronic Service (Appellate Division)* (form APP-109E).

- The person who serves (delivers) a document in this case and who fills out this form:
  - Must be at least 18 years old
  - Must NOT be a party in this case

- Before you fill out this form, read *What Is Proof of Service?* (form APP-109-INFO) to understand your responsibilities.

**(1)** At the time I served the documents listed in **(4)**, I was at least 18 years old.

**(2)** I am not a party in the case identified in the box on the right side of this page.

**(3)** My ☐ home ☐ business address is:

1302 6ᵗʰ Avenue    Los Angeles    CAlif.  90043
Street              City                State  Zip

**(4)** I mailed or personally delivered the following document, as indicated below *(check or fill in the name of the document you are serving and check and complete either a or b).*

☐ *Notice of Appeal/Cross Appeal (Limited Civil Case)*

☐ *Notice Designating Record on Appeal (Limited Civil Case)*

☐ *Proposed Statement on Appeal (* ☐ *Limited Civil Case* ☐ *Misdemeanor* ☐ *Infraction)*

☐ Appellant's Opening Brief

☐ Respondent's Brief

☐ Appellant's Reply Brief

☐ *Abandonment of Appeal (Limited Civil Case)*

☐ *Petition for Writ (Misdemeanor, Infraction, or Limited Civil Case)*

☐ Other *(write in the name of the document):*
Notice of Arbitration for Certification Regarding Removal to the Court of Appeals

a. (☐) **Service by Mail**

(1) I put one copy of the document identified **(4)** in an envelope addressed to each person listed in (2), sealed the envelope, and put first-class postage on the envelope.

*You fill in the name and street address of the court that issued the decision that is being challenged in this case:*

**Superior Court of California, County of**
Los Angeles

*You fill in the number and name of the trial court case in which the decision being challenged was issued:*

**Trial Court Case Number:**
21.3XXXG

**Trial Court Case Name:**
Miller vc Profit

*You fill in the appellate division case number (if you know it):*

**Appellate Division Case Number:**
BR055251

---

Judicial Council of California, *www.courts.ca.gov*
Rev. January 1, 2017, Optional Form

**Proof of Service**
**(Appellate Division)**

APP-109 Page 1 of 2

Exhibit  13   Page  21  →

| Appellate Division | Appellate Division Case Number: |
|---|---|
| Case Name: _Miller vs People_ | _BK055951_ |

(2) The envelope or envelopes were addressed as follows:

(a) Name of person served: _Los Angeles City Attorneys_

Address on envelope: _200 North Main Street  6th floor  Los Angeles, CA 90012_

  _Street_                                    _City_                    _State   Zip_

(b) (Name of person served:

Address on envelope: _N/A_

  _Street_                                    _City_                    _State   Zip_

☐ Check here if you mailed copies of the document identified in ④ to more people. Attach a separate page listing the names and addresses on each additional envelope you mailed. Write "APP-109, Item 4a" on the top of the page.

(3) I mailed the envelope or envelopes on *(date):*             from *(city):*
*(state):*             by depositing the envelope or envelopes *(check one):*

(a) ☐ With the U.S. Postal Service or

(b) ☐ At an office or business mail drop where I know the mail is picked up every day and deposited with the U.S. Postal Service.

b. ☐ Service by Personal Delivery

I personally gave one copy of the document identified in ④ to each of the following people:

(1) (a) Name of person served:

(b) (Address where you gave the documents to this person:

  _Street_                    _City_                    _State   Zip_

(c) Date when you gave the documents to this person:

(d) Time when you gave the documents to this person:

(2) (a) Name of person served:

(b) (Address where you gave the documents to this person:

  _Street_                    _City_                    _State   Zip_

(c) Date when you gave the documents to this person:

(d) Time when you gave the documents to this person:

☐ Check here if you gave copies of the document identified in ④ to more people. Attach a separate page listing the names of each of these people, the address where you gave each of them the document, and the date and time you gave them the document. Write "APP-109, Item 4b" on the top of the page.

⑤ I declare under penalty of perjury under California state law that the information above is true and correct.

Date: _4-21-22_

_Marsha Palacio_                                    ►  _All rights reserved_

_Type or print server's name_                           _Server signs here after serving_

**Proof of Service**
(Appellate Division)

Exhibit _13_  Page _22_

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |